Stephen Lee Christian # 165662
timran6666@proton.me
Please send all documents to email timran6666@proton.me as
those criminals will be just getting away with crime, or murder.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 26 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA.**

IFP Submitted

| | |
|---|---|
| JOHN DOE, JANE DOE INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE,JANE DOE, JOHN DOE JANE DOE, LOS ANGELES POLICE DEPARTMENT WILSHIRE COMMUNITY POLICE STATIONTHE FUJISHIGE FAMILY, H. LAWRENCE (LARRY) WEBB, DONALD BREN, JURY DEMAND PAMELA SAPETTO, CAMERON COSGROVE, ADAM PROBOLSKY ,DOUG SHELDON BILL MAVITY ,MARY ANN GAIDO, SUSAN & RAY LAMOUREUX DRE #00671120,ROBERT SHIOTA DRE #00588572 OF ALL RESIDENTS OF LAMBERT RANCH IRVINE, CALIFORNIA, USA ADRIG LYNDA M MD  PRISCILLA A.MADRID STATE BAR NO. 158645 THOMAS VASQUEZ, WILLIAM EARL BAKER JR AND PAIGE MERRILL BAKER, BRETT M. STERNAD ,KIRY K. GRAY, SARAH M RANDAL JAMES SCHAEDLER, JOHN GUSTAFSON, SUSAN &RAY LAMOUREUX DRE #00671120,ROBERT SHIOTA DRE #00588572 JACQUELINE M. MORRIS, SANDRA ANDERSEN, JENNIFER<br><br>        **Defendant** | **Case No.: Number**    2:24-cv-05416-CBM-&<br><br><br>**CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS** |

**COMPLAINT**

      When judgment had been obtained by blackmailed which raises an extraordinary example of judicial bias which concerned with the apparently competing principles of finality of litigation on the one hand; and 'fraud unravels all', on the other.

CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS - 1

### JURISDICTION AND VENUE

This Court has jurisdiction over all claims in this case under 28 U.S.C. § 1331, 28 U.S.C. § 1346(b)(1), and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671, et seq. This Court has authority to enter declaratory relief under 28 U.S.C. § 2201. This complaint is timely under 28 U.S.C. § 2401(b) because the tortious acts occurred on or before January 2, 2019  the Plaintiffs filed a complaint with the state bar association, but  denied those claims on June  2022; and this suit was filed on December 11, 2022 Venue is proper in the Northern District of Georgia under 28 U.S.C. §§ 1391, 1402(b) because a substantial part of the events giving rise to the claims occurred in this district and the Plaintiffs reside in this district. All administrative remedies have been exhausted under 28 U.S.C. § 2675. after corrupt officials arrested local CVS employee Richard M. Allen, charging him with murder in both Liberty's and Abby's deaths After the Statute of Limitations Has Expired.

### FACTS

**On** approximately February 26, 2016, upon information and belief, unauthorized   third party Defendants [ who killed   used Plaintiff's information and forged signatures to make false or invalid statements in relation to the facts of a CASE NO.30.2016.00837866.PR.TR.CJC a lawyer manufactures 2010-2013 Amendments which was  false evidence and passes it off as genuine which was the only copies of the Trustand amendments of which Petitioner is aware and Petitioner does not have and is not aware of the location of the originals.  As of the time of this Petition, Petitioner has attempted, but been heretofore unsuccessful, in obtaining the Trust amendments. Petitioner, as trustee of the Trust, has standing under Probate Code Section 17200(a) to bring this petition. But many honest judges stepped down from presiding over a particular Case Super. Ct. No. 30-2016-00837866 because they didn't want to involve the most egregious misconduct directed to the court itself, such as bribery of a judge or jury or fabrication of evidence by counsel then Law Offices of Brook John Changala and Brook John Changala,    Paige M & William E Bakers ,Trevor J. Elste #299653, Gianna Christa Gruenwald #228969 and Priscilla Madrid, Reich Radcliffe & Hoover, Adam T. Hoover; and Abbas K. Gokal, kidnaped Elijah H. Moore,   Pearl Pinson, Enrique Martin Rios and more as gifts then recorded and used for financial exploitation and coercion**[ such as Mr. Changala requested for a restraining order against Admiranda Maxwell as she can't  just testify in court saying that her  signature was forged on Certified/ Electronic return receipt which was obtained by bribed letter carriers named Stive , and Monday, December 05, 2016** 20  **Tucker case Hearing Scheduled by Johnston].**Than  bribe corrupt, Jonathan Raven, Chief Deputy District Attorney , Jay Linden and Kyle Hasapes of Det. Mat Jameson and Sgt. Lech Garcia, the FBI and  numerous others the jury convicted Chandale Shannon (age 25), of Winters, and Jesus Campos (age 22),  Jonathan Froste of Woodland, of two counts of first-degree murder for victims Enrique Rios and Elijah Moore, and also kidnapping. **See EXIB-1**

In the bifurcated Trial held in ,2017, in Department 6 before the Judge Gerald Johnston didn't  let Ms. Maxwell appeared in the hearing because of a restraining order granted **by Timothy J. Stafford, Judge {who was  taking monetary bribes, abusing his  authority which also [ which was granted after John Changala reported Judicial Commission abused his discretion in denying his client request**]and Johnston

CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS - 2

gave the order lied that  Hayes Milliman is found to have receive Trustees Notification to Beneficiaries including copies of all three Trust documents, in a timely manner because forged Certified/ Electronic return receipt**[ eight month after 120 days limitation expired.]** signed by Ms. Maxwell   on the limited issue of the standing of Hayes Milliman to bring and assert claims of invalidity, fraud undue influence and illegality of the Barbara Tucker Revocable Intervivos Trust agreement or to make objections about and dispute the authenticity of the Trust Document of the Barbara Tucker Trust or to make claims regarding his right to inherit as a trust a or through intestacy, the Court considered the forged signature Ms. Maxwell on return receipt certificate mail and evidence, so Ms. Maxwell is frequently  confronted with government evidence which she considers false (and/or fraudulent). Johnston admitted that providing evidence of forgery it's credible evidence, then Bakers couldn't offer their own evidence in rebuttal.  Which including denied FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. will contest and awarded Cynthia approximately $27,000 in cost of proof sanctions under Code of Civil Procedure section 2033.420 (§ 2033.420) based on the appellants' failure to admit a request for admission (RFA) concerning Decedent's intent to leave his entire estate to Cynthia [who is member Chinese organized crime syndicate]

  **On July 18, 2018  Lambert sister killer Lynda M. Adrig** is an internist in Irvine, California and Bakers   to silence Admiranda Maxwell with "vexatious litigant" and  Reich Radcliffe & Hoover, Adam T. Hoover; Gokal Law Group and Abbas K. Goka they properly examined  the previous Aaron W. Heisler, Temporary Judge, denies without prejudice the motion to declare Plaintiff a vexatious litigant and this time Bakers and Adrig kidnaped Karlie Lain Guse [10/13/2018] , Shanann Watts Bella Marie Watts, Celeste Cathryn "CeCe" Watts as gifts then  recorded and used for financial exploitation and coercion. Then they bribed the CBI and FBI agents, Tammy and Coder, found Chris Watts guilty of nine charges: five counts of first-degree murder, one count of unlawful termination of pregnancy and three counts of 16        tampering with a dead body. Defends lied Dr Adrig contacted attorney Timothy Randall and lied Ms. Maxwell was calling and demanded to release a medical report as she signed off the death certificate of Barbara Tucker and Lucille Lambert. Or Dr. Adrig wasn't Barbara Tucker's and Lucille Lambert's medical doctor. She was forced to place both on Hospice care for cancer. Dr. Adrig and killed them. Brett M. Sternad makes false or invalid statements in relation to the facts of a case, Declare Admiranda Maxwell a Vexatious Litigant Procedure - CCP § 391 dated July 18,2018 John Doe had no idea about it and there wasn't anything one can do to penalize said lawyer in court **SEE EXHIBIT 3**

  In 2018 Eric Uller tried to inform governor's , Attorney General  of Indiana and Mono County Sheriff's Department,  but he was falsely  sexually abused by many boys at the Santa Monica Police Activities League from the late 1980s until around 2018 by serial killer Lt. Greg Slaughte, Assistant City Manager and Chief Operating Officer Katie Lichtig, Santa Monica City Council ,City Attorney Lane Dilg., Kevin Oram and Peter Uddo,Oscar De LaTorre,  Attorney Brian E. Claypool  a member of the  arrested Uller, 50, in 2018 group called " to Kill All Whites"and also a child sex ring is a group and they and kill him then false claimed he committed suicide.  And they got $122.5 million then bribe corrupt public officers law enforcement innocent Ms. Richard (Rick) Allen are charged in connection with the murders of Libby German and Abby Williams in Delphi and more innocents.

CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS - 3

In **2019-2020 FLETCHER**, KIM S; MOSHIER, BARBARA BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. and Mr. Milliman unsuccessfully appealed the judgment because Aaron Heisler, Johnston, GOETHALS, J. CANTIL-SAKAUYE O'LEARY, P. J. BEDS WORTH, J. to evade an arrest or other lawful seizure for Ms. Williams, Ms. German, Mr. Strauch's and hundred thousand for the white children murder by Paige M. William E Bakers Attorney David McDonald Ring # 151124, Brian E. Claypool, Bakers and their Conspirators et.all after recorded and used for financial exploitation and coercion.  See EXHIBIT

**IN ADDITION, THE FACTS RELEVANT TO JOHN DOE CLAIM ARE AS FOLLOWS.**

In 2020, Gannon Stauch RANDLE, LANORA, Kaden Armstrong, Jackalynn Harris, [who were missing 2020] kidnaped by Defendants and held Kheradmand Farmarz Fara apartment [1119 20th street #B Santa Monica CA 90403] for pedophile community, who preferred younger boys or girls. In 2020 children asked help next-door neighbors#A[in a heartbreaking moment caught on a doorbell camera that could  be used as evidence but Fara stole **SEE EXIBIT-4** ]  and she attempt help them escape but was not successful, and the night before next-door neighbor report to the FBI they were shot and killed, and they bribed corrupt District Attorney Michael Allen , Kevin Clark, found Leticia Stauch guilty for Move on with her life, and forget about it. Then they bribed District Attorney Michael Allen, Kevin Clark, found Leticia Stauch guilty for the murder of Gannon Stauch; Sentenced to life in prison.

**By** then kept her isolated and tormented her in numerous ways. On April 20 ,2020 they found of a way to get revenge put her in jail. But couldn't take her to court, because they didn't have undeniable proof that she did. Case was dismissed Then serial killer Thomas Vasquez(415-310-7376)[ who brought illegal immigrants serial killer MANRIGUZ; AND GEORGE MANRIQUEZ ARE ALL FAMILY MEMBERS OF BERTHA TORRES,  ET AL to Lambert sister home and killed them] sent anonymously bomb threats letter to USCIS National Benefits Center at 850 NW Chipman Rd Suite 5000, Lee's Summit, MO 64063 and he manipulative  USCIS and police to come and take her away to a hospital ER or psychiatric emergency service to have her evaluated the same day he order Fara stole ring doorbells not only record video, but also record audio Gannon Stauch RANDLE, LANORA, Kaden Armstrong, Jackalynn Harris during asked help . But she was discharge next day. Still the main issue was Ms. Maxwell **SEE EXIBIT-4**

**On January 1,2021 Robert M. Myers** [who grew up in Northern Orange County 818-990-7722]Michael Tuitasi[who Vice President of Student Affairs at Santa Monica College] paid $600k a suspension her from SMCC  and used statistics and voodoo to kill her and make it look like a accident  [there is to highlight certain evidence phone call between Myers and Sarah M Randall[ 12961 Springwood Dr, Santa Ana, CA 92705 (714) 731-6015]the evidence clearly indicates acts as an accomplice because she had a psych history and. But the main issue was Ms. Maxwell alive and tried kill her. But they failed to kill her. **SEE EXIBIT-4**

CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS - 4

**In 2022-2023 to completing the killing Ms. Maxwell they bribed Steve Leder is the senior rabbi of Wilshire Boulevard Temple , the Postal Inspection** Service and Iranian American Jewish Federation and  discuss the details [ play the victim with law enforcement personnel say that received anonymously threatening letter  making Ms. Maxwell guilty. Their tendency to use manipulation tactics The following example of not double direct evidence. One of the most frequent 2022-2023 FBI agents with Los Angeles Police Department Wilshire Community Police Station come to Ms. Maxwell residence is to interview as  as part of an ongoing investigation. [Making a false statement to a federal agent, a financial institution or a government entity is a crime all alone. If convicted of 18 U.S.C. § 1001, you are facing five or eight years in federal prison, depending on specific facts of the offense. Or Giving false information to a peace officer is a misdemeanor and could result in up to six months in county jail and a fine up to $1,000 and they must face additional charges but they evading arrest]

The Lambert family never sold 35 and 51acres to the Fujishige family, Pam Sapetto, a principal with the Sapetto Group, and Donald Bren; they stole from Barbara Tucker, and Lucille W. Lambert of Ray C. Lambert's daughters make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by Defendants. fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly averse to the position of the client and not disclosed by opposing counsel; or

(3) offer evidence that the lawyer knows to be false offered material evidence and the lawyer comes to know of its falsity, the lawyer shall take reasonable remedial measures, including, refuse to offer evidence, other than the testimony of certificate mail return receipt with forged Maxwell signature that the Defendants reasonably believes is false.

(b) Defendants who false claimed represents John Doe in adjudicate proceeding and who knows that a never hired Defendants, is engaging or has engaged in criminal or fraudulent conduct related  to the proceeding shall take reasonable remedial measures, including,

(c) The duties stated in paragraphs (a) and (b) continue to the conclusion of the proceeding and 23 apply even if compliance requires disclosure of information otherwise protected by Rule 1.6.

(d) In an ex parte proceeding, a lawyer shall inform the tribunal of all material facts known to the lawyer that will enable the tribunal to make an informed decision, whether or not the facts are adverse.

One way to prove an attorney lied to the court is Admiranda Maxwell signature on certificate mail return receipt, to obtain the Reporter's Record (transcript) of the proceeding and file a motion with the court attaching the transcript, controlling law, and evidence in support. See Rules of Professional Conduct 3.3 - Candor Toward the Tribunal.

CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS - 5

## DEFENDANTS' FRAUD, ABUSE OF PROCESS OR OTHER MISCONDUCT RELATED TO THE PERJURED FILINGS.

The judges had power to hold them in contempt of court for violating court rules and laws regarding sworn statements. Fines or jail time can be imposed but soon after secretly recorded for blackmail [denied Kim S. Fletcher, Barbara J. Moshier, and Rita M. O'Connor, will contest - Estate of STEVEN MOSHIER, [Super. Ct. No. 30-2016-00889284-G057076]. It also awarded Cynthia Law [ who is Chinese Spy} approximately $27,000 in cost of proof sanctions under Code of Civil Procedure section 2033.420 (§ 2033.420) based on the appellants' failure to admit a request for admission (RFA) concerning Decedent's intent to leave his entire estate to Cynthia. Including the Barbara Tucker Trust to confirm the trust's validity. In doing so, the trial court ruled that Milliman's cousin, as the trust settlor, did not name Milliman as a beneficiary in either the original trust or any amendments, and therefore Milliman lacked standing to attack the trust or the disposition of trust assets. Also found the trust valid, thereby excluding Milliman as a potential beneficiary of his aunt's estate as an intestate heir if the trust had been invalid] not publicity Videos

John doe briefly reviews the relevant factual background and procedural history of real killer Abby Williams, Libby German, Gannon Stauch's and other children identify Thomas Vasquez, Kiry K. Gray, William Earl Baker Jr and Paige Merrill Baker Bunt & Shaver and David N. Shaver for Contestants and Appellants. Reich Radcliffe & Hoover, Adam T. Hoover, Gokal Law Group and Abbas K. Gokal 14 who are licensed to practice law in California. As will be detailed, there was a video of Abby Williams, Libby German, Gannon Stauch's and other children  being tortured on the Video, begging and pleading for their life as they kneeled in the  bedroom "Please," they cry in English in the video. At one point, they tell not to kill us, [this is probably not only case I saw the video of the murdered and they forced me for several years, remaining silent about the murders] they killed Ms. Williams, Ms. German, and Mr. Stauch's ET AL. They then bribed corrupt officials who investigated the murder at the time to frame innocent RICHARD M. ALLEN, J, LETECIA STAUCH and more after the statute of limitations on Super. Ct. No. 30-2016-00889284- G057076 06-2919   2020} CASE NO. 30-2016-00837866 "runs out,". Whoever files false cases and creates false evidence is punishable under law. But even John Doe proves the evidence is fake, and to prove the lawyer is behind that lawyer must get punished for all the false evidence and false case. As present strong evidence against the lawyer on those malpractices, and the court too as John Doe said earlier, all the time, lawyer claim represents John Doe to create false  evidences or file false case and, without his knowledge's. Enclosed in a mountain of evidence from a long-settles Tucker trust defendants as an attorney blatantly commits several acts of perjury when filing a document against John Doe and Real Trustee President Síofra O'Leary - ECHR - The Council of Europe including Admiranda Maxwell  who showed   the judge proof of the attorney's perjury, (actually it's referred to as "Fraud on the Court" when an attorney  gets caught lying to a judge), which judges must be  move for sanctions against both the attorney   but cover up their crimes.

Plaintiff and Class Members have a continuing interest in ensuring that their information is and remains safe, and they are thus entitled to injunctive and other equitable relief.

CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS - 6

For prejudgment interest on all amounts awarded, at the prevailing legal rate; . For an award of attorney's fees, costs, and litigation expenses, as Case 3:23-cv-00087-TCB Document 1 Filed 05/31/23 Page 37 of 39 38 allowed by law; and  For all other Orders, findings, and determinations identified and sought in this Complaint.

Plaintiff further recommend that courts revise the factors currently used to make decisions regarding such requests, and Plaintiff suggest new criteria to aid with the evaluation process. Plaintiff also propose that plaintiffs' motions to proceed pseudonymously be handled by a specialized judge or magistrate who can develop an expertise in ruling on these types of motions. As all defendants-the wealthy,  and the incomparable power of the justice system, its ability to share private information with them entities, the costs of litigation, and the fear of retribution that can come with suing them are all deterrents to would-be plaintiffs.

Plaintiff seeks to pursue an action against d activity, she /he will probably represent a minority interest and there is likely a public interest in the vindication of her / his rights.

This case is the most complex but also the most directly related to Special Judge Fran Gull appointed Lebrato to represent Richard Allen said that Mr. Allen 100% innocent he is right. Also Letecia Stauch is innocent because Gannon Stauch and other children tried get help, after escaping from Kheradmand Farmarz apartment located 1119 20th Street #B Santa Monica CA.  For weighing fairness considerations and bring all the defendant to justice

This case may hesitate to pursue their actions at all for fear of having their private matters made public. A more just and efficient manner by which specialized judges or magistrates should evaluate pseudonymity requests by these plaintiffs is to follow a rule-based approach.

Aside, n publishing detailed particulars about their decisions regarding motions by plaintiffs to proceed pseudonymously, these courts may actually exacerbate or even cause injury to Letecia Stauch and Richard Allen

## JURY DEMAND

Plaintiff, individually and on behalf of the Plaintiff Class(es) and/or Subclass(es), hereby demands a trial by jury for all issues trial by jury.

Dated:  June 10,2024

Respectfully submitted,

Stephen L. Christian
Attorney for John Doe and Jane Doe,

CLASS ACTION COMPLAINT  PLAINTIFF, FOR DAMAGES FOR:  RECOVER ASSETS - 7

# EXIBIT 1

**FORGED 2010-2013 AMENDMENTS** VALID, THEREBY EXCLUDING MILLIMAN AS A POTENTIAL BENEFICIARY OF HIS AUNT'S ESTATE AS AN INTESTATE HEIR IF THE TRUST HAD BEEN INVALID. AND THE PETITION FOR REVIEW IS DENIED

**BY THE SUPERIOR COURT OF ORANGE COUNTY, JUDGES GERALD G. JOHNSTON CANTIL- SAKAUYE, THOMAS M. GOETHALS, WILLIAM** W. BEDSWORTH KATHLEEN E. O'LEARY, PRESIDING JUSTICE - 4DCA IN EXCHANGE BRIBERY FROM WILLIAM E. BAKER, JR., AND PAIGE M. BAKER [WHO WERE COOPERATING WITH PROSECUTORS AS SECRETLY WORE A RECORDING DEVICE TAPING CONVERSATIONS]

I.

**DESIGNATION OF TIMOTHY RANDALL AS TRUSTEE OF THE LLT SUB-TRUST**

Timothy Randall is not named as Trustee in the Original Trust and is not named as Trustee until the purported 2013 amendment. The validity of the purported 2013 amendment to trust must be determined prior a determination that Timothy Randall is the Trustee of the LLT Sub-Trust. Respondent does not know what Timothy Randall's relationship if any was with Barbara Tucker or the care custodians of Barbara Tucker and their relatives, or the drafter of the purported amendments.

II.

**RESPONDENTS**

**WERE NOT CARE CUSTODIANS OF BARBARA TUCKER**

Respondent were not care custodians of Barbara Tucker.  Upon information and belief, Barbara Tucker was a dependent adult and BERTHA TORRES was a care custodian of Barbara Tucker at all relevant times.  Respondents are informed and believe that TERESA BELMUDEZ, NAT MANRIQUEZ, JUAN CUEVAS, GEORGE MANRIQUEZ, JUVENTINA CUEVAS, RUBEN MANRIQUEZ, RAUL MANRIQUEZ, JAVIER MANRIQUEZ and RAY MANRIQUEZ, were either care custodians of Barbara Tucker or related by blood or affinity to a care custodian of Barbara Tucker.

III.

**GIFTS TO THE CARE CUSTODIANS,**

**THEIR SPOUSES, RELATIVES AND OTHERS ARE PRESUMPTIVELY THE RESULT**

**OF FRAUD OR UNDUE INFLUENCE AND PROHIBITED BY LAW.**

Petitioner is informed and believes and thereon alleges that BERTHA TORRES was a care custodian of Barbara Tucker, a Dependent Adult on the dates the purported amendments to the Original Trust were made and that TERESA BELMUDEZ, NAT MANRIQUEZ, JUAN CUEVAS, GEORGE MANRIQUEZ, JUVENTINA CUEVAS, RUEN MANRIQUEZ, RAUL MANRIQUEZ,

2

# AMENDMENT TO THE

# BARBARA TUCKER

# REVOCABLE INTER-VIVOS TRUST, U/D/T DECEMBER 18, 2001

This Trust Amendment is entered into this _19th_ day of _APRIL_, 2013, by and between Barbara Tucker, Grantor, and Barbara Tucker, Trustee.

Barbara Tucker, of the County of Orange, California, herein called "Grantor" declares that Barbara Tucker is the Grantor of a certain Revocable-Inter-Vivos Trust u/d/t December 18, 2001 and Amended on _APRIL 19_, 2013.

That pursuant to Article 3.05, the Grantor does hereby amend that certain Trust Agreement entitled the Barbara Tucker Revocable Inter-Vivos Trust, as follows:

**FIRST:** Article 1, Section 1.2, shall be revoked in its entirety, and a new Article 1, Section 1.2 shall be inserted to read as follows:

**PERSON SERVING AS TRUSTEE.** The Trustee of this trust shall be Timothy Randall. In the event that the Trustee shall be unable or unwilling to so serve, Wells Fargo shall serve as Successor Trustee. The decision as to whether a Successor Trustee shall begin serving during the incapacity of the Trustee shall be determined pursuant to the provisions of Section 3.3.

**SECOND:** Article 4, Section 4.3 A, shall be revoked in its entirety, and a new Article 4, Section 4.3 A shall be inserted to read as follows:

A. The Trustee of this Trust shall be Timothy Randall. In the event that Timothy Randall shall be unable or unwilling to serve, Wells Fargo shall serve as Successor Trustee.

Page 1 of 3

THIRD:  Article 4, Section 4.5, shall be revoked in its entirety, and a new Article 4, Section 4.5 shall be inserted to read as follows:

4.5.  In the event that LUCILLE LAMBERT shall predecease the Grantor, the entire estate, excluding the house and real property, shall be distributed in equal shares, outright and free of trust, to that group of named individuals as follows:

| | | |
|---|---|---|
| Teresa Belmudez | Juventina Cuevas | Bertha Torres |
| Nat Manriquez | Ruben Manriquez | Javier Manriquez |
| Juan Cuevas | Raul Manriquez | Ray Manriquez |
| George Manriquez | Jessie Irene Stryker | Paul Etzold |
| Donald Roy Selby | Richard M. White | Sandra L. Anderson |
| Terri Guertin | Mickel Wells | Marilyn Francis Beard |
| Jacqueline M. Morris | William Boyd Wells | Virginia Sue Harrison Gray |

Distributions to the above mentioned individuals, outright and free of trust, shall be made upon the death of Lucille Lambert.

Upon the death of both the Grantor and Barbara Tucker, the house and real property shall be sold and distributed in equal shares, outright and free of trust, to that group of named individuals as follows:

| | | |
|---|---|---|
| Teresa Belmudez | Juventina Cuevas | Bertha Torres |
| Nat Manriquez | Ruben Manriquez | Javier Manriquez |
| Juan Cuevas | Raul Manriquez | Ray Manriquez |
| George Manriquez | | |

In the event that any of the above named individuals shall die before the termination of this trust, the descendants of such deceased individual shall receive that portion of said trust estate to which his or her parent was entitled, and in the event no such descendants survive any such deceased individual, the

Page 2 of 3

deceased individual's portion of the trust estate shall go to the survivors of that group of individuals named above.

Except as amended herby, the said Trust is hereby ratified and reaffirmed as to all of its terms and conditions not otherwise inconsistent with the foregoing instrument.

Executed as of this _19th_ of _APRIL_, 2012.

Barbara

# RATIFICATION BY TRUSTEE

I certify that:

1. I am the Grantor and Trustee of the foregoing Amendment to Declaration of Trust;

2. I have read the foregoing Amendment to Declaration of Trust and it correctly sets forth the terms and conditions under which the Trustee named in it is to hold, administer, and distribute the Trust Estate described in it; and

3. I confirm, ratify and approve such Amendment to Declaration of Trust.



Barbara Tucker

## CERTIFICATE OF ACKNOWLEDGEMENT

STATE OF CALIFORNIA          )

                             )SS.

COUNTY OF *Orange*           )

On *April 19* 2013, before me, *Pat L. King*, Notary Public, personally appeared Barbara Tucker, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacities and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

State of California that the forgoing paragraph is true and
I certify under Penalty of Perjury under the laws of the
Correct.

WITNESS my hand and official seal.





Notary Public in and for                    e of California

# AMENDMENT TO THE

# BARBARA TUCKER

# REVOCABLE INTER-VIVOS TRUST, U/D/T DECEMBER 18, 2001

This Trust Amendment is entered into this *16th* day of *AUGUST* 2010, by and between Barbara Tucker, Grantor, and Barbara Tucker, Trustee.

Barbara Tucker, of the County of Orange, California, herein called "Grantor" declares that Barbara Tucker is the Grantor of a certain Revocable-Inter-Vivos Trust u/d/t December 18, 2001 and Amended on *AUGUST 16*, 2010.

That pursuant to Article 3.05, the Grantor does hereby amend that certain Trust Agreement entitled the Barbara Tucker Revocable Inter-Vivos Trust, as follows:

FIRST: Article 1, Section 1.2, shall be revoked in its entirety, and a new Article 1, Section 1.2 shall be inserted to read as follows:

PERSON SERVING AS TRUSTEE. The Trustee of this trust shall be Barbara Tucker. In the event that the Trustee shall be unable or unwilling to so serve, Lucille Lambert shall serve as Successor Trustee. In the event that Lucille Lambert shall be unable or unwilling to serve Wells Fargo shall serve as Successor Trustee. The decision as to whether a Successor Trustee shall begin serving during the incapacity of the Trustee shall be determined pursuant to the provisions of Section 3.3.

SECOND: Article 4, Section 4.3 A, shall be revoked in its entirety, and a new Article 4, Section 4.3 A shall be inserted to read as follows:

A. The Trustee of this Trust shall be Lucille Lambert. In the event that Lucille Lambert shall be unable or unwilling to serve Wells Fargo shall serve as Successor Trustee.

THIRD: Article 4, Section 4.5, shall be revoked in its entirety, and a new Article 4, Section 4.3A shall be inserted to read as follows:

4.5 In the event that LUCILLE LAMBERT shall predecease the Grantor, the entire estate shall be distributed in equal shares, outright and free of trust, to that group of named individuals as follows:

TERESA BELMUDEZ

TINA CUEVAS

BERTHA TORRES

NAT MANRIQUEZ

RUBEN MANRIGUEZ

JAVIER MANRIGUEZ

JESUS MANRIQUEZ

RAUL MANRIGUEZ

RAY MANRIGUEZ

GEORGE MANRIGUEZ

JESSIE IRENE STRYKER

SYLVIA HOLLIS MILLIMAN

PAUL ETZOLD

VIRGINA SUE HARRISON GRAY

DONALD ROY SELBY

RICHARD M. WHITE

SANDRA L. ANDERSON

TERRI GUERTIN

MICKEL WELLS

MARLYN FRANCIS BEARD

JACQUELINE M. MORRIS

WILLIAM BOYD WELLS

In the event that any of the above named individuals shall die before the termination of this trust, the descendants of such deceased individual shall receive that portion of said trust estate to which his or her parent was entitled, and in the event no such descendants survive any such deceased individual, the deceased individual's portion of the trust estate shall go to the survivors of that group of individuals named above.

Except as amended hereby, the said Trust is hereby ratified and reaffirmed as to all of its terms and conditions not otherwise inconsistent with the foregoing instrument.

Executed as of this ___16TH___ of ___AUGUST___, 2010.

_____
Barbara Tucker

# RATIFICATION BY TRUSTEE

I certify that:

1. I am the Grantor and Trustee of the foregoing Amendment to Declaration of Trust;

2. I have read the foregoing Amendment to Declaration of Trust and it correctly sets forth the terms and conditions under which the Trustee named in it is to hold, administer, and distribute the Trust Estate described in it; and

3. I confirm, ratify and approve such Amendment to Declaration of Trust.



Barbara Tucker

## CERTIFICATE OF ACKNOWLEDGEMENT

STATE OF CALIFORNIA          )

                            )SS.

COUNTY OF Orange             )

On Feb 16, 2010, before me, MARTIN T. ORON, Notary Public, personally appeared Barbara Tucker, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacities and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

State of California that the forgoing paragraph is true and I certify under Penalty of Perjury under the laws of the Correct

WITNESS my hand and official seal.





Notary Public in and for the State of California

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
06/28/2016 at 05:31:00 PM
Clerk of the Superior Court
By Anthony Perez, Deputy Clerk

MADRID LAW GROUP
Priscilla A. Madrid  State Bar No. 158645
155 N. Riverview Drive, #100
Anaheim Hills CA  92808
Telephone No. (714) 769-9129
Pmadrid @madridlawgroup.com

Attorney for Jacqueline M. Morris

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| IN RE THE MATTER OF THE BARBARA TUCKER TRUST | Case No.: 30-2016-00837866 |
| | DECLARATION OF JOHN M. GUSTAFSON |
| | DATE: July 5, 2016<br>TIME:  9:00<br>DEPT: C08 |
| | Judge:  Hon. ~~David L. Belz~~ KIM HUBBARD<br>Action Filed:<br>Trial Date: (Unassigned) |

I, John M. Gustafson do declare as follows:

1.       I am an attorney at law duly licensed to practice before all the courts of this state and am a resident of Orange County California. The matters stated herein are true of my own knowledge except for those matters stated upon information and belief, and as to those matters I believe them to be true.

2.       In 2001 Barbara Tucker was my client and as part of my services, I prepared a revocable inter-vivos trust for her.

-1-

DECLARATION OF JOHN M. GUSTAFSON

3.      I have reviewed the attached Exhibit "A" entitled Declaration of Trust of Barbara Tucker along with its' attached "Ratification by Grantor", "Ratification by Trustee", and "Assignment Barbara Tucker Inter-vivos Trust".

4.      Exhibit "A" is a true and correct copy of the original typewritten Declaration of Trust of Barbara Tucker that I drafted for Barbara Tucker. For clarification, page 9 of the original Declaration of Trust of Barbara Tucker contained only typewritten words and names of which none were crossed out.

5.      Mary Jane Huggins was a Notary Public who worked for another attorney in my office in 2001. Mary Jane Huggins is the Notary Public who's name and stamp appears on the Certificate of Acknowledgement in the "Ratification by Grantor", "Ratification by Trustee" and "Assignment Barbara Tucker Inter-vivos Trust" contained in Exhibit "A".

6.      I never prepared any amendments to the Barbara Tucker Revocable Inter-vivos Trust and I have no idea who did.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on _____. 2016 in Orange County California

_____
John M. Gustafson, Declarant

-3-
DECLARATION OF JOHN M. GUSTAFSON

**DECLARATION OF GIANNA GRUENWALD**

1

2    I, Gianna Gruenwald, declare

3    1. I am an attorney duly licensed to practice in all of the courts of the State of 4 California and
     Partner in the firm of Ross Wersching & Wolcott LLP, attorneys of record for the Moving Parties

4    collectively referred to herein as the "Moving Parties") The facts set fact herein are true of my own

5    personal knowledge and if sworn, I could and would testify competently thereto.

6    2. On February 26, 2016, Trustee Timothy Randall (serial killer and fake the "Trustee") filed

7    but didn't served a Petition to Determine Validity of Trust, seeking an order confirming the validity
     the Barbara Tucker Trust, dated December 18, 2001, and the fake Amendments to Hayes Milliman

8    SÍOFRA O'LEARY, (who is Ireland's judge at the European Court of Human Rights)and paid mail

9    carrier name Stevie for Forged Ms. Maxwell and Ms. O'LEARY,signature on Certified Mail Receipt
     carrier name Stevie for Forged Ms. Maxwell and Ms. O'LEARY,signature on Certified Mail Receipt

10   thereto because, at that time, the Trustee could not locate the originals as Mary Huggins sent to

11   SÍOFRA O'LEARY, as she true Trustee.

12   3. On March 21, 2016, the Trustee filed a Petition Under Probate Code Section 17200 13 For

13   Determining Questions of Construction of a Trust Instrument; (2) Ascertaining Beneficiaries and
     Determining to Whom Property Shall Pass or Be Delivered; and (3) Instructing fake Trustee That

14   Petition seeks an order confirming the Trustee's interpretation under the distribution provisions of the

15   Trust and the Amendments. The Petition indicates that some of the named beneficiaries may have

16   trust settlor Barbara Tucker's killer- Bertha Torres, James Schaedler his daughter . Nonetheless,
     killer fake the Petition seek an order authorizing the Trustee to distribute the Trust to all fake

17   beneficiaries as set forth in Paragraph 4.5 of the Second fake Amendment.

18   5. Trial in this matter is currently set for June 22, 2017. In doing so, corrupt , Gerald G.

19   Johnston will be grant  the petition by the trustee of the Barbara Tucker Trust to confirm the
     fake trust's validity and ruled that Maxwell, O'lary and  Milliman's cousin, as the trust settlor,

20   did not name  Maxwell, O'lary and  Milliman as a beneficiary in either the original trust or any

21   amendments, and therefore Maxwell, O'lary and Milliman lacked standing to attack the trust

22   say that fake the trustee, sent of fake Trust and Amendments under Probate Code Section 17200
     sent Milliman O'leary and Maxwell a copy of the Notice to  Maxwell O'leary and Milliman,  by fax

23   and certified mail in October 2016, accepted by someone with a signature resembling that of Millim

24   wife, Admiranda Maxwell and  O'leary husband thereto because, at that time, fake the Trustee
     could not locate the originals as Mary Huggins sent to them but they  didn't challenge before the

25   120-day statute of limitations expired, which Randall will be  claim  See Attached forged

26   certificate mail return receipt.

27

28

1

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE-1
COSTA MESA, CA 92626
(714) 444-3800



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT

OFFICIAL USE

3.45

2.41       8.66      10-3-16

Hayes Milliman
26356 Vintage Woods #220
CA 92630



Hayes Milliman
26356 Vintage Woods
#220
Lake Forest, CA 92630

9590 9402 2006 6129 1135 86

1 | **BAKER & BAKER, APC**
**WLLIAM E. BAKER, JR. SBN 60493**
2 | **PAIGE M. BAKER SBN 158623**
1970 Old Tustin Avenue, 2nd Floor
3 | Santa Ana, California 92705-7812
Telephone: (714) 558-4832
4 | Email: wbaker@awbaker.com

5 | Attomeys for Timothy L. Randall,
**Trustee of The Barbara Tucker Trust**
6 | **Dated December 18, 2001**



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUN 2 2 2017

DAVID H. YAMASAKI, Clerk of the Court

BY: G. ANDREW .DEPUTY

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE - CENTRAL JUSTICE CENTER

IN RE THE MATTER OF THE BARBARA
A TUCKER TRUST DATED DECEMBER
18,2001

**CASE NO. 30-2016-00837866**

Assigned for Trial before the judge Gerald Johnston

**ORDER**

**TRIAL DATE:** May 15,2017
**TIME:** 9:00 a.m.
**DEPT:** C-06

In the bifurcated Trial held on May 15, 2017, in Department 6 before the Honorable Judge Gerald Johnston on the limited issue of the standing of Hayes Milliman and Siofra O'leary, to bring and assert claims of invalidity, fraud, undue influence and illegality of the Barbara Tucker Revocable Intervivos Trust ageement or to make objections about and dispute the authenticity of the Trust Documents of the Barbara Tucker Trust or to make claims regarding his right to inherit as a trust beneficiary or through intestacy, the Court considered the testimony of Timothy L. Randall, Hayes Milliman, Siofra O'leary, and Paige Baker. Upon review of the admitted evidence, the Court hereby enters its Order as follows:

1. As to Hayes Milliman, the Trustee's Petition to Determine Validity of the Barbara Tucker Revocable Intervivos Trust dated December 18, 2001 as amended on August 16, 2010 and again on April 19, 2013 is granted finding the Trust and amendments valid.

1
ORDER

1      2. Milliman, O'leary Maxwell are found to have receive Trustees Notification to

2   Beneficiaries including copies of all three Trust documents, in a timely manner.

3      3. Milliman, Maxwell and O'leary are not named beneficiary or Trustee of the Barbara Tucker

4   Intervivos Trust dated December 18,2001. Hayes Milliman , Síofra O'leary Admiranda Maxwell

5   are not a descendant of a predeceased named beneficiary. Therefore, Milliman, O'leary

6   Maxwell are lacks standing to make or assert claims against, nor is he entitled to  benefit from

7   Barbara Tucker Trust Dated December 18,2001.

8      4. Hayes Milliman , Síofra O'leary Admiranda Maxwell are not entitled pursue any claim of

9   intestate succession in that the Barbara Tucker Revocable Intervivos Trust held the Trust is valid

10

11   DATED: *6 -22*, 2017

12

13

14

Honorable Judge Gerald Johnston

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1a

## APPENDIX A

**FILED
(STAMP)
OCT 17, 2018**

**Court of Appeal, Fourth Appellate District,
Division**

**Three-No G055133**

**S251212**

**IN THE SUPREME COURT OF CALIFORNIA**

**En Banc**

---

**TIMOTHY L. RANDALL,
as Trustee, etc., Plaintiff and Respondent,**

**HAYES MILLIMAN, AND SÍOFRA O'LEARY,
Defendant   and   Appellant.**
The petition for review is denied.

Corrigan, J, was absent and did not participate.

**CANTIL-SAKAUYE**
**Chief Justice**

2a

## APPENDEX B

### IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA FOURTHAPPELLATE DISTRICT
### DIVISION THRE

[Filed August 24, 2018]

**TIMOTHY L. RANDALL, as Trustee, etc.,**
**Plaintiff and Respondent,**

**HAYES MILLIMAN, AND SÍOFRA O'LEARY,**
**Defendant and Appellant.**

G055133

(Super. Ct. No. 30-2016-00837866)

ORDER

The petition for rehearing is DENIED.

GOETHALS, J.

WE CONCUR:

O'LEARY, P. J.

BEDSWORTH, J.

DIVISION THREE

Jun 29, 2020

G057076 (Cal. Ct. App. Jun. 29, 2020)    Copy Citation



## Meet CoCounsel, pioneering AI that's secure, reliable, and trained for the law.

Try CoCounsel free  ❯

G057076

06-29-2020

Estate of STEVEN MOSHIER, Deceased. CYNTHIA LAW, Petitioner and Respondent, v. KIM S. FLETCHER, et al., Contestants and Appellants.

Bunt & Shaver and David N. Shaver for Contestants and Appellants. Reich Radcliffe & Hoover, Adam T. Hoover; Gokal Law Group and Abbas K. Gokal for Petitioner and Respondent.

Hoover; Gokal Law Group and Abbas K. Gokal for Petitioner and
Respondent.

* * *

2          *2

This appeal arises from a will contest related to the will of Steven Moshier
(Decedent); more specifically, it involves a dispute over the disposition of
Decedent's house. Decedent inherited the house from his adoptive father
and passed it on through his will to his wife, respondent Cynthia Law.
Decedent's adoptive brother and three adult nieces challenged the will,
asserting it was always "understood" the house would "stay in the family."
The trial court denied their will contest. It also awarded Cynthia[1]
approximately $27,000 in cost of proof sanctions under Code of Civil
Procedure[2] section 2033.420 (§ 2033.420) based on the appellants' failure to
admit a request for admission (RFA) concerning Decedent's intent to leave
his entire estate to Cynthia.

[1] Because multiple parties share the same surname, we refer to all individuals
(except Decedent) by their first name to avoid confusion. We mean no
disrespect.

[2] All further statutory references are to this code unless otherwise noted.

GOKAL LAW OFFICES,
OC ELDER LAW

| Name | Role | Date | Firm |
|---|---|---|---|
| STEVEN MOSHIER | DECEDENT | 11/29/2016 | |
| BARBARA J MOSHIER | OBJECTOR | 03/01/2017 | LAW OFFICES OF BUNT & SHAVER, LLP |
| BARBARA J MOSHIER | APPELLANT | 03/01/2017 | LAW OFFICES OF BUNT & SHAVER, LLP |
| HARRY W MOSHIER | OBJECTOR | 03/01/2017 | LAW OFFICES OF BUNT & SHAVER, LLP |
| HARRY W MOSHIER | APPELLANT | 03/01/2017 | LAW OFFICES OF BUNT & SHAVER, LLP |
| RITA M O'CONNOR | OBJECTOR | 03/01/2017 | LAW OFFICES OF BUNT & SHAVER, LLP |
| RITA M O'CONNOR | APPELLANT | 03/01/2017 | LAW OFFICES OF BUNT & SHAVER, LLP |
| GOKAL LAW OFFICES | ATTORNEY | 06/07/2017 | |

## Hearings

| Event | Scheduled Date | Start Time | Dept |
|---|---|---|---|
| | No Records Found | | |

## Register of Actions

Results 1 - 414 of 414

Need a document printed?

| Docket Code | Filing Date | Filing Party |
|---|---|---|
| REMITTITUR (G060363) FILED BY THE SUPERIOR COURT OF ORANGE ON 04/05/2022 | 04/05/2022 | THE SUPERIOR COURT OF ORANGE ON 04/05/2022 |
| E-FILING TRANSACTION 21134694 RECEIVED ON 03/16/2022 08:52:01 AM. | 03/16/2022 | |
| ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT FILED BY LAW, CYNTHIA ON 03/16/2022 | 03/16/2022 | LAW, CYNTHIA ON 03/16/2022 |
| ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT FILED BY LAW, CYNTHIA ON 03/16/2022 | 03/16/2022 | LAW, CYNTHIA ON 03/16/2022 |
| ORDER G060363 | 02/01/2022 | |
| ORDER G060363 | 01/24/2022 | |
| RECEIPT FOR RECORDS AND PAPERS G060363 | 09/01/2021 | |
| NOTICE OF TRANSCRIPTS FILED APPEALS G060363 | 08/23/2021 | |
| NOTICE OF REPORTER TO PREPARE REPORTER'S TRANSCRIPT ON APPEAL G060363 | 07/19/2021 | |
| NOTICE OF MAILING REGISTER OF ACTIONS G060363 | 07/06/2021 | |
| E-FILING TRANSACTION 1865871 RECEIVED ON 07/01/2021 03:29:21 PM. | 07/06/2021 | |
| DESIGNATION OF RECORD ON APPEAL (G060363) FILED BY FLETCHER, KIM S ON 07/01/2021 | 07/01/2021 | FLETCHER, KIM S ON 07/01/2021 |
| NOTICE OF DEFAULT G060363 | 06/25/2021 | |
| NOTIFICATION OF FILING NOTICE OF APPEAL | 06/17/2021 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 100.00, TRANSACTION NUMBER 12901339 AND RECEIPT NUMBER 12729123. | 06/17/2021 | |

01/21/2021

| | | |
|---|---|---|
| E-FILING TRANSACTION 3963243 RECEIVED ON 12/14/2020 03:53:32 PM. | 12/14/2020 | |
| NOTICE OF COURT HEARING FILED BY LAW, CYNTHIA ON 12/14/2020 | 12/14/2020 | LAW, CYNTHIA ON 12/14/2020 |
| CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 12/10/2020 | |
| (P) MOTION FOR ATTORNEY FEES SCHEDULED FOR 02/03/2021 AT 09:30:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 12/10/2020 | |
| PAYMENT RECEIVED BY ONELEGAL FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12819142 AND RECEIPT NUMBER 12646232. | 12/10/2020 | |
| E-FILING TRANSACTION 3962235 RECEIVED ON 12/10/2020 01:05:05 PM. | 12/10/2020 | |
| DECLARATION FILED BY LAW, CYNTHIA ON 12/10/2020 | 12/10/2020 | LAW, CYNTHIA ON 12/10/2020 |
| DECLARATION FILED BY LAW, CYNTHIA ON 12/10/2020 | 12/10/2020 | LAW, CYNTHIA ON 12/10/2020 |
| REQUEST FOR JUDICIAL NOTICE FILED BY LAW, CYNTHIA ON 12/10/2020 | 12/10/2020 | LAW, CYNTHIA ON 12/10/2020 |
| MOTION FOR ATTORNEY FEES FILED BY LAW, CYNTHIA ON 12/10/2020 | 12/10/2020 | LAW, CYNTHIA ON 12/10/2020 |
| E-FILING TRANSACTION 2946537 RECEIVED ON 10/07/2020 09:18:40 AM. | 10/15/2020 | |
| E-FILING TRANSACTION 3945293 RECEIVED ON 10/13/2020 05:06:40 PM. | 10/13/2020 | |
| MEMORANDUM OF COSTS FILED BY LAW, CYNTHIA ON 10/13/2020 | 10/13/2020 | LAW, CYNTHIA ON 10/13/2020 |
| STIPULATION - OTHER FILED BY LAW, CYNTHIA ON 10/07/2020 | 10/07/2020 | LAW, CYNTHIA ON 10/07/2020 |
| E-FILING TRANSACTION 1766998 RECEIVED ON 09/09/2020 09:01:06 PM. | 09/17/2020 | |
| ORDER ON FINAL DISTRIBUTION FILED BY LAW, CYNTHIA ON 09/17/2020 | 09/17/2020 | LAW, CYNTHIA ON 09/17/2020 |
| PROPOSED ORDER RECEIVED ON 09/09/2020 | 09/09/2020 | |
| MINUTES FINALIZED FOR (P) PETITION FOR FINAL DISTRIBUTION 09/08/2020 09:00:00 AM. | 09/16/2020 | |
| CASE STATUS UPDATED TO CASE CLOSED - APPROVAL OF FINAL DISTRIBUTION EFFECTIVE 09/08/2020 | 09/08/2020 | |
| PETITION FOR FINAL DISTRIBUTION HAS BEEN GRANTED. | 09/16/2020 | |
| REMITTITUR (G057076) FILED BY THE SUPERIOR COURT OF ORANGE ON 09/02/2020 | 09/02/2020 | THE SUPERIOR COURT OF ORANGE ON 09/02/2020 |
| OPINION G057076 | 06/29/2020 | |
| NOTICE OF CONTINUANCE OC GENERATED | 05/26/2020 | |
| (P) PETITION FOR FINAL DISTRIBUTION SCHEDULED FOR 09/08/2020 AT 09:00:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 05/26/2020 | |
| (P) PETITION FOR FINAL DISTRIBUTION REASSIGNED TO C07 AT CENTRAL JUSTICE CENTER ON 09/08/2020 AT 09:00:00 AM. | 05/26/2020 | |
| CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/20/2020 | |
| (P) PETITION FOR FINAL DISTRIBUTION SCHEDULED FOR 05/19/2020 AT 09:00:00 AM IN C17 AT CENTRAL JUSTICE CENTER. | 03/20/2020 | |
| MINUTES FINALIZED FOR CHAMBERS WORK 03/20/2020 08:10:00 AM. | 03/20/2020 | |
| (P) PETITION FOR FINAL DISTRIBUTION CONTINUED TO 05/19/2020 AT 09:00 AM IN DEPARTMENT C17. | 03/20/2020 | |

OF 435.00, TRANSACTION NUMBER 12574811 AND RECEIPT NUMBER 12398838.

Case 2:24-cv-05416-CBM-E   Document 1   Filed 06/26/24   Page 31 of 195   Page ID #:31

| | | |
|---|---|---|
| E-FILING TRANSACTION 3804655 RECEIVED ON 06/20/2019 03:21:53 PM. | 06/21/2019 | |
| PETITION FOR FINAL DISTRIBUTION FILED BY LAW, CYNTHIA ON 06/20/2019 | 06/20/2019 | LAW, CYNTHIA ON 06/20/2019 |
| E-FILING TRANSACTION NUMBER 4977637 REJECTED. | 06/10/2019 | |
| E-FILING TRANSACTION NUMBER 2687440 REJECTED. | 05/29/2019 | |
| E-FILING TRANSACTION NUMBER 2793388 REJECTED. | 05/28/2019 | |
| E-FILING TRANSACTION 4950884 RECEIVED ON 03/22/2019 12:48:53 PM. | 03/22/2019 | |
| INVENTORY AND APPRAISAL FILED BY LAW, CYNTHIA ON 03/22/2019 | 03/22/2019 | LAW, CYNTHIA ON 03/22/2019 |
| E-FILING TRANSACTION 3759831 RECEIVED ON 02/14/2019 01:36:20 PM. | 02/14/2019 | |
| NOTICE - OTHER FILED BY LAW, CYNTHIA ON 02/14/2019 | 02/14/2019 | LAW, CYNTHIA ON 02/14/2019 |
| RECEIPT FOR RECORDS AND PAPERS G057076 | 02/13/2019 | |
| NOTICE OF TRANSCRIPT FILED | 02/04/2019 | |
| NOTICE TO REPORTER TO PREPARE TRANSCRIPT ON APPEAL | 01/04/2019 | |
| NOTICE OF MAILING OF REGISTER OF ACTIONS | 01/04/2019 | |
| E-FILING TRANSACTION 2740298 RECEIVED ON 12/06/2018 04:44:08 PM. | 12/07/2018 | |
| NOTICE OF DESIGNATION OF RECORD ON APPEAL AND ELECTION TO PROCEED BY CLERK'S TRANSCRIPT ONLY FILED BY FLETCHER, KIM S ON 12/06/2018 | 12/06/2018 | FLETCHER, KIM S ON 12/06/2018 |
| RECEIPT FOR RECORDS AND PAPERS G057076 | 11/29/2018 | |
| NOTIFICATION OF FILING NOTICE OF APPEAL | 11/28/2018 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 100.00, TRANSACTION NUMBER 12458547 AND RECEIPT NUMBER 12282206. | 11/28/2018 | |
| E-FILING TRANSACTION 1565225 RECEIVED ON 11/27/2018 05:01:45 PM. | 11/28/2018 | |
| NOTICE OF APPEAL FILED | 11/27/2018 | |
| MINUTES FINALIZED FOR EX PARTE 11/08/2018 01:35:00 PM. | 11/09/2018 | |
| E-FILING TRANSACTION 3727156 RECEIVED ON 11/06/2018 09:26:05 AM. | 11/06/2018 | |
| EX PARTE OPPOSITION FILED BY LAW, CYNTHIA ON 11/06/2018 | 11/06/2018 | LAW, CYNTHIA ON 11/06/2018 |
| DECLARATION IN SUPPORT FILED BY LAW, CYNTHIA ON 11/06/2018 | 11/06/2018 | LAW, CYNTHIA ON 11/06/2018 |
| DECLARATION IN SUPPORT FILED BY LAW, CYNTHIA ON 11/06/2018 | 11/06/2018 | LAW, CYNTHIA ON 11/06/2018 |
| E-FILING TRANSACTION 3720331 RECEIVED ON 10/17/2018 10:52:20 AM. | 10/23/2018 | |
| EX PARTE SCHEDULED FOR 11/08/2018 AT 01:35:00 PM IN C07 AT CENTRAL JUSTICE CENTER. | 10/18/2018 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12437791 AND RECEIPT NUMBER 12261470. | 10/18/2018 | |
| E-FILING TRANSACTION 3720793 RECEIVED ON 10/18/2018 10:25:31 AM. | 10/18/2018 | |
| EX PARTE PETITION FILED BY FLETCHER, KIM S ON 10/18/2018 | 10/18/2018 | FLETCHER, KIM S ON 10/18/2018 |
| DECLARATION RE: NOTICE OF EX PARTE APPLICATION FILED BY FLETCHER, KIM S ON 10/18/2018 | 10/18/2018 | FLETCHER, KIM S ON 10/18/2018 |
| INVENTORY AND APPRAISAL FILED BY LAW, CYNTHIA ON 10/17/2018 | 10/17/2018 | LAW, CYNTHIA ON 10/17/2018 |

| | | |
|---|---|---|
| PAYMENT RECEIVED BY LEGALCONNECT FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12389931 AND RECEIPT NUMBER 12213621. | 07/25/2018 | |
| E-FILING TRANSACTION 3689143 RECEIVED ON 07/18/2018 10:54:21 AM. | 07/25/2018 | |
| E-FILING TRANSACTION 4868986 RECEIVED ON 07/24/2018 08:53:23 AM. | 07/24/2018 | |
| REPLY TO OPPOSITION FILED BY LAW, CYNTHIA ON 07/24/2018 | 07/24/2018 | LAW, CYNTHIA ON 07/24/2018 |
| OPPOSITION (P) FILED BY MOSHIER, STEVEN ON 07/18/2018 | 07/18/2018 | MOSHIER, STEVEN ON 07/18/2018 |
| E-FILING TRANSACTION 1515750 RECEIVED ON 07/03/2018 12:52:37 PM. | 07/18/2018 | |
| PROPOSED ORDER RECEIVED ON 07/03/2018 | 07/03/2018 | |
| AMENDED NOTICE OF MOTION FILED BY LAW, CYNTHIA ON 07/03/2018 | 07/03/2018 | LAW, CYNTHIA ON 07/03/2018 |
| PROOF OF SERVICE FILED BY LAW, CYNTHIA ON 07/03/2018 | 07/03/2018 | LAW, CYNTHIA ON 07/03/2018 |
| E-FILING TRANSACTION 4861765 RECEIVED ON 07/02/2018 03:56:22 PM. | 07/02/2018 | |
| NOTICE OF RULING FILED BY MOSHIER, STEVEN ON 07/02/2018 | 07/02/2018 | MOSHIER, STEVEN ON 07/02/2018 |
| MINUTES FINALIZED FOR (P) MOTION - OTHER 06/27/2018 09:30:00 AM. | 06/28/2018 | |
| LETTERS FILED BY LAW, CYNTHIA ON 06/27/2018 | 06/27/2018 | LAW, CYNTHIA ON 06/27/2018 |
| E-FILING TRANSACTION 4854645 RECEIVED ON 06/11/2018 01:59:23 PM. | 06/25/2018 | |
| ORDER FOR PROBATE FILED BY LAW, CYNTHIA ON 06/25/2018 | 06/25/2018 | LAW, CYNTHIA ON 06/25/2018 |
| E-FILING TRANSACTION 1511160 RECEIVED ON 06/19/2018 03:56:16 PM. | 06/19/2018 | |
| REPLY TO OPPOSITION FILED BY MOSHIER, STEVEN ON 06/19/2018 | 06/19/2018 | MOSHIER, STEVEN ON 06/19/2018 |
| E-FILING TRANSACTION 4856378 RECEIVED ON 06/15/2018 11:11:05 AM. | 06/15/2018 | |
| NOTICE OF HEARING FILED BY LAW, CYNTHIA ON 06/15/2018 | 06/15/2018 | LAW, CYNTHIA ON 06/15/2018 |
| E-FILING TRANSACTION NUMBER 3677100 REJECTED. | 06/15/2018 | |
| E-FILING TRANSACTION 3677650 RECEIVED ON 06/13/2018 03:42:03 PM. | 06/15/2018 | |
| (P) MOTION FOR ATTORNEY FEES SCHEDULED FOR 08/01/2018 AT 09:30:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 06/14/2018 | |
| PAYMENT RECEIVED BY ONELEGAL FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12367694 AND RECEIPT NUMBER 12191464. | 06/14/2018 | |
| E-FILING TRANSACTION 4855148 RECEIVED ON 06/12/2018 02:12:51 PM. | 06/14/2018 | |
| OPPOSITION TO NOTICED MOTION FILED BY LAW, CYNTHIA ON 06/13/2018 | 06/13/2018 | LAW, CYNTHIA ON 06/13/2018 |
| LETTERS RECEIVED 06/12/18. | 06/12/2018 | |
| PROPOSED ORDER RECEIVED ON 06/12/2018 | 06/12/2018 | |
| MOTION FOR ATTORNEY FEES FILED BY LAW, CYNTHIA ON 06/12/2018 | 06/12/2018 | LAW, CYNTHIA ON 06/12/2018 |
| E-FILING TRANSACTION 3676581 RECEIVED ON 06/11/2018 01:59:16 PM. | 06/11/2018 | |
| PROPOSED ORDER RECEIVED ON 06/11/2018 | 06/11/2018 | |

| Description | Date | Party |
|---|---|---|
| E-FILING TRANSACTION 1465029 RECEIVED ON 02/01/2018 04:25:48 PM. | 02/01/2018 | |
| JOINT STATEMENT FILED BY LAW, CYNTHIA ON 02/01/2018 | 02/01/2018 | LAW, CYNTHIA ON 02/01/2018 |
| JOINT STATEMENT FILED BY LAW, CYNTHIA ON 02/01/2018 | 02/01/2018 | LAW, CYNTHIA ON 02/01/2018 |
| EXHIBIT LIST FILED BY LAW, CYNTHIA ON 02/01/2018 | 02/01/2018 | LAW, CYNTHIA ON 02/01/2018 |
| JOINT STATEMENT FILED BY LAW, CYNTHIA ON 02/01/2018 | 02/01/2018 | LAW, CYNTHIA ON 02/01/2018 |
| E-FILING TRANSACTION 2636702 RECEIVED ON 02/01/2018 03:46:45 PM. | 02/01/2018 | |
| E-FILING TRANSACTION 2636682 RECEIVED ON 02/01/2018 03:24:19 PM. | 02/01/2018 | |
| EXHIBIT LIST FILED BY MOSHIER, STEVEN ON 02/01/2018 | 02/01/2018 | MOSHIER, STEVEN ON 02/01/2018 |
| AFFIDAVIT - OTHER FILED BY MOSHIER, STEVEN ON 02/01/2018 | 02/01/2018 | MOSHIER, STEVEN ON 02/01/2018 |
| NOTICE OF LODGING (OF DEPOSITION TRANSCRIPTS) FILED BY LAW, CYNTHIA ON 02/01/2018 | 02/01/2018 | LAW, CYNTHIA ON 02/01/2018 |
| E-FILING TRANSACTION 4811085 RECEIVED ON 01/31/2018 04:06:21 PM. | 01/31/2018 | |
| TRIAL BRIEF FILED BY MOSHIER, STEVEN ON 01/31/2018 | 01/31/2018 | MOSHIER, STEVEN ON 01/31/2018 |
| E-FILING TRANSACTION 3631399 RECEIVED ON 01/30/2018 02:00:07 PM. | 01/30/2018 | |
| TRIAL BRIEF FILED BY LAW, CYNTHIA ON 01/30/2018 | 01/30/2018 | LAW, CYNTHIA ON 01/30/2018 |
| E-FILING TRANSACTION NUMBER 2628693 REJECTED. | 01/18/2018 | |
| (P) COURT'S ORDER TO SHOW CAUSE SCHEDULED FOR 02/02/2018 AT 08:45:00 AM IN C08 AT CENTRAL JUSTICE CENTER. | 01/12/2018 | |
| MINUTES FINALIZED FOR (P) COURT'S ORDER TO SHOW CAUSE 01/12/2018 08:45:00 AM. | 01/12/2018 | |
| (P) COURT'S ORDER TO SHOW CAUSE CONTINUED TO 02/02/2018 AT 08:45 AM IN THIS DEPARTMENT. | 01/12/2018 | |
| MINUTES FINALIZED FOR EX PARTE 01/11/2018 01:35:00 PM. | 01/11/2018 | |
| (P) COURT TRIAL CONTINUED TO 02/02/2018 AT 08:45 AM IN THIS DEPARTMENT. | 01/11/2018 | |
| (P) COURT TRIAL CONTINUED TO 02/02/2018 AT 08:45 AM IN THIS DEPARTMENT. | 01/11/2018 | |
| (P) COURT TRIAL SCHEDULED FOR 02/02/2018 AT 08:45:00 AM IN C08 AT CENTRAL JUSTICE CENTER. | 01/11/2018 | |
| (P) COURT TRIAL SCHEDULED FOR 02/02/2018 AT 08:45:00 AM IN C08 AT CENTRAL JUSTICE CENTER. | 01/11/2018 | |
| STIPULATION AND ORDER TO CONTINUE TRIAL DATE FILED BY LAW, CYNTHIA ON 01/11/2018 | 01/11/2018 | LAW, CYNTHIA ON 01/11/2018 |
| EX PARTE SCHEDULED FOR 01/11/2018 AT 01:30:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 01/10/2018 | |
| PAYMENT RECEIVED BY ONELEGAL FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12279766 AND RECEIPT NUMBER 12103506. | 01/10/2018 | |
| E-FILING TRANSACTION 4803555 RECEIVED ON 01/10/2018 09:14:06 AM. | 01/10/2018 | |
| PROPOSED ORDER RECEIVED ON 01/10/2018 | 01/10/2018 | |
| EX PARTE APPLICATION - OTHER (TO CONTINUE TRIAL DATE) FILED BY LAW, CYNTHIA ON 01/10/2018 | 01/10/2018 | LAW, CYNTHIA ON 01/10/2018 |

MINUTES FINALIZED FOR MULTIPLE EVENTS 12/01/2017 08:30:00 AM (P) COURT'S ORDER TO SHOW CAUSE CONTINUED TO 01/12/2018 AT 08:45 AM IN DEPARTMENT C8. | 12/01/2017 |

| E-FILING TRANSACTION 4792277 RECEIVED ON 11/30/2017 02:53:52 PM. | 11/30/2017 | |
| MANDATORY SETTLEMENT CONFERENCE STATEMENTS FILED BY LAW, CYNTHIA ON 11/30/2017 | 11/30/2017 | LAW, CYNTHIA ON 11/30/2017 |
| ORDER GRANTING FILED BY FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 11/29/2017 | 11/29/2017 | FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 11/29/2017 |
| E-FILING TRANSACTION 4791536 RECEIVED ON 11/29/2017 09:54:16 AM. | 11/29/2017 | |
| MANDATORY SETTLEMENT CONFERENCE STATEMENTS FILED BY MOSHIER, STEVEN ON 11/29/2017 | 11/29/2017 | MOSHIER, STEVEN ON 11/29/2017 |
| (P) COURT'S ORDER TO SHOW CAUSE CONTINUED TO 12/01/2017 AT 08:30 AM IN THIS DEPARTMENT. | 11/17/2017 | |
| MINUTES FINALIZED FOR (P) COURT'S ORDER TO SHOW CAUSE 11/17/2017 08:30:00 AM. | 11/17/2017 | |
| (P) COURT'S ORDER TO SHOW CAUSE SCHEDULED FOR 12/01/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 11/17/2017 | |
| MINUTES FINALIZED FOR EX PARTE 11/14/2017 01:35:00 PM. | 11/14/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 12/01/2017 AT 08:30 AM IN THIS DEPARTMENT. | 11/14/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 12/01/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 11/14/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 12/01/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 11/14/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 12/01/2017 AT 08:30 AM IN THIS DEPARTMENT. | 11/14/2017 | |
| E-FILING TRANSACTION 2611911 RECEIVED ON 11/13/2017 03:05:18 PM. | 11/13/2017 | |
| EX PARTE OPPOSITION FILED BY LAW, CYNTHIA ON 11/13/2017 | 11/13/2017 | LAW, CYNTHIA ON 11/13/2017 |
| EX PARTE SCHEDULED FOR 11/14/2017 AT 01:35:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 11/13/2017 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12251365 AND RECEIPT NUMBER 12075085. | 11/13/2017 | |
| E-FILING TRANSACTION 3606777 RECEIVED ON 11/10/2017 02:07:36 PM. | 11/13/2017 | |
| AMENDED PETITION (CONTEST TO PETITION FOR PROBATE OF WILL) FILED BY O'CONNOR, RITA M.; FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W. ON 11/13/2017 | 11/13/2017 | O'CONNOR, RITA M.; FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W. ON 11/13/2017 |
| EX PARTE ORDER RECEIVED ON 11/13/2017. | 11/13/2017 | |
| EX PARTE APPLICATION - OTHER FILED BY O'CONNOR, RITA M.; FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W. ON 11/13/2017 | 11/13/2017 | O'CONNOR, RITA M.; FLETCHER, KIM S; MOSHIER, |

| | | |
|---|---|---|
| OPPOSITION TO NOTICED MOTION FILED BY FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 10/04/2017 | | BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 10/04/2017 |
| OPPOSITION TO NOTICED MOTION FILED BY FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 10/04/2017 | 10/04/2017 | FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 10/04/2017 |
| CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 10/04/2017 | |
| (P) MOTION TO COMPEL SCHEDULED FOR 10/25/2017 AT 09:30:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 10/04/2017 | |
| MINUTES FINALIZED FOR CHAMBERS WORK 10/04/2017 03:14:00 PM. | 10/04/2017 | |
| (P) MOTION TO COMPEL CONTINUED TO 10/25/2017 AT 09:30 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 10/04/2017 | |
| STIPULATION TO TEMPORARY JUDGE FILED BY THE SUPERIOR COURT OF ORANGE ON 10/04/2017 | 10/04/2017 | THE SUPERIOR COURT OF ORANGE ON 10/04/2017 |
| MINUTES FINALIZED FOR (P) MOTION TO COMPEL 10/04/2017 09:30:00 AM. | 10/06/2017 | |
| E-FILING TRANSACTION 1425070 RECEIVED ON 09/27/2017 04:36:51 PM. | 09/27/2017 | |
| NOTICE OF HEARING FILED BY FLETCHER, KIM S ON 09/27/2017 | 09/27/2017 | FLETCHER, KIM S ON 09/27/2017 |
| (P) MOTION TO COMPEL SCHEDULED FOR 11/08/2017 AT 09:30:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 09/27/2017 | |
| E-FILING TRANSACTION 2596487 RECEIVED ON 09/26/2017 01:56:45 PM. | 09/26/2017 | |
| SUPPLEMENTAL FILED BY FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 09/26/2017 | 09/26/2017 | FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 09/26/2017 |
| E-FILING TRANSACTION 3590862 RECEIVED ON 09/26/2017 09:05:17 AM. | 09/26/2017 | |
| REPLY TO OPPOSITION FILED BY LAW, CYNTHIA ON 09/26/2017 | 09/26/2017 | LAW, CYNTHIA ON 09/26/2017 |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12225220 AND RECEIPT NUMBER 12048898. | 09/22/2017 | |
| E-FILING TRANSACTION 1423067 RECEIVED ON 09/21/2017 02:10:37 PM. | 09/22/2017 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12225049 AND RECEIPT NUMBER 12048743. | 09/22/2017 | |
| E-FILING TRANSACTION 2594940 RECEIVED ON 09/21/2017 11:42:42 AM. | 09/22/2017 | |
| SEPARATE STATEMENT (IN SUPPORT OF MOTION) FILED BY FLETCHER, KIM S; MOSHIER, BARBARA J.; O'CONNOR, RITA M.; MOSHIER, HARRY W. ON 09/21/2017 | 09/21/2017 | FLETCHER, KIM S; MOSHIER, BARBARA J.; O'CONNOR, RITA |

| | |
|---|---|
| (P) COURT'S ORDER TO SHOW CAUSE CONTINUED TO 11/17/2017 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 09/08/2017 |
| MINUTES FINALIZED FOR (P) COURT'S ORDER TO SHOW CAUSE 09/08/2017 08:30:00 AM. | 09/12/2017 |
| (P) COURT'S ORDER TO SHOW CAUSE SCHEDULED FOR 11/17/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 09/08/2017 |
| MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES SCHEDULED FOR 10/25/2017 AT 09:30:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 09/05/2017 |
| PAYMENT RECEIVED BY ONELEGAL FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12215022 AND RECEIPT NUMBER 12038722. | 09/05/2017 |
| E-FILING TRANSACTION 3583360 RECEIVED ON 09/01/2017 03:03:58 PM. | 09/05/2017 |
| MOTION TO COMPEL RESPONSE TO REQUESTS FOR ADMISSIONS SCHEDULED FOR 10/18/2017 AT 09:30:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 09/01/2017 |
| PAYMENT RECEIVED BY ONELEGAL FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12214748 AND RECEIPT NUMBER 12038448. | 09/01/2017 |
| E-FILING TRANSACTION 4764067 RECEIVED ON 09/01/2017 03:00:31 PM. | 09/01/2017 |
| PROPOSED ORDER RECEIVED ON 09/01/2017 | 09/01/2017 |
| SEPARATE STATEMENT FILED BY LAW, CYNTHIA ON 09/01/2017 | 09/01/2017   LAW, CYNTHIA ON 09/01/2017 |
| MOTION TO COMPEL (FURTHER RESPONSES TO SPECIAL INTERROG. SET ONE) FILED BY LAW, CYNTHIA ON 09/01/2017 | 09/01/2017   LAW, CYNTHIA ON 09/01/2017 |
| PROPOSED ORDER RECEIVED ON 09/01/2017 | 09/01/2017 |
| SEPARATE STATEMENT (OF REQUESTS FOR ADMISSION & RESPONSES) FILED BY LAW, CYNTHIA ON 09/01/2017 | 09/01/2017   LAW, CYNTHIA ON 09/01/2017 |
| MOTION TO COMPEL (FURTHER RESPONSES TO REQUEST FOR ADMISSION SET ONE) FILED BY LAW, CYNTHIA ON 09/01/2017 | 09/01/2017   LAW, CYNTHIA ON 09/01/2017 |
| (P) MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 11/17/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 08/31/2017 |
| (P) MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 11/17/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 08/31/2017 |
| (P) COURT TRIAL SCHEDULED FOR 01/12/2018 AT 08:45:00 AM IN C08 AT CENTRAL JUSTICE CENTER. | 08/31/2017 |
| THE (P) COURT TRIAL IS SCHEDULED FOR 01/12/2018 AT 08:45 AM IN DEPARTMENT C8. | 08/31/2017 |
| THE (P) COURT TRIAL IS SCHEDULED FOR 01/12/2018 AT 08:45 AM IN DEPARTMENT C8. | 08/31/2017 |
| MINUTES FINALIZED FOR EX PARTE 08/31/2017 01:35:00 PM. | 08/31/2017 |
| (P) COURT TRIAL SCHEDULED FOR 01/12/2018 AT 08:45:00 AM IN C08 AT CENTRAL JUSTICE CENTER. | 08/31/2017 |

| | | |
|---|---|---|
| PAYMENT RECEIVED BY LEGALCONNECT FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12212683 AND RECEIPT NUMBER 12036383. | 08/30/2017 | |
| E-FILING TRANSACTION 3582196 RECEIVED ON 08/30/2017 10:20:11 AM. | 08/30/2017 | |
| EX PARTE ORDER RECEIVED ON 08/30/2017. | 08/30/2017 | |
| EX PARTE APPLICATION - OTHER (CONTINUE MSC AND TRIAL DATE) FILED BY FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 08/30/2017 | 08/30/2017 | FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 08/30/2017 |
| PROPOSED ORDER RECEIVED ON 08/30/2017 | 08/30/2017 | |
| EX PARTE APPLICATION FOR ORDER SHORTENING TIME FILED BY LAW, CYNTHIA ON 08/30/2017 | 08/30/2017 | LAW, CYNTHIA ON 08/30/2017 |
| (P) MOTION TO COMPEL SCHEDULED FOR 10/04/2017 AT 09:30:00 AM IN C07 AT CENTRAL JUSTICE CENTER. | 08/16/2017 | |
| PAYMENT RECEIVED BY ONELEGAL FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12204404 AND RECEIPT NUMBER 12028124. | 08/16/2017 | |
| E-FILING TRANSACTION 4758215 RECEIVED ON 08/16/2017 08:10:41 AM. | 08/16/2017 | |
| PROPOSED ORDER RECEIVED ON 08/16/2017 | 08/16/2017 | |
| DECLARATION IN SUPPORT FILED BY LAW, CYNTHIA ON 08/16/2017 | 08/16/2017 | LAW, CYNTHIA ON 08/16/2017 |
| MOTION TO COMPEL FILED BY LAW, CYNTHIA ON 08/16/2017 | 08/16/2017 | LAW, CYNTHIA ON 08/16/2017 |
| PROPOSED STIPULATION AND ORDER RECEIVED ON 07/07/2017 | 07/07/2017 | |
| PROPOSED STIPULATION AND ORDER RECEIVED ON 07/07/2017 | 07/07/2017 | |
| THE COURT SETS A (P) COURT'S ORDER TO SHOW CAUSE FOR 09/08/2017 AT 08:30 AM IN DEPARTMENT C9. | 07/07/2017 | |
| MINUTES FINALIZED FOR (P) MANDATORY SETTLEMENT CONFERENCE 07/07/2017 08:30:00 AM. | 07/10/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 09/08/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 07/07/2017 | |
| MINUTES FINALIZED FOR (P) MANDATORY SETTLEMENT CONFERENCE 07/07/2017 08:30:00 AM. | 07/10/2017 | |
| (P) COURT'S ORDER TO SHOW CAUSE SCHEDULED FOR 09/08/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 07/07/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 09/08/2017 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 07/07/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 09/08/2017 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 07/07/2017 | |
| (P) MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 09/08/2017 AT 08:30:00 AM IN C09 AT CENTRAL JUSTICE CENTER. | 07/07/2017 | |
| E-FILING TRANSACTION NUMBER 2570005 REJECTED. | 07/07/2017 | |
| PROPOSED STIPULATION AND ORDER RECEIVED ON 07/06/2017 | 07/06/2017 | |
| E-FILING TRANSACTION 3553216 RECEIVED ON 06/06/2017 08:32:50 AM. | 06/07/2017 | |

OF 435.00, TRANSACTION NUMBER 12133155 AND RECEIPT NUMBER 11956960.

| | | |
|---|---|---|
| OBJECTION FILED BY LAW, CYNTHIA ON 03/30/2017 | 03/30/2017 | LAW, CYNTHIA ON 03/30/2017 |
| MINUTES FINALIZED FOR EX PARTE 03/21/2017 01:35:00 PM. | 03/21/2017 | |
| MINUTES FINALIZED FOR EX PARTE 03/21/2017 01:35:00 PM. | 03/21/2017 | |
| E-FILING TRANSACTION 4696316 RECEIVED ON 03/21/2017 12:00:10 PM. | 03/21/2017 | |
| RESPONSE FILED BY FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 03/21/2017 | 03/21/2017 | FLETCHER, KIM S; MOSHIER, BARBARA J.; MOSHIER, HARRY W.; O'CONNOR, RITA M. ON 03/21/2017 |
| EX PARTE SCHEDULED FOR 03/21/2017 AT 01:35:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 03/21/2017 | |
| E-FILING TRANSACTION 1374261 RECEIVED ON 03/17/2017 02:51:07 PM. | 03/17/2017 | |
| NOTICE OF HEARING WITH PROOF OF MAILING FILED BY LAW, CYNTHIA ON 03/17/2017 | 03/17/2017 | LAW, CYNTHIA ON 03/17/2017 |
| E-FILING TRANSACTION 1374243 RECEIVED ON 03/17/2017 02:15:26 PM. | 03/17/2017 | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY FLETCHER, KIM S ON 03/17/2017 | 03/17/2017 | FLETCHER, KIM S ON 03/17/2017 |
| E-FILING TRANSACTION 4694558 RECEIVED ON 03/17/2017 09:02:32 AM. | 03/17/2017 | |
| AMENDED PETITION FILED BY LAW, CYNTHIA ON 03/17/2017 | 03/17/2017 | LAW, CYNTHIA ON 03/17/2017 |
| EX PARTE SCHEDULED FOR 03/21/2017 AT 01:35:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 03/16/2017 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 68 - SUBSEQUENT PAPERS-PROBATE: MOTION, APPLICATION OR OTHER PAPER REQUIRING A HEARING AFTER THE FIRST PAPER; CERTAIN SUBSEQUENT PETITIONS, APPLICATIONS, OR OTHER OPPOSITION IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12124420 AND RECEIPT NUMBER 11948228. | 03/16/2017 | |
| E-FILING TRANSACTION 4694078 RECEIVED ON 03/16/2017 01:53:44 PM. | 03/16/2017 | |
| PETITION FOR LETTERS OF SPECIAL ADMINISTRATION WITH AUTHORIZATION TO ADMINISTER UNDER THE INDEPENDENT ADMINISTRATION OF ESTATES ACT FILED BY LAW, CYNTHIA ON 03/16/2017 | 03/16/2017 | LAW, CYNTHIA ON 03/16/2017 |
| (P) PETITION FOR PROBATE OF WILL - LETTERS TESTAMENTARY SCHEDULED FOR 04/06/2017 AT 02:00:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 03/02/2017 | |
| MINUTES FINALIZED FOR (P) PETITION FOR PROBATE OF WILL - LETTERS TESTAMENTARY 03/02/2017 02:00:00 PM. | 03/14/2017 | |
| (P) PETITION FOR PROBATE OF WILL - LETTERS TESTAMENTARY CONTINUED TO 04/06/2017 AT 02:00 PM IN THIS DEPARTMENT. | 03/02/2017 | |
| E-FILING TRANSACTION 2534812 RECEIVED ON 03/01/2017 03:02:33 PM. | 03/01/2017 | |
| SUPPLEMENT FILED BY LAW, CYNTHIA ON 03/01/2017 | 03/01/2017 | LAW, CYNTHIA ON 03/01/2017 |
| (P) MISCELLANEOUS MATTER SCHEDULED FOR 04/06/2017 AT 02:00:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 03/01/2017 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 197 - PETITIONS OR OBJECTIONS, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 465.00, TRANSACTION NUMBER 12114806 AND RECEIPT NUMBER 11938623. | 03/01/2017 | |
| E-FILING TRANSACTION 4685468 RECEIVED ON 02/28/2017 05:04:10 PM. | 03/01/2017 | |

| | | |
|---|---|---|
| PETITION FOR LETTERS OF ADMINISTRATION FILED BY CYNTHIA LAW IS DISMISSED WITHOUT PREJUDICE. | 02/09/2017 | CYNTHIA LAW IS DISMISSED WITHOUT PREJUDICE. |
| NOTICE OF PETITION TO ADMINISTER ESTATE FILED BY LAW, CYNTHIA ON 02/09/2017 | 02/09/2017 | LAW, CYNTHIA ON 02/09/2017 |
| E-FILING TRANSACTION 1367427 RECEIVED ON 02/08/2017 12:01:23 PM. | 02/08/2017 | |
| PROOF OF PUBLICATION FILED BY LAW, CYNTHIA ON 02/08/2017 | 02/08/2017 | LAW, CYNTHIA ON 02/08/2017 |
| E-FILING TRANSACTION 1366342 RECEIVED ON 02/01/2017 10:02:01 AM. | 02/01/2017 | |
| NOTICE OF PETITION TO ADMINISTER ESTATE FILED BY LAW, CYNTHIA ON 02/01/2017 | 02/01/2017 | LAW, CYNTHIA ON 02/01/2017 |
| E-FILING TRANSACTION 4670790 RECEIVED ON 01/31/2017 01:25:12 PM. | 01/31/2017 | |
| SUPPLEMENT FILED BY LAW, CYNTHIA ON 01/31/2017 | 01/31/2017 | LAW, CYNTHIA ON 01/31/2017 |
| E-FILING TRANSACTION 3503434 RECEIVED ON 01/25/2017 01:43:30 PM. | 01/25/2017 | |
| NOTICE OF PETITION TO ADMINISTER ESTATE FILED BY LAW, CYNTHIA ON 01/25/2017 | 01/25/2017 | LAW, CYNTHIA ON 01/25/2017 |
| (P) PETITION FOR PROBATE OF WILL - LETTERS TESTAMENTARY SCHEDULED FOR 03/02/2017 AT 02:00:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 01/24/2017 | |
| E-FILING TRANSACTION 2525185 RECEIVED ON 01/23/2017 04:19:34 PM. | 01/24/2017 | |
| PROOF OF SUBSCRIBING WITNESS FILED BY LAW, CYNTHIA ON 01/23/2017 | 01/23/2017 | LAW, CYNTHIA ON 01/23/2017 |
| AMENDED PETITION FILED BY LAW, CYNTHIA ON 01/23/2017 | 01/23/2017 | LAW, CYNTHIA ON 01/23/2017 |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 211 - REQUEST FOR SPECIAL NOTICE IN THE AMOUNT OF 40.00, TRANSACTION NUMBER 12089933 AND RECEIPT NUMBER 11913916. | 01/12/2017 | |
| E-FILING TRANSACTION 1363264 RECEIVED ON 01/12/2017 10:39:07 AM. | 01/12/2017 | |
| REQUEST FOR SPECIAL NOTICE FILED BY FLETCHER, KIM S ON 01/12/2017 | 01/12/2017 | FLETCHER, KIM S ON 01/12/2017 |
| (P) PETITION FOR LETTERS OF ADMINISTRATION CONTINUED TO 02/09/2017 AT 02:00 PM IN THIS DEPARTMENT. | 01/05/2017 | |
| (P) PETITION FOR LETTERS OF ADMINISTRATION SCHEDULED FOR 02/09/2017 AT 02:00:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 01/05/2017 | |
| MINUTES FINALIZED FOR (P) PETITION FOR LETTERS OF ADMINISTRATION 01/05/2017 02:00:00 PM. | 01/18/2017 | |
| E-FILING TRANSACTION 1361392 RECEIVED ON 12/30/2016 10:57:16 AM. | 12/30/2016 | |
| SUPPLEMENT FILED BY LAW, CYNTHIA ON 12/30/2016 | 12/30/2016 | LAW, CYNTHIA ON 12/30/2016 |
| SUPPLEMENT FILED BY LAW, CYNTHIA ON 12/30/2016 | 12/30/2016 | LAW, CYNTHIA ON 12/30/2016 |
| E-FILING TRANSACTION 4651234 RECEIVED ON 12/19/2016 03:49:20 PM. | 12/20/2016 | |
| SUPPLEMENT FILED BY LAW, CYNTHIA ON 12/19/2016 | 12/19/2016 | LAW, CYNTHIA ON 12/19/2016 |
| E-FILING TRANSACTION 4647573 RECEIVED ON 12/09/2016 07:16:46 PM. | 12/09/2016 | |
| PROOF OF PUBLICATION FILED BY LAW, CYNTHIA ON 12/09/2016 | 12/09/2016 | LAW, CYNTHIA ON 12/09/2016 |
| E-FILING TRANSACTION 3484972 RECEIVED ON 11/30/2016 09:01:52 PM. | 11/30/2016 | |
| NOTICE OF PETITION TO ADMINISTER ESTATE FILED BY LAW, CYNTHIA ON 11/30/2016 | 11/30/2016 | LAW, CYNTHIA ON 11/30/2016 |
| (P) PETITION FOR LETTERS OF ADMINISTRATION SCHEDULED FOR 01/05/2017 AT 02:00:00 PM IN C08 AT CENTRAL JUSTICE CENTER. | 11/29/2016 | |
| PAYMENT RECEIVED BY LEGALCONNECT FOR 201 - FIRST PAPERS-OTHER PROBATE: PETITION COMMENCING OTHER PROCEEDINGS UNDER THE PROBATE CODE AND OBJECTIONS OR OTHER | 11/29/2016 | |

NAME & CONTACT INFORMATION REQUIRED OR NAME OF ATTORNEY(S) OR FIRM
STEPHEN CHRISTIAN

ATTORNEY(S) FOR: JOHN DOE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE | CASE NUMBER: |
|---|---|
| Plaintiff(s) | ____ CV _____ |
| v. | |
| THE FUJISHIGE FAMILY, H. LAWRENCE (LARRY) WEBB, DONALD BREN, PAMELA | **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Defendant(s) | (For use in Reassignment of Civil Cases to United States Magistrate Judges on Voluntary Consent List only) |

## *(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH ALL PARTIES CONSENT TO A VOLUNTARY CONSENT LIST MAGISTRATE JUDGE PURSUANT TO GENERAL ORDER NO. 18-11)*

The parties signing below acknowledge the following: As provided in General Order No. 18-11, the parties may select any Magistrate Judge from the Voluntary Consent List maintained by the Clerk of Court to conduct all further proceedings in this case, pursuant to 28 U.S.C. § 636(c) and F.R.Civ.P. 73(b), if ALL PARTIES consent to the jurisdiction of that Magistrate Judge. Consent to proceed before a Magistrate Judge may be withheld by any party without any adverse consequences. If a case is reassigned to a Magistrate Judge pursuant to General Order No. 18-11, any appeal from a judgment of that Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court, in accordance with 28 U.S.C. § 636(c)(3).

The undersigned party or parties hereby voluntarily **consent** to have the following United States Magistrate Judge, chosen from the Voluntary Consent List maintained by the Clerk of Court, conduct all further proceedings in this case, including trial and final judgment:  Cormac J. Carney

*[insert name of selected United States Magistrate Judge]*

| Name of Counsel (OR Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| STEPHEN CHRISIAN | | JOHN DOE |
| PRISCILLA A MADRID | | |
| WILLIAM E. BAKER | | |
| PAIGE M BAKER | | |
| PRISCILLA A MADRID | | JACQUELINE M MORRIS |

☐  Party lodging this form shall check this box to confirm that ALL PARTIES have consented to proceed before the selected Magistrate Judge.

*Please note:*  *Unless the case or filing party is exempt from electronic filing, this completed form must be electronically filed as an attachment to a Notice of Lodging, as required by Local Rule 5-4.4; after the written consent of all parties has been submitted to the Court, this completed form must be e-mailed to the assigned District Judge's generic chambers e-mail address using the CM/ECF System. If the case or filing party is exempt from electronic filing, the written consent of all parties may be lodged with the Clerk in paper form pursuant to Local Rule 5-1.*

HANDWRITING EXPERT'S AMP FRANK
HICKS, AND MARY JANE HUGGINS NOTARY
WERE KILLED BEFORE TO REPORT TO
SÍOFRA O'LEARY{ PRESIDENT OF THE
EUROPEAN COURT OF HUMAN RIGHTS} THE
SIGNATURE ON THE 2010-2013
AMENDMENTS OF TUCKER TRUST FORGED,

2

## DECLARATION OF PAIGE M. BAKER

I, Paige M. Baker, declare:

1.     I am an attorney duly licensed to practice law in all of he courts in the state of California and am a principal of the law firm of Baker & Baker, APC, attorneys of record for Timothy Randall, Trustee and Petitioner ("Petitioner") in the above-reference action.

2.     I have personal knowledge of the facts set forth below and if called upon to testify could and would testify competently thereto, and upon those facts to which I have information and belief, I believe them to be true.

3.     Accompanying this Declaration is the name of the retained expert witness whose testimony Petitioner intends to offer at the time of trial in this action, either orally or by deposition transcript, and which expert has agreed to testify in this matter.

4.     Declarant intends to subpoena A. Frank Hicks to testify at trial and he is expected to testify as to source and or validity of the signatures, dates, and other written words or symbols appearing on the Barbara Tucker Revocable Intervivos Trust Dated December 18, 2001, the 2010 Trust Amendment thereto, the 2013 Trust Amendment, the Last Will and Testament entered into on December 18, 2001, the 2008 Power of Attorney as well as those Estate plan documents and completed forms including the Lucille Lambert Revocable Intervivos Trust, her 2001 Last Will and Testament, Power of Attorney, and the 2010 and 2013 Amendments to her Trust.  Mr. Hick's will be providing testimony as to signatures and other writings and notations on exemplars and other signed or notated supporting documents during the same periods of time where executed by Barbara Tucker..

5.     A copy of Mr. Hicks' Curriculum Vitae is attached hereto as Exhibit "A". A. Frank Hicks' fees are, as of the date of this Declaration,  $300.00/hr for "office" work (reviewing, conferring, travel, etc); $450/hr for deposition, and testimony.

3

DESIGNATION OF EXPERT WITNESS INFORMATION



Don't miss the latest news! Subscribe to MageeNews.com News Alerts to get updates in your inbox!    Enter your email addres    Subscribe No-

# Amp Frank Hicks October 21, 1954 ~ August 12, 2021 (age 66)

By Sue Honea · October 4, 2021

Shares



*Please note that this post contains affiliate links and any sales made through such links will reward MageeNews.com a small commission – at no extra cost to you.*

Mr. Amp Frank Hicks, 66, of Costa Mesa, California, passed away at home on Thursday, August 12th, 2021. Frank was born October 21st, 1954, to the Reverend Eldie F. Hicks and Mary Dee R. Hicks in Waynesboro, Mississippi.

After graduating from Oxford High School in 1972, Frank attended the University of Mississippi where he graduated in 1976 with a Bachelor of Science degree in Forensic Science. He

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

3. The Trustee reserves the right to supplement, add to, delete, and/or amend their designation of experts.

4. The Trustee reserves the right to call as an expert witness such rebuttal and impeachment witnesses as may be necessary to rebut the testimony offered by the other parties.

5. The Trustee reserves the right to call any and all parties and their employees as expert witnesses.

**RETAINED EXPERTS:**

The following experts have been specifically retained by Petitioner and are expected to testify at trial.

a. A. Frank Hicks, Forensic Document Examiner, 17011 Beach Blvd., Suite 565, Huntington Beach, CA 92647; (714) 842-4800.

DATED:   March _22_, 2017               BAKER & BAKER
                                        A Professional Corporation


                                        By: _____
                                            Paige M. Baker
                                            Timothy Randall, Trustee

2

DESIGNATION OF EXPERT WITNESS INFORMATION

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

05/12/2017 at 10:03:00 AM
Clerk of the Superior Court
By Jeffrey Smith, Deputy Clerk

1    **BAKER & BAKER**
    A Professional Corporation
2    WILLIAM E. BAKER, JR. SBN 60493
    Email: wbaker@lawbaker.com
3    PAIGE M. BAKER SBN 158623
    Email: pbaker@lawbaker.com
4    1970 Old Tustin Avenue, 2nd Floor
    Santa Ana, California 92705-7812
5    Telephone: (714) 558-4832

6    Attorneys for Timothy L. Randall, Trustee of The Barbara Tucker Trust
    Dated December 18, 2001

7

8

9               SUPERIOR COURT OF CALIFORNIA

            COUNTY OF ORANGE - CENTRAL JUSTICE CENTER
10

11

12    IN RE THE MATTER OF THE BARBARA )    CASE NO. 30-2016-00837866
    TUCKER TRUST DATED DECEMBER      )
13    18, 2001                         )    PETITIONER'S UNCONTROVERTED
                               )    FACTS
14                                  )
                                 )    TRIAL DATE: May 15, 2017
15                                  )    TIME:   9:00 a.m.
                                 )    DEPT:  C-09
16

17                                **FACTS**

18        1.       On December 18, 2001, Barbara Tucker prepared and executed her Declaration of
19    Trust.

20        2.       On April 6, 2001, Mary Jane Huggins, Commission No. 1177553, executed a

21    Certificate of Acknowledgment to the Barbara Tucker Trust Inter Vivos Revocable Trust Dated

22    December 18, 2001.

23        3.       On August 16, 2010, Barbara Tucker executed an Amendment to her Trust.

24        4.       On August 16, 2010, Martin Tico Orton, Commission No. 1832862, executed a

25    Certificate of Acknowledgment to the Amendment of the Barbara Tucker Inter Vivos Revocable

26    Trust Dated December 18, 2001.

27        5.       On April 19, 2013, Barbara Tucker executed another Amendment to her Trust.

28

                                       1

🔍 Search by Name

# Mary Jane Huggins

1934 - 2020



Send Flowers

➤ Share

**BORN**                    1934

9. Petitioner's Unilateral Controverted Issues List:

Filed separately.

10. Witnesses to be Called

    A.    A. Frank Hicks, Forensic Document Examiner

    B.    Timothy L. Randall, Trustee

    C.    Mary Jane Huggins, Notary

    D.    Bertha Torres

    E.    Hayes Milliman

    F.    John M. Gustafson

11. Previous Motions

N/A.

12. Miscellaneous

N/A

Dated: _May 12, 2017_

                                  BAKER & BAKER
                                  A Professional Corporation

                                  By: _____
                                  WILLIAM E. BAKER, JR.
                                  Attorneys for Petitioner
                                  Timothy L. Randall, Trustee

1  BAKER & BAKER
   A Professional Corporation
2  WILLIAM E. BAKER, JR.  SBN 60493
   PAIGE M. BAKER SBN 158623
3  1970 Old Tustin Avenue, 2nd Floor
   Santa Ana, California 92705-7812
4  Telephone: (714) 558-4832

5  Attorneys for Timothy L. Randall,
   Trustee of The Barbara Tucker Trust
6  Dated December 18, 2001

7

8              SUPERIOR COURT OF CALIFORNIA

9         COUNTY OF ORANGE - CENTRAL JUSTICE CENTER

10

11  IN RE THE MATTER OF THE BARBARA )   CASE NO. 30-2016-00837866
    TUCKER TRUST DATED DECEMBER       )
12  18, 2001                          )   TIMOTHY RANDALL, TRUSTEE'S
                                      )   DESIGNATION OF EXPERT WITNESS
13                                    )   INFORMATION
                                      )
14                                    )   Date:  March 28, 2017
                                      )   Place: 1970 Old Tustin Ave., 2nd Floor
15                                    )         Santa Ana, CA 92705
                                      )
16

17  TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

18        Timothy Randall, Trustee ("Petitioner"), hereby designates the retained expert and

19  percipient expert witnesses it expects to call at trial, pursuant to California Code of Civil

20  Procedure Section 2034.210, et seq.:

21  **NON-RETAINED EXPERTS**:

22  I      The Trustee intends to call physicians who treated Barbara Tucker including:

23           A.     Dr. Lynda M. Aldrig; 3943 Irvine Blvd. Irvine, CA 92602

24           B.     Dr. Marlene Yacoob: 22 Oddysey, # 115, Irvine, CA 92618

25  2.     The Trustee reserves the right to call as an expert witness any and all experts who

26  have been or subsequently are designated by any party in this lawsuit, whether or

27  not such party remains a party at the time of trial.

28

                                    1
               DESIGNATION OF EXPERT WITNESS INFORMATION

1 | BAKER & BAKER
A Professional Corporation
2 | WILLIAM E. BAKER, JR.  SBN 60493
PAIGE M. BAKER SBN 158623
3 | 1970 Old Tustin Avenue, 2nd Floor
Santa Ana, California 92705-7812
4 | Telephone: (714) 558-4832

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

02/26/2016 at 10:14:02 AM

Clerk of the Superior Court
By Vivian Tran, Deputy Clerk

5 | Attorneys for Trustee Timothy L. Randall

6 |                                                          06/06/2016

7 |                                                          09:00 AM

8 |            SUPERIOR COURT OF CALIFORNIA                  C06

9 |        COUNTY OF ORANGE - CENTRAL JUSTICE CENTER

10 |

11 | IN RE THE MATTER OF THE BARBARA )   CASE NO.   30-2016-00837866-PR-TR-CJC
TUCKER TRUST DATED DECEMBER )
12 | 18, 2001                        )
                                    )   PETITION TO DETERMINE VALIDITY OF
13 |                                 )   TRUST AND AMENDMENTS UNDER
                                    )   PROBATE CODE SECTION 17200
14 |                                 )
                                    )
15 |                                 )
                                    )
16 | _____ )

17 |        Petitioner, TIMOTHY L. RANDALL, as Trustee of the Barbara Tucker Trust, dated

18 | December 18, 2001 (the "Trust"), respectfully petitions this court for an Order regarding the validity

19 | of the Trust:

20 |        1.      At all times relevant herein, Petitioner was, and now is, the duly appointed and acting

21 | trustee of the trust created by a written declaration of trust of Barbara Tucker, as subsequently

22 | amended via amendment dated August 16, 2010 and amended again via amendment dated April 19,

23 | 2013. The Trust and two amendments are attached hereto as Exhibits A, B, and C, respectively.

24 | The copies attached are the only copies of the Trust and amendments of which Petitioner is aware

25 | and Petitioner does not have and is not aware of the location of the originals.  As of the time of this

26 | Petition, Petitioner has attempted, but been heretofore unsuccessful, in obtaining the originals.

27 |        2.      Petitioner, as trustee of the Trust has standing under Probate Code Section 17200(a)

28 | to bring this petition.

1

PETITION

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

## MINUTE ORDER

DATE: 06/06/2016                         TIME: 09:00:00 AM          DEPT: C06

JUDICIAL OFFICER PRESIDING: Jamoa A. Moberly
CLERK:  Rosa Pena, Sunshine Dimas
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: S Grimes

CASE NO: **30-2016-00837866-PR-TR-CJC**  CASE INIT.DATE: 02/26/2016
CASE TITLE: **Tucker - Trust**
CASE CATEGORY: Probate                    CASE TYPE: Trust Proceedings

---

EVENT ID/DOCUMENT ID: 72329529

**EVENT TYPE**: (P) Trust Petition
MOVING PARTY: Timothy L. Randall
CAUSAL DOCUMENT/DATE FILED: Trust Petition, 02/26/2016

### APPEARANCES

Attorney for Timothy Randall - Paige M. Baker
Attorney for Barbara Tucker - Afsaneh N. Newman
Attorney for George and Javier Manriquez - Trevor Elste
Attorney for Jacqueline Morris - Priscilla Madrid
Interested Party - Hayes Milliman - Pro Per

---

CD 2/26/2016

**The Honorable Jamoa A. Moberly hereby recuses herself from hearing this matter for all purposes due to Baker & Baker's appearance in this case.**

The case is reassigned to the Honorable David L. Belz in Department C7 for all purposes.

(P) Trust Petition continued to 07/05/2016 at 09:00 AM in Department C07.

Further, the Court orders the Trust Petition filed by Timothy Randall on 03/21/2016 set for hearing on 6/30/2016 at 9:00 a.m. in this department advanced to today's date and continued as follows:

(P) Trust Petition continued to 07/05/2016 at 09:00 AM in Department C07.

Court orders Attorney Paige Baker to give notice.

---

DATE: 06/06/2016                         MINUTE ORDER                              Page 1
DEPT: C06                                                                    Calendar No. 25

# PRISCILLA ANN MADRID # 158645
# BLACKMALED CORUPT LAYWERS AND JUDGES
# AND GOT $4 BILLION

1   was duly given in accordance with the law;

2.  An order incorporating and approving the terms of the Settlement Agreement;

3.  An order authorizing and directing the Trustee of the Lambert Trust to pay the Settlement Sum of $4,000,000.000 to the Priscilla Madrid Client Trust Account;

4.  An order authorizing and directing the Trustee of the Lambert Trust to distribute, at the same time the Settlement Sum is distributed, a preliminary distribution to Bertha Torres in the amount of $4,000,000.000 and any remaining unpaid specific bequests to Dennis Fleishacker, Aksoltan Kerimva, Síofra O'leary, Hayes B. Hayes, and Douglas Brentlinger;

5.  An order authorizing and directing the Trustee of the Lambert Trust to distribute the net proceeds from the Lambert Trust's interest in the real property commonly known as Lambert Ranch, Luxury Houses on gigantic lot of 51 acres estimated to be $14,000,000,000 the close of escrow, to those beneficiaries with a beneficial interest in said Real Property, namely Juan Cuevas, Juventina Cuevas, Bertha Torres, Ray Manriquez, Ruben Manriquez, Teresa Belmudez, Nat Manriquez, Raul Manriquez, George Manriquez, and Javier Manriquez;

6.  An order confirming that, except for payment of the Settlement Sum, the Lambert Trust shall be distributed pursuant to the fourth and fifth amendment, attached as Exhibits C-5 and C-6 to the Gruenwald Declaration;

7.  An order confirming that the Tucker Trust shall be distributed pursuant to the second amendment, attached as Exhibit B-3 to the Gruenwald Declaration, in the event that the Court approves the Trustee's Petition to Determine Validity and Petition for Construction, currently set for trial on May 15, 2017 in the Tucker Case, and finds that the second amendment is valid;

8.  If necessary, an order continuing the trial set for May 15, 2017 in the Tucker Case in the event that the Court does not approve this Petition before the trial;

9.  An order retaining jurisdiction to enforce the terms of the Settlement Agreement

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE-1
COSTA MESA, CA 92626
(714) 444-3900

9

## ATTACHMENT 2H TO NOTICE OF RELATED CASE

### FACTUAL BACKGROUND

Barbara Tucker and Lucille Lambert were elderly sisters who lived with each other for many years. In 2001they executed mirror image trusts providing for a life estate to the survivor of the two and upon the survivor's death their joint estates were to be distributed identically to their family members. The property they lived on was he Lambert Ranch, Luxury Houses on gigantic lot 51 acres which includes a circa-1840 house, a private 14,000-square-foot estimated to be $14,000,000,000 and bequest to Admiranda Maxwell , Siofra Oleary and Hayes Milliman . But in 2008 Steven R. Swartz , Josh Blandi, CEO and Co-Founder Donald Leroy Bren{who-killed Myford Mike" Irvine, and bribed officially, the coroner at the time labeled the death of the Irvine Company president a suicide and took over   his company lands} and his children Steve-Ashley-Cary Bren, Kiry Gray , Courtroom Deputy Jennifer Gracia, Stephen Montes Kerry Wendy K. Hernandez, Lt. Rudy Flores , Paige Merrill Baker, William E. Baker, Jr, Timothy Lee Randall #82570, Lt. Rudy Flores, Varak 3865, Diaz 3969, Reynolds 4016,-Smpd, TomVasquez (who claim working for US Customs and Border Protection) brought serial killer, illegal immigrant - Bertha Torres, Theresa Belmudez; Tina Cuevas; Nat Manriquez; Ruben Manriquez; Jesus Manriquez Raul Manriguez; Ray Manriguz; George Manriquez. And then they and Timothy L Randall killed Barbara Tucker and Lucille W. Lambert prepared numerous fake amendments to the 2001 trusts, resulting and named themselves  a successor trustee and beneficiaries take over $14,000,000,000

1. In Re the Barbara Tucker Trust - Orange County Case No. 30-2016-00837866.

Number judges including Hon. Jamoa Moberly recuse themselves from Tucker case because they knew that James Schaedler, his Daughter Mariah Tran, Bakers Randall and their accomplice killed LucilleWLambert, and Barbara A Tucker Phone number: (949) 559-1141, State: CA, as they bequest their $14,000,000,000 to Admiranda Maxwell , Siofra Oleary and Hayes Milliman And then prepared fake, the 2010, 2013 amendments made to Barbara Tucker and Lucille Lambert's 2001 trusts in addition to the

No certificate of independent review was done for any of the amendments to Barbara Tucker's trust. Further the authenticity of the amendments are disputed. The killer himself made Trustee's petitions are currently set for trial on May 1 5, 2017.My concerning they negotiations are arranged arranged and bribes paid judges assigned to cases, through of Bakers. If of Bertha Torres and others

No certificate of independent review was done for any of the amendments to Barbara Tucker's trust. Further the authenticity of the amendments are disputed. The killer himself made Trustee's petitions are currently set for trial on May 1 5, 2017.My concerning they negotiations are arranged arranged  and bribes paid judges assigned to cases, through of Bakers. If of Bertha Torres and other will not receive any distributions from Barbara Tucker or Lucille Lambert's estates and therefore it is is anticipated that they will takes steps to intervene in the action in order to protect their interests.

All of them must be convicted on four counts of accepting bribes, if judges granted fake of the Barbara Tucker Trust to confirm the trust's validity and affirmed must be a new trial.

Respectfully submitted,

1  MADRID LAW GROUP
   Priscilla A. Madrid  State Bar No. 158645
2  155 N. Riverview Drive, #100
   Anaheim Hills CA 92808
3  Telephone No. (714) 769-9129
   Pmadrid @madridlawgroup.com

4  Attorney for Jacqueline M. Morris, Sandra Andersen, Jennifer Campion, Donald Selby, Jr. and
   Terrie Guertin, Respondents
5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

10

11  IN RE THE MATTER OF THE BARBARA      ) Case No.: 30-2016-00837866
    TUCKER TRUST                         )
12                                       ) RESPONSE  TO  PETITION  UNDER
                                         ) PROBATE  CODE  §17200  FOR  (1)
13                                       ) DETERMINING   QUESTIONS   OF
                                         ) CONSTRUCTION   OF   A   TRUST
14                                       ) INSTRUMENT;   (2)   ASCERTAINING
                                         ) BENEFICIARIES AND DETERMINING
15                                       ) TO WHOM PROPERTY SHALL PASS
                                         ) OR   BE   DELIVERED;   AND   (3)
16                                       ) INSTRUCTING THE TRUSTEE
                                         )
17                                       )
                                         ) TRIAL DATE: MARCH 6, 2017
18                                       ) TIME:  9:00 AM
                                         ) DEPT:  C09
19                                       )
                                         )
20                                       ) Action Filed: March 21, 2016
                                         )
21

22      COMES NOW, Jacqueline M. Morris, Sandra Andersen, Jennifer Campion, Donald Selby,

23  Jr. and Terrie Guertin, Respondents and beneficiaries under the Barbara Tucker Trust dated

24  December 18, 2001 (hereinafter "Respondents"), respond to the Trustee's Petition stated above

25  (hereinafter "Trustee's Petition") as follows:

26

27

28
                                         1
    RESPONSE TO PETITION FOR TRUST CONSTRUCTION AND IDENTITY OF BENEFICIARIES

1   true and correct copy of the trust he drafted, except that page 9 of the trust contained only
2   typewritten words and none of the names were crossed out.  In addition Mary Huggins, the notary
3   whose name and stamp appears on the various acknowledgements at the end of Exhibit "A" was a
4   notary who worked for another attorney in Mr. Gustafson's offices at the time.

5          Respondents do not dispute that the typewritten words of the altered copy of the original
6   trust document, specifically the Declaration of Trust of Barbara Tucker dated December 18, 2001
7   (hereinafter the "Original Trust)", were contained in the Original Trust and that the Original Trust
8   was signed by Barbara Tucker on December 18, 2001.  Barbara Tucker informed Respondents of
9   the Original Trust.

10         Respondents do not object to the admission of the Original Trust into evidence with the copy
11  of page 9 that *does not* show the handwritten names in the margin.  Respondent objects to the copy
12  of page 9 with the handwritten names and delineations being admitted into evidence pursuant to the
13  provisions of Evidence Code §1402 and Evidence Code §352.

14                                              II.

15                          THE AUGUST 2010 TRUST AMENDMENT

16         Respondents object to the validity of 2010 Trust Amendment and its admission into
17  evidence as an amendment to the Original Trust.  Barbara Tucker never informed Respondents she
18  had made any amendments to her Original Trust.

19         Petitioners are informed and believe that the 2010 trust amendment was made at the
20  direction of or prepared by either Bertha Torres, a care custodian of the decedent, her financial
21  advisor James Schaedler or John Gustafson the attorney who prepared the original Trust.  James
22  Schaedler denies being present at the execution of the 2010 amendment, denies preparing the 2010
23  amendment and claims he does not know who did.  John Gustafson denies preparing the 2010
24  amendment and claims he does not know who did.  Respondents are informed and believe that
25  Bertha Torres, the decedent's long tine care giver will also deny she prepared the 2010 amendment.
26  The notary for the 2010 amendment, who used to work with James Schaedler at Bank of America,
27  cannot remember whether any one else was present or not at the signing of the 2010 amendment.

28

RESPONSE TO PETITION TO DETERMINE VALIDITY OF TRUST AND AMENDMENTS

4.5     In the event that LUCILLE LAMBERT shall predecease the Grantor, the entire estate shall be distributed in equal shares, outright and free of trust, to that group of named individuals as follows:

*TERESA BELMUDEZ*

JESSIE IRENE STRYKER, born, June 26,1946;

*TINA CUEVAS*

~~SILVIA HOLLIS MILLIMAN, born, November 11, 1961~~

*BERTHA TORRES*

*NAT MANRIQUEZ* ~~HAYES G. MILLIMAN, born, March 23, 1956;~~

*RUBEN MANRIQUEZ*

*JAVIER MANRIQUEZ* ~~PAUL ETZOLD, born, April 4, 1975;~~

*JESUS MANRIQUE*

*RAUL MANRIQUEZ* ~~AKSOLTAN KERIMOVA, born, July 14,1983;~~

*RAY MANRIQUEZ* ~~MICHAEL COLLINS born, October 7, 1938;~~

*GEORGE MANRIQUE*

VIRGINA SUE. HARRISON GRAY, born, December 22,1944;

PIERCE BRAIN, born June 6,1945;

RICHARD M. WHITE, born, December 22, 1944;

WILLIAM JOHN born    September 7, 1957;

JAMES AUGUSTINE born, October 5,1929

In the event that any of the above named individuals shall die before the termination of this trust, the descendants of such deceased individual shall receive that portion of said trust estate to which his or her parent was entitled, and in the event no such descendants survive any such deceased individual, the deceased individual's portion of the trust estate shall go to the survivors of that group of individuals named above.

BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST

-9-

1  MANRIGUZ; and GEORGE MANRIQUEZ are all family members of BERTHA TORRES, and

2  were also themselves care custodians and employees of Barbara Tucker at all relevant times.  In the

3  purported 2013 amendment, the trustee was directed to sell the home and real property and divide

4  the proceeds equally among BERTHA TORRES; THERESA BELMUDEZ; TINA CUEVAS; NAT

5  MANRIQUEZ; RUBEN MANRIQUEZ; JESUS; MANRIQUEZ; RAUL MANRIGUEZ; RAY

6  MANRIGUZ; and GEORGE MANRIGUEZ to the exclusion of other beneficiaries who were

7  relatives of Barbara Tucker.

8       Respectfully submitted,

9  DATED: December 13, 2016                         MADRID LAW GROUP

10

11                                                  By: _____
                                                    Priscilla A. Madrid
12                                                  Attorney for Jacqueline M. Morris,
                                                    Sandra Andersen, Jennifer Campion,
13                                                  Donald Selby, Jr., and Terrie Guertin

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO PETITION TO DETERMINE VALIDITY OF TRUST AND AMENDMENTS

# EXIBIT-2

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
## CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 06/06/2016        TIME: 09:00:00 AM      DEPT: C06

JUDICIAL OFFICER PRESIDING: Jamoa A. Moberly
CLERK: Rosa Pena, Sunshine Dimas
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: S Grimes

CASE NO: **30-2016-00837866-PR-TR-CJC**   CASE INIT.DATE: 02/26/2016
CASE TITLE: **Tucker - Trust**
CASE CATEGORY: Probate      CASE TYPE: Trust Proceedings

EVENT ID/DOCUMENT ID: 72329529
**EVENT TYPE**: (P) Trust Petition
MOVING PARTY: Timothy L. Randall
CAUSAL DOCUMENT/DATE FILED: Trust Petition, 02/26/2016

### APPEARANCES

Attorney for Timothy Randall - Paige M. Baker
Attorney for Barbara Tucker - Afsaneh N. Newman
Attorney for George and Javier Manriquez - Trevor Elste
Attorney for Jacqueline Morris - Priscilla Madrid
Interested Party - Hayes Milliman - Pro Per

CD 2/26/2016

**The Honorable Jamoa A. Moberly hereby recuses herself from hearing this matter for all purposes due to Baker & Baker's appearance in this case.**

The case is reassigned to the Honorable David L. Belz in Department C7 for all purposes.

(P) Trust Petition continued to 07/05/2016 at 09:00 AM in Department C07.

Further, the Court orders the Trust Petition filed by Timothy Randall on 03/21/2016 set for hearing on 6/30/2016 at 9:00 a.m. in this department advanced to today's date and continued as follows:

(P) Trust Petition continued to 07/05/2016 at 09:00 AM in Department C07.

Court orders Attorney Paige Baker to give notice.

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
12/29/2016 at 11:51:43 AM
Clerk of the Superior Court
By Giovanni Galan, Deputy Clerk

**CH-130**   **Civil Harassment Restraining Order After Hearing**

*Clerk stamps date here when form is filed.*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JAN 11 2017**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____, DEPUTY

*Person in* ① *must complete items* ①*,* ②*, and* ③ *only.*

① **Protected Person**

a.  Your Full Name: Paige Merrill Baker

Your Lawyer *(if you have one for this case):*
Name: Brook John Changala   State Bar No.: 245079
Firm Name: Brook John Changala, Attorney at Law

b.  Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*
Address: 1970 Old Tustin Ave, Suite 203
City: Santa Ana   State: CA   Zip: 92705
Telephone: 714-805-8624   Fax: 714-242-1802
E-Mail Address: bchangala@changalalaw.com

*Fill in court name and street address:*
Superior Court of California, County of Orange
Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701

*Court fills in case number when form is filed.*
Case Number:
30-2016-00893612-CU-HR-CJC

② **Restrained Person**
Full Name: Admiranda Maxwell aka Admiranda Milliman
Description:

| | |
|---|---|
| Sex: ☐ M  ☒ F  Height: 5' 4"  Weight: 120   Date of Birth: 00/00/1966 | |
| Hair Color: blonde  Eye Color: _____  Age: 50  Race: caucasian | |
| Home Address *(if known)*: 26356 Vintage Woods Road, # 220 | |
| City: Lake Forest   State: CA   Zip: 92630 | |
| Relationship to Protected Person: Wife of a former beneficiary to a trust of which Petitioner is the attorney. | |

③ ☒ **Additional Protected Persons**
In addition to the person named in ①, the following family or household members of that person are protected by the orders indicated below:

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| William E. Baker Jr. | M | 67 | ☒ Yes ☐ No | Husband |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—Additional Protected Persons" as a title. You may use Form MC-025, Attachment.*

④ **Expiration Date**

*This Order, except for any award of lawyer's fees, expires at:*

Time:_____  ☐ a.m. ☐ p.m. ☒ midnight on *(date):* 01-11-2020

*If no expiration date is written here, this Order expires three years from the date of issuance.*

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ
**Civil Harassment Restraining Order After Hearing**
(CLETS-CHO)
(Civil Harassment Prevention)

30-2016-00893612-CU-HR-CJC

(12) **Service of Order on Restrained Person**

a. ☑ The person in ② personally attended the hearing. No other proof of service is needed.

b. ☐ The person in ② did not attend the hearing.

(1) ☐ Proof of service of Form CH-110, *Temporary Restraining Order,* was presented to the court. The judge's orders in this form are the same as in Form CH-110 except for the expiration date. The person in ② must be served with this Order. Service may be by mail.

(2) ☐ The judge's orders in this form are different from the temporary restraining orders in Form CH-110. Someone—but not anyone in ① or ③—must personally serve a copy of this Order on the person in ②.

(13) ☑ **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because:

a. ☑ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐ The person in ① is entitled to a fee waiver.

(14) Number of pages attached to this Order, if any: —0—

Date: _1-11-17_

Judicial Officer    **TIMOTHY J. STAFFORD** -

**Warning and Notice to the Restrained Person in ② :**

**You Cannot Have Guns or Firearms**

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

**Instructions for Law Enforcement**

**Enforcing the Restraining Order**

This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

**This is a Court Order.**

Revised July 1, 2014        **Civil Harassment Restraining Order After Hearing**        CH-130, Page 4 of 5
(CLETS-CHO)
(Civil Harassment Prevention)

66

30-2016-00893612-CU-HR-CJC

(5) **Hearing**

a. There was a hearing on *(date):* JAN 11 2017 at *(time):* _____ in Dept.: _____ Room: _____
   *(Name of judicial officer):* TIMOTHY J. STAFFORD made the orders at the hearing.

b. These people were at the hearing:
   (1) ☑ The person in ① (3) ☑ The lawyer for the person in ① *(name):* Brook John Changala
   (2) ☑ The person in ② (4) ☐ The lawyer for the person in ② *(name):*
   ☐ Additional persons present are listed at the end of this Order on Attachment 5.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____.

### To the Person in ❷ :

**The court has granted the orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

(6) ☑ **Personal Conduct Orders**

a. You must not do the following things to the person named in ①
   ☑ and to the other protected persons listed in ③:
   (1) ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.
   (2) ☑ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.
   (3) ☐ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.
   (4) ☐ Other *(specify):*
        ☐ Other personal conduct orders are attached at the end of this Order on Attachment 6a(4).

b. Peaceful written contact through a lawyer or process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

(7) ☑ **Stay-Away Orders**

a. You must stay at least _100_ yards away from *(check all that apply):*
   (1) ☑ The person in ①
   (2) ☑ Each person in ③
   (3) ☑ The home of the person in ①
   (4) ☑ The job or workplace of the person in ①
   (5) ☐ The school of the person in ①
   (6) ☐ The school of the children of the person in ①
   (7) ☐ The place of child care of the children of the person in ①
   (8) ☑ The vehicle of the person in ①
   (9) ☐ Other *(specify):*
        _____
        _____
        _____

### This is a Court Order.

64

30-2018-00893612-CU-HR-CJC

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**(8) No Guns or Other Firearms and Ammunition**

a. ~~You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.~~

b. If you have not already done so, you must:

- Within 24 hours of being served with this Order, sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control.
- File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use Form CH-800,* Proof of Firearms Turned In, Sold, or Stored *for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

**(9) ☐ Lawyer's Fees and Costs**

The person in ___ must pay to the person in ___ the following amounts for:

a. ☐ Lawyer's fees   b. ☐ Costs

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

☐ Additional items and amounts are attached at the end of this Order on Attachment 9.

**(10) ☐ Other Orders** *(specify):*

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 10.

**To the Person in ❶ :**

**(11) Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☑ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the person in ❶ or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency          Address *(City, State, Zip)*

_____          _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 11.

**This is a Court Order.**

**Civil Harassment Restraining Order After Hearing**
**(CLETS-CHO)**
**(Civil Harassment Prevention)**

CITY OF SANTA ANA

SANTA ANA
POLICE OFFICER

13-5-2016

OFFICER C. HAWKINS #3,79

Case #16-31914

POLICE DEPARTMENT / M-18
60 CIVIC CENTER PLAZA
P.O. BOX 1981
SANTA ANA • CALIFORNIA 92702

TO LEAVE A MESSAGE DIAL
(714) 245-8701

Traffic collision reports can be purchased online at www.policereports.us

review by the Supreme Court. Prior to that, the Supreme Court had the authority to
Case 2:24-cv-05416-CBM-E   Document 1   Filed 06/26/24   Page 65 of 195   Page ID #:65
.isure or remove judges from office upon recommendation by the commission.

# Case Profile

New Search

| | |
|---|---|
| First Name | Timothy J. |
| Last Name | Stafford |
| Title | Judge |
| Inquiry No. | N/A |
| Court Level | Superior Court |
| County/Appellate District | Orange |
| Discipline/Determination | Public admonishment |
| Decision By | Commission |
| Date of Decision | 12/13/2018 |
| Method of Resolution | Stipulation |
| Types of Misconduct | Bias/Appearance of Bias Toward a Particular Class |
| | Demeanor/decorum |

restraining order sought in the proceedings, in part, as a result of Judge Stafford's judicial misconduct.

Documents

[ PUBLIC ADMONISHMENT ]

Opinion   Case details

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). **This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.** (Super. Ct. No. 30-2017-00903204) OPINION Appeal from an order of the Superior Court of Orange County, Timothy J. Stafford, Judge. Reversed and remanded with directions. Law Offices of Brook John Changala and Brook John Changala for Plaintiff and Appellant. Richard D. Rome for Defendant and Respondent.

\* \* \*

2    \*2

K.N. appeals from an order denying without prejudice her request for a restraining order against Martin Stowell. She contends the trial court was biased and the judge abused his discretion in denying her request. We conclude the court did not properly exercise its discretion in denying K.N.'s request for a restraining order. Accordingly, we reverse and remand for further proceedings in light of this opinion.

# I

# FACTUAL BACKGROUND & PROCEDURAL HISTORY

A. Request for Restraining Order

## Our Privacy Statement & Cookie Policy

All Thomson Reuters websites use cookies to improve your online experience. They were placed on your computer when you launched this website. You can change your cookie settings through your browser.

Privacy Statement     Cookie Policy     Do Not Sell or Share My Personal Information / Limit The Use of My Sensitive Personal Information

Address: Timothy J. Stafford Esq, PO Box 63391, Irvine, CA 92602-6113
Phone: 714-206-6316  |  Fax: Not Available
Email: timstaff43@gmail.com  |  Website: Not Available

## More about This Attorney ▾

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|-----------------|--------------|------------------------|
| Present | Inactive | | |
| 2/1/2023 | Inactive | | |
| 7/19/2022 | Active | | |
| 1/9/2020 | Inactive | | |
| 10/1/2018 | Active | | |
| 9/13/2013 | Judge | | |
| 6/29/1973 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Copyright © 2024 The State Bar of California

  

 The State Bar *of California*

**Trevor J. Elste #299653**
**License Status:** Inactive

Address: 4000 W Metropolitan Dr, Ste 200, Orange, CA 92868-3503

More about This Attorney ▾

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|-------------------------|
| Present | Inactive | | |
| 1/31/2018 | Inactive | | |
| 12/2/2014 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2024 The State Bar of California

  

# DECLARATION OF GIANNA GRUENWALD

I, Gianna Gruenwald, declare

1. I am an attorney duly licensed to practice in all of the courts of the State of 4 California and Partner in the firm of Ross Wersching & Wolcott LLP, attorneys of record for the Moving Parties collectively referred to herein as the "Moving Parties") The facts set fact herein are true of my own personal knowledge and if sworn, I could and would testify competently thereto.

2. On February 26, 2016, Trustee Timothy Randall (serial killer and fake the "Trustee") filed but didn't served a Petition to Determine Validity of Trust, seeking an order confirming the validity the Barbara Tucker Trust, dated December 18, 2001, and the fake Amendments to Hayes Milliman SÍOFRA O'LEARY, (who is Ireland's judge at the European Court of Human Rights)and paid mail carrier name Stevie for Forged Ms. Maxwell and Ms. O'LEARY,signature on Certified Mail Receipt carrier name Stevie for Forged Ms. Maxwell and Ms. O'LEARY,signature on Certified Mail Receipt thereto because, at that time, the Trustee could not locate the originals as Mary Huggins sent to SÍOFRA O'LEARY, as she true Trustee.

3. On March 21, 2016, the Trustee filed a Petition Under Probate Code Section 17200 13 For Determining Questions of Construction of a Trust Instrument; (2) Ascertaining Beneficiaries and Determining to Whom Property Shall Pass or Be Delivered; and (3) Instructing fake Trustee That Petition seeks an order confirming the Trustee's interpretation of the distribution provisions of the Trust and the Amendments. The Petition indicates that some of the named beneficiaries may have trust settlor Barbara Tucker's killer- Bertha Torres, James Schaedler his daughter . Nonetheless, killer fake the Petition seek an order authorizing the Trustee to distribute the Trust to all fake beneficiaries as set forth in Paragraph 4.5 of the Second fake Amendment.

5. Trial in this matter is currently set for June 22, 2017. In doing so, corrupt , Gerald G. Johnston will be grant  the petition by the trustee of the Barbara Tucker Trust to confirm the fake trust's validity and ruled that Maxwell, O'lary and  Milliman's cousin, as the trust settlor, did not name  Maxwell, O'lary and  Milliman as a beneficiary in either the original trust or any amendments, and therefore Maxwell, O'lary and Milliman lacked standing to attack the trust say that fake the trustee, sent of fake Trust and Amendments under Probate Code Section 17200 sent Milliman O'leary and Maxwell a copy of the Notice to  Maxwell O'leary and Milliman,  by fax and certified mail in October 2016, accepted by someone with a signature resembling that of Millim wife, Admiranda Maxwell and  O'leary husband thereto because, at that time, fake the Trustee could not locate the originals as Mary Huggins sent to them but they  didn't challenge before the 120-day statute of limitations expired, which Randall will be  claim  See Attached forged certificate mail return receipt.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE-1
COSTA MESA, CA 92626
(714) 444-9800

1





1   BAKER & BAKER
    A Professional Corporation
2   WILLIAM E. BAKER, Jr., SBN 60493
    wbaker@lawbaker.com
3   BROOK JOHN CHANGALA, SBN 245079
    bchangala@lawbaker.com
4   1970 Old Tustin Avenue, Second Floor
    Santa Ana, CA 92705-7812
5   Telephone: (714) 558-4832

6   Attorneys for Trustee, Timothy L. Randall

7

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JUN 2 2 2017**

DAVID H. YAMASAKI, Clerk of the Court

BY: _____VASREYU_____ DEPUTY

8              SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY

9                         CENTRAL JUSTICE CENTER

10

11   IN RE: THE MATTER OF THE BARBARA          ) Case No.: 30-2016-00837866
     TUCKER TRUST DATED DECEMBER 18,          )
12   2001                                      )
                                               ) **HON. JUDGE GERALD JOHNSTON**
13                                             )
                                               ) **ORDER CONFIRMING SALE OF REAL**
14                                             ) **PROPERTY**
                                               )
15                                             )
                                               ) DATE:  June 12, 2017
16                                             ) TIME:  9:00 A.M.
                                               ) DEPT:  C-06
17                                             )
                                               )
18                                             )
                                               )
19                                             )
                                               )
20                                             )

21        Timothy L. Randall, Trustee's Petition to Confirm Sale of Real Property came for hearing

22   on June 12, 2017 at 9:00 in Department 6 with the Honorable Judge Gerald Johnston presiding.

23   William E. Baker, Jr., Attorney for Timothy L. Randall, Trustee, Attorney Giana Gruenwald and

24   Attorney Trevor Elste for their respective clients were present, as was Hayes Milliman.

25        After reviewing the Petition and there being no written opposition, the Court enters its Order

26   as follows:

27   //

28

                                      - 1 -
                    ORDER CONFIRMING SALE OF REAL PROPERTY

1    The Trustee's Petition to Confirm the Sale of Real Property is granted.  The Trustee may

2    close escrow on the real property located at 55 Parson Brown, Irvine, California for the price of

3    $1,550,000.00, more legally described as follows:

4        Parcel 2 as shown on Exhibit "A" attached to Lot Line Adjustment
         No. 424627-LL Recorded January 10, 2008 as Instrument No, 08-15429,
5        of Official Records of Orange County California.

6

7    DATED:  _6 · 22 -/7_

8                                               Judge, Orange County Superior Court

9                                                        **Gerald Johnston**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
ORDER CONFIRMING SALE OF REAL PROPERTY

# The State Bar *of California*

**Gianna Christa Gruenwald #228969**
**License Status: Active**

Address: Law Offices of Gianna Gruenwald, 4041 Macarthur Blvd Ste 400, Newport Beach, CA 92660-2554
Phone: 949-438-0710 | Fax: Not Available
Email: gianna@gruenwaldlegal.com | Website: www.gruenwaldlegal.com

## More about This Attorney ▾

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/5/2003 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

Copyright © 2024 The State Bar of California

  

# EXIBIT-3

1  BAKER & BAKER
   A Professional Corporation
2  WILLIAM E. BAKER, Jr., SBN 60493
   BROOK JOHN CHANGALA, SBN 245079
3  BRETT M. STERNAD, SBN 320581
   1970 Old Tustin Avenue, Second Floor
4  Santa Ana, CA 92705-7812
   Telephone: (714) 558-4832
5  notice@lawbaker.com

6  Attorneys for Trustee, Timothy L. Randall

7

            **SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY**
8
                      **CENTRAL JUSTICE CENTER**
9

10
   IN RE: THE MATTER OF THE BARBARA            )   Case No.: 30-2016-00837866
11 TUCKER TRUST DATED DECEMBER 18,             )
   2001                                        )
12                                             )   **NOTICE OF MOTION AND MOTION TO**
                                               )   **DECLARE ADMIRANDA MAXWELL A**
13                                             )   **VEXATIOUS LITIGANT PURSUANT TO**
                                               )   **CODE OF CIVIL PROCEDURE §391**
14                                             )
                                               )
15                                             )   **DATE:**
                                               )   **TIME:**
16                                             )   **DEPT:**
                                               )
17                                             )
                                               )   Action Filed:  February 26, 2016
18                                             )
                                               )
19                                             )
                                               )
20 _____

21        TO ADMIRANDA MAXWELL ("Maxwell"), THE COURT, AND ALL PARTIES IN

22 THIS ACTION,

23        PLEASE TAKE NOTICE THAT on _____, at _____ a.m. in Dept. _____,

24 of the above-entitled court, located at Orange County Superior, Court, 700 Civic Center Drive

25 West, Santa Ana, CA 92701, Petitioner Timothy Randall, Trustee of the Barbara Tucker Trust

26 Dated December 18, 2001, will and hereby does move this Court for:

27        (A)   An order declaring Admiranda Maxwell a "vexatious litigant" pursuant to California

28              Code of Civil Procedure § 391 *et seq.*;

                                  - 1 -
   _____
        MOTION TO DECLARE ADMIRANDA MAXWELL A VEXATIOUS LITIGANT

(B)   Entry of a prefiling order which prohibits Maxwell from filing any new litigation in the courts of this state *in propria persona* without first obtaining leave of the presiding judge of the court where the litigation is proposed to be filed in accordance with California Code of Civil Procedure § 391.7(a) such that disobedience of such order may be punished as a contempt of court; and

(C)   such other relief as the Court may deem appropriate.

This Motion is made pursuant to Code of Civil Procedure §§ 391, 391.2, 391.7(a), and is based upon the ground that Maxwell is a vexatious litigant.

Said motion is further brought pursuant to California Rule of Court, rule 2.30.

Finally, said motion is based on the attached Memorandum of Points and Authorities, Declaration of Brett M. Sternad, Request for Judicial Notice, the papers and documents filed in this case and upon such oral and documentary evidence that may be presented at the hearing on this matter.

DATED: July 18, 2018

BAKER & BAKER
A Professional Corporation


By: _____
     BRE TT M. STERNAD
     Attorneys for Trustee, Timothy L. Randall

- 2 -
MOTION TO DECLARE ADMIRANDA MAXWELL A VEXATIOUS LITIGANT

1    **MEMORANDUM OF POINTS AND AUTHORITIES**

2    **I.    INTRODUCTION**

3         Admiranda Maxwell ("Maxwell") is a vexatious litigant. While this Court denied the

4    previous vexatious litigant motion against Maxwell, filed by Petitioner Timothy Randall, Trustee of

5    the Barbara Tucker Trust Dated December 18, 2001 (Trustee), it did so under the premonition that

6    Maxwell would forebear from further acts of engaging in the unlawful practice of law, filing

7    frivolous pleadings, forging documents, harassing and threatening counsel, and wasting everyone's

8    time and money pursuing her own frivolous claims and the frivolous claims of her husband, Hayes

9    B. Milliman ("Milliman"). (Notice of Lodging of Reporter's Transcripts ("RT"), **Exhibits 1,2**;

10   Request for Judicial Notice ("RFJN"), **Exhibit 2**, Declaration of Brett M. Sternad ("Decl BMS") 5-

11   9). The Court stated, "in the event that Mr. Milliman or Ms. Maxwell find themselves back here

12   again on this proceeding or find themselves in another proceeding with your clients, the Court will

13   entertain these motions again." (RFJN, **Exhibit 2** at 9:24-26).

14         The rampant and jaw-dropping filings by Maxwell were unquestionably evidenced in

15   Petitioner's prior Motion to Declare Admiranda Maxwell a Vexatious Litigant. (RFJN, **Exhibit 3**).

16   While the Court denied Petitioner's previous vexatious litigant motion, the Court optimistically

17   stated, "I am hopeful and optimistic that [Trustee] will find no need to bring the motions again."

18   (RT, **Exhibit 2** at 19:4-5).

19         However (and to nobody's surprise), Maxwell continues to make a spectacle of this matter

20   through the continued filing of documents with this Court amounting to: the unlawful practice-of-

21   law, irrelevant filing, harassment, reckless disregard for the judicial process, and the wasting of

22   additional time and expenses of Petitioner. (Decl BMS, **Exhibits 5-9)**.

23         **Enough is enough**.

24         The decorum of the Court must be preserved and this Court must stand behind California's

25   longstanding Rules and Law, in particular Maxwell's unlawful practice of law through her

26   representation of Milliman even though she is not a licensed attorney. No case law protects a

27   layperson from the egregious and disruptive behavior engaged in by Maxwell, to the point that

28   Trustee is astonished that this Court has not in its own capacity instigated contempt proceedings

- 3 -

MOTION TO DECLARE ADMIRANDA MAXWELL A VEXATIOUS LITIGANT

1   against Maxwell for such outrageous behavior. This court is requested to review the history of

2   vexatious pleadings and papers filed and presented to the court in these proceedings by Admiranda

3   Maxwell and thereafter find her a vexatious litigant pursuant to Code of Civil Procedure § 391.

4   **II.    STATEMENT OF FACTS**

5   **A.    Vexatious Litigant Motion Filed on December 6, 2017**

6   Petitioner filed a Motion to Declare Admiranda Maxwell a Vexatious Litigant Pursuant to

7   Code of Civil Procedure § 391 on December 6, 2017. (RFJN, **Exhibit 3**). On March 21, 2018, this

8   Court heard arguments on this motion and denied Petitioner's motion without prejudice using the

9   Courts discretion to believe that Maxwell, who engaged in the unlawful practice of law and lacked

10  standing to make such filings, would no longer file papers in these proceedings. (RFJN, **Exhibit 4**).

11  **B.    The Instant Motion**

12  • On May 9, 2018, Maxwell engaged in the unlawful practice of law and made an

13  additional frivolous filing with the Court of Appeal on behalf of her husband, Hayes Milliman,

14  titled "Motion for Orde [sic] for Release of Medical and Funeral Records. (Decl BMS, **Exhibit 5**).

15  In this motion penned by Maxwell, Milliman asks the Court of Appeal to order Lynda Adrig, an

16  alleged physician with "OC Housecalls", and Memorial Park Mortuary, the alleged burial grounds

17  of Barbara Tucker and her sister Lucille Lambert, to release all medical and funeral records to

18  Milliman. (Decl BMS, **Exhibit 5**). While the filing was "allegedly" signed by Milliman, it is

19  evident (when compared to each and every writing of Maxwell drafted in very broken English as

20  evidenced in RFJN, **Exhibit 3**), that it was penned by none other than Maxwell.

21  • On May 9, 2018, Maxwell filed a frivolous declaration with this Court titled

22  "Admiranda Maxwell Declration [sic] to for [sic] Motion for Order for Release of Medical and

23  Funeral Records." (Decl BMS, **Exhibit 6**). As part of this frivolous filing, Maxwell unexplainably

24  attached an email written by Maxwell's attorney, Michael Bond, who was retained late in this

     *mis representation*

25  matter, and solely for appellate court filings and appearances, in Appellate Court Case Number

26  G055133. (Decl BMS, **Exhibit 6**).   Mr. Bond showed extreme displeasure toward Maxwell's

27  forgery of his name in documents she submitted to the office of Jeff Sessions, Attorney General of

28  the United States. (Decl BMS, **Exhibit 6**). This is not surprising, because counsel for Trustee was

- 4 -

MOTION TO DECLARE ADMIRANDA MAXWELL A VEXATIOUS LITIGANT

1  also contacted by the Attorney General of the United States earlier in this proceeding due to a letter

2  sent to the Attorney General's Office on the letterhead of Trustee's counsel (long before Attorney

3  Bond was retained by Maxwell). (RT, **Exhibit 2**). Attorney Bond also confirmed that he had been

4  contacted by the Department of Motor Vehicles (DMV), Transportation Security Administration

5  (TSA), and the police department because Maxwell **THREATENED JUDGES** under the guise of

6  Mr. Bond, by forging his name on the letters. (Decl BMS, **Exhibit 6**).

7        • On June 11, 2018, Maxwell engaged in the unlawful practice of law and made an

8  additional frivolous filing with this Court on behalf of her husband, Hayes Milliman, titled "Requse

9  [sic] Authorization to Appear to Court[.] Admiranda Maxwell Authorized Under Husband Pover

10 [sic] of Attorney." (Decl BMS, **Exhibit 7**).   Maxwell's frivolous filing sought the court's

11 authorization to allow Maxwell to appear on her husband's behalf through use of an alleged Power

12 of attorney letter. (Decl BMS, **Exhibit 7**). However, at an earlier hearing held on December 6,

13 2017, Maxwell was put on notice that a Power of Attorney letter did not vest all persons the right to

14 litigate before the court, when Honorary Aaron Heisler required Milliman to be present due to the

15 Power of Attorney being insufficient to allow for non-attorney Finbar La Montagne or Maxwell to

16 speak on Milliman's behalf. (RT, **Exhibit 1**). Hon. Heisler specifically stated, "The Court needs

17 sufficient evidence to show that somebody else is legally authorized to represent Mr. Milliman in

18 this case. That almost always has to be a lawyer." (RT, **Exhibit 1** at 12:21-23). It should be noted

19 that subsequent to the October 7, 2017 alleged execution of this Power of Attorney,  (Decl BMS,

20 **Exhibit 7**), Milliman (through Maxwell) executed a document on December 22, 2017, **granting**

21 **Power of Attorney to Michael D. Cohen, the personal attorney of Donald J. Trump, President**

22 **of the United States of America**. (RFJN, **Exhibit 3**).

23        • On June 11, 2018, Maxwell engaged in the unlawful practice of law and made an

24 additional frivolous filing with this Court on behalf of her husband, Hayes Milliman, titled "Brook

25 John Changala Misrepresent of a Material Fact." (Decl BMS, **Exhibit 8**).

26        • On June 18, 2018, Maxwell engaged in the unlawful practice of law and made an

27 additional frivolous filing titled "Opposition to Motion to Withdraw as An Attorney" with the Court

28 of Appeal on behalf of Milliman. (Decl BMS, **Exhibit 9**).

MOTION TO DECLARE ADMIRANDA MAXWELL A VEXATIOUS LITIGANT

III.    **ARGUMENT**

A.    **The Policy Behind Code of Civil Procedure § 391 Supports Granting the Motion**

The purpose of Code of Civil Procedure § 391 "is to address the problem, created by the persistent and obsessive litigant who constantly has pending a number of groundless actions and whose conduct causes serious financial results to the unfortunate objects of his or her attacks and places an unreasonable burden on the courts." *Morton v. Wagner* (2007) 156 Cal.App.4th 963, 970-971 (citing *Wolfe v. Strankman* (9th Cir. 2004) 392 F.3d 358; *People v. Harrison* (2001) 92 Cal.App.4th 780).

Trustee has spent tens of thousands of dollars responding to and defending against the bizarre and inscrutable filings of Maxwell and Milliman. Indeed, Milliman and Maxwell unmeritorious claims caused at least two trials, two appeals, multiple hearings, participation by the Los Angeles Superior Court, along with dozens of vexatious filings. (RFJN, **Exhibit 3**).

Perhaps most disturbing effect of this Court's denial of Petitioner Trustee's previous Motion to Declare Maxwell a Vexatious Litigant is that the denial has stoked the flames of Maxwell's endeavors, thus catalyzing her agenda to continue rampant abuse of the judicial process.  It is believed that Maxwell continues to use attorney's letterheads to admit all sorts of crimes and conspiracies on the part of the person named on the letterhead. (RFJN, **Exhibit 3**; Decl BMS, **Exhibit 6**). This includes the recent occurrence where it where counselor Bond had reason to believe that Maxwell forged documents on behalf of her attorney, where some of the forged documents **made threats against judicial officials of THIS Court**. (Decl BMS, **Exhibits 6**).

Without a court order, Maxwell behavior threatens to go on *ad infinitum* costing the parties time and money. These abusive filings also pose a direct burden on this Court as well as the Appellate Court. Maxwell's abusive and unmeritorious motions have gotten out of hand and must be regulated through an vexatious litigant order by this Court pursuant to § 391 et seq..

B.    **Maxwell Will not Stop Litigating the Same Cases**

A party may is a vexatious litigant where:

"After a litigation has been finally determined against the person, repeatedly relitigates or attempts to relitigate, in propria persona, either (i) the validity of the

1    When the requests for reconsideration were denied, Milliman (through Maxwell) appealed.

2  That appeal is currently pending.[1] The Court also confined in a previous hearing that it maintained

3  jurisdiction over vexatious litigant motions. (RT, **Exhibit 2** at 8:7-8).

4    Most recently, this Court denied Petitioner's Motion to Declare Admiranda Maxwell a

5  Vexatious Litigant, and Maxwell took it upon herself to file five additional (5) documents with this

6  Court, disregarding the Court's insightful words when Trustee's prior motion was denied.

7    **The Harassment Matter:**

8    In the Harassment Matter, the Court, finding a credible threat of future harassment and

9  likelihood of violence, entered a restraining order against Maxwell. (RFJN, **Exhibits 3**). Maxwell

10  filed a motion for reconsideration and a second hearing was held in which the protected person was

11  made to appear again. (RFJN, **Exhibits 3**). It was denied; Maxwell appealed; and the appeal was

12  dismissed for Maxwell's failure to pay. (RFJN, **Exhibits 3**) Maxwell then filed a motion to set aside

13  the restraining order without setting forth any grounds. (RFJN, **Exhibits 3**) Again, Maxwell is just

14  attempting to relitigate the same facts with the futile hope of a new result.

15    **C.    Maxwell Keeps Filing Wasteful and Unmeritorious Requests**

16    A party is also a vexatious litigant where she:

17    In any litigation while acting *in propria persona*, repeatedly files unmeritorious

18    motions, pleadings, or other papers, conducts unnecessary discovery, or engages

19    in other tactics that are frivolous or solely intended to cause unnecessary delay.

20  California Code of Civil Procedure § 391(b)(3).

21    What constitutes repeated and unmeritorious is generally within the Court's discretion.

22  *Morton v. Wagner* (2007) 156 Cal.App.4th 963, 971-972; *Golin v. Allenby* (2010) 190 Cal.App.4th

23  616, 632 (holding that even in if filing viewed in isolation might be reasonable, multiple requests

24  for same relief and for reconsideration of prior issues "created an unmeritoriousness" to the filings).

25

26

27    [1] A trial court retains jurisdiction to hear matters that are ancillary and collateral to the order

28  up for appeal. Civ. Proc. § 916(a). The Court maintains jurisdiction to grant this motion after entry
of judgment. Code *Bravo v. Ismaj* (2002) 99 Cal.App.4th 211, 222.

- 8 -

MOTION TO DECLARE ADMIRANDA MAXWELL A VEXATIOUS LITIGANT

1    Here, the filings speak for themselves. Maxwell is not a party to this action, and has been

2  informed that she may not engage in the unauthorized practice of law. (RT, **Exhibit 1** at 12:5-6).

3  However, Maxwell continues to defy this Court's instructions through abusive filing of her ever-

4  evolving, always inconsistent, and bizarre stories of murder, arson, fraud, and conspiracy. (Decl

5  BMS, **Exhibits 5-9**). Not a single request presented by Maxwell to the Court has been granted, and

6  not a single one of her conspiracies has been independently verified. However, the execution of

7  such cryptic and hostile documents has caught the eye of state and federal government agencies.

8  (Decl BMS, **Exhibit 6**).

9    **D.    Maxwell Can Be Named as Vexatious Litigant**

10    Any person who commences, institutes or maintains an action, including an attorney at law

11  acting *in pro per*, may be determined to be a vexatious litigant. CCP § 391(d); see *In re Shieh*

12  (1993) 17 Cal.App.4th 1154, 1166. Persons who cause litigation to be commenced by others (e.g.,

13  an attorney who causes others to sue *in pro per*, or other influential third party) may be deemed

14  vexatious litigants. CCP § 391(d).

15    Here, the erratic correspondences and representations in Maxwell's pleadings indicate her

16  indifference to the merits of this litigation and her intent to continue to litigate regardless of judicial

17  determinations that her claims lack merit.

18    **E.    The Court Should Enter an Order Requiring Maxwell to Obtain a Prefiling**

19    **Order Before Initiating New Litigation**

20    The Court may "enter a prefiling order which prohibits a vexatious litigant from filing any

21  new litigation without first obtaining leave of the presiding judge of the court where the litigation is

22  proposed to be filed." California Code of Civil Procedure § 391.7. "This remedy is directed at

23  precluding the initiation of a meritless lawsuit and the cost associated with defending such

24  litigation." *Bravo v. Ismaj* (2003) 99 Cal.App.4th 211, 222.)

25    In denying Trustee's previous vexatious litigant motion, the Court looked at factors

26  presented in in *Bravo v.* Ismaj and found that "among those factors are the prospect of future

27  conduct that might or would appear to fall within the course or the scope of vexatious activities.

28  (RT, **Exhibit 2** at 8:19-22). The motion was denied because the Court believed that Maxwell would

MOTION TO DECLARE ADMIRANDA MAXWELL A VEXATIOUS LITIGANT

VL-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(To be completed only if a party is making the motion)* | STATE BAR NUMBER | | FOR COURT USE ONLY |
|---|---|---|---|

NAME  Superior Court of California

FIRM NAME.

STREET ADDRESS  700 Civic Center Drive West

CITY  Santa Ana     STATE  CA   ZIP CODE  92701

TELEPHONE NO   657-622-5206     FAX NO

E-MAIL ADDRESS

ATTORNEY FOR *(name)*

☐ COURT OF APPEAL,          APPELLATE DISTRICT, DIVISION

☒ SUPERIOR COURT OF CALIFORNIA,  COUNTY OF  Orange

STREET ADDRESS   700 Civic Center Drive West

MAILING ADDRESS

CITY AND ZIP CODE.        Santa Ana,  CA 92701

BRANCH NAME   Central

CASE NAME.
Barbara Tucker Trust, dated 12/18/2001

**FILED**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**NOV 15 2018**

DAVID H. YAMASAKI, Clerk of the Court

BY: *[signature]* DEPUTY

| PREFILING ORDER—VEXATIOUS LITIGANT | CASE NUMBER 30-2016-00837866-PR-TR-CJC |
|---|---|

1   Name and address of each plaintiff or cross-complainant or other party subject to this prefiling order
Admiranda Maxwell
1119 20th Street Apt. A
Santa Monica, CA 90403

2   This prefiling order is entered pursuant to a motion made by  ☒ the court   ☐ party *(name)*

3.  The person or persons identified in item 1, unless represented by an attorney, are prohibited from filing any new litigation in the courts of California without approval of the presiding justice or presiding judge of the court in which the action is to be filed

4.  The clerk is ordered to provide a copy of this order to the Judicial Council of California by fax at 415-865-4329 or by mail at the address below.

Vexatious Litigant Prefiling Orders
Judicial Council of California
455 Golden Gate Avenue
San Francisco, California 94102-3688

Date  *Nov. 15 2018*

*Donald G. Johnston*
JUDICIAL OFFICER
*in the absence of Temporary*
*Judge Aaron Heisler*

Form Adopted for Mandatory Use
Judicial Council of California
VL-100 [Rev September 1, 2018]

PREFILING ORDER—VEXATIOUS LITIGANT

Code of Civil Procedure, § 391 7
www.courts.ca.gov

LOOK EVIDENCE AT THE JUDMENT , THEY SPEAK FOR THEMSELVES
DTED 6/22/2017 JUDGE GERALD LIED  PRINCIPAL "WINS" FAR MOR
CASES INCULIDING THIS CASE ONE EASY WAY TO TELL WHEN A
JUDGE IS LYING, (NOT TO SAY I AM SPEAKING OF DTED 6/22/2017
JUDGE GERALD IN THIS CASE) IS TO ACTUALLY READ THE  FACTS.
IN IN THE MATTER OF THE BARBARA TUCKER  TRUST DATED
DECEMBER 18,2001 OF THE CASE. JUDGE  GERALD ACTUALLY
WRITTEN HIS FACTUAL JUDGMENT "AS TO HAYES MILLIMAN, THE
TRUSTEE'S PETITION TO DETERMINE VALIDITY OF THE BARBARA
TUCKER REVOCABLE INTERVIVOS TRUST  DATEDDECEMBER 18,2001
AS AMENDMENT ONAUGUST 16,2010 AND AGAIN ON APRIL 19,20 13 IS
GRANTED FINDING THE TRUST ANDAMENDMENT VALID. HAYES
MILLIMAN IS FOUND TO HAVE RECEIVE TRUSTEES NOTIFICATION
TO BENEFICIARIES INCLUDING COPIES OF ALL THREE TRUST
DOCUMENTS, IN A TIMELY MANNER. MILLIMAN IS NOT NAMED
BENEFICIARY OF THE BARBARA TUCKER REVOCABLE INTERVIVOS
TRUST DATED DECEMBER 18,2001. HAYES MILLIMAN IS NOT A
DESCENDANT OF A PREDECEASED NAME BENEFICIARY.
THEREFORE, HAYES MILLIMAN LACKS STANDING TO MAKE OR
ASSERT CLAIMS AGAINST, NOR IS HE ENTITLED TO BENEFIT FROM,
THE BARBARA TUCKER TRUST DATED DECEMBER 18,2001. HAYES
MILLIMAN IS NOT ENTITLED PURSUE ANY CLAIM OF INTESTATE
SUCCESSION IN THAT THE BARBARA TUCKER REVOCABLE
INTERVIVOS TRUST HELD THETRUST IS VALID HIS ACTIONS SPEAK
MUCH LOUDER THAN WORDS!

Hayes Milliman, In Pro Per
1119 20th St. Apt A
Santa Monica, CA 90403
(310) 562-4458
Email: hayes.milliman@gmail.com

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUN 19 2017

DAVID H. YAMASAKI, Clerk of the Court

BY: _____Y. MEJIA_____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

PETITIONER: TIMOTHY L. RANDALL

RESPONDANT: HAYES MILLIMAN

ADMIRANDA MAXWELL

IN THE MATTER OF: IN RE THE TRUST OF
BARBARA TUCKER DATED DECEMBER
18, 2001

Case No.: 30-2016-00837866

DECLRATION TO FOR
RECONSIDERATION.

DATE: JUNE 22, 2017
DEPT: C06
TIME:10:30 :AM

SUPPLEMENT TO THE MOTION

I.  **INTRODUCTION**

Baker & Baker Law firm who represent Timothy Randall, have gone to extreme lengths

to ensure that Mr. Randall remains the trustee of the Barbra Tucker Trust even to the degree of

falsifying federal documents. The motion should proceed for the following reasons:

1.  The Motion follows the procedural requirements of California Code of Civil

    Procedure Section 1008, which states that, "[the party who was refused] may make a

    subsequent application for the same order upon new or different facts,

    circumstances . . . within 10 days after service."

2.  The Motion follows the applicable rules of Civil Procedure pertaining to law and

    motion, because are trying to determine the truth behind the delivery of the "Time

SUPPLEMENT TO THE MOTION - 1

Sensitive: Notice to Beneficiary", which Baker & Baker insist was delivered to our

residents which is mandated by Probate Code section 1214.

3. The Motion satisfies the need for new evidence which was not presented at the time

of trial. The exhibits will be enclosed with this motion.

4. New evidence was not presented during the time of trial due to the fact that the now

witness Admiranda Maxwell was not present during the trial who contained all the

evidence.

5. Notice of Beneficiaries was not received at the location of 1119 20ᵗʰ Street #A, Santa

Monica, CA, 90403 and signed by Admiranda Maxwell like William Baker says. The

preponderance of the evidence, indicates that Notice of the "120-day rule" could not

have been received at our residence by either myself or my wife, Admiranda

Maxwell.

For the reasons listed above, I, Hayes Milliman respectfully request to have the motion

proceed to ensure that the court hears the whole truth.

SUPPLEMENT TO THE MOTION - 2

## C. RESPOSE TO "Other Misconduct By Maxwell and Milliman"

William Baker (Baker & Baker Law Firm) repeatedly keeps bringing up two things, 1) Restraining Order, and then 2) Misconduct by not serving. William Baker says many things that contradict one another, but to assist with his confusion we would like to explain why sometimes service doesn't get sent to William Baker. Please refer to **(Exhibit 6)** which is a copy of the restraining order that was filed by Paige Baker. The restraining order was approved and protects both Paige M. Baker & William E. Baker. On the second page of the restraining order it states, "[Admiranda Maxwell] must **not** do the following things to the person named in 1) Paige M. Baker and to the other protected person listed in 3) William E. Baker; (2) Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means." Every time incident in which Admiranda Maxwell was not able to serve them a copy was in fear of breaking the court order which pose very hefty penalties. William Baker repeatedly bashes Admiranda Maxwell to serve the papers, but Admiranda Maxwell will not go against a court order for two reasons: 1) It is simply a crime to do so, and 2) William Baker will try to force her to commit a crime so that he could use this against her in court. Hayes B. Milliman has always served all the papers that were filed using different means which are through either e-filing or through physically mailing Baker & Baker's Law offices.

## D. Addressing the "Response to the Declarations"

Admiranda Maxwell solemnly swears that she clearly saw Mr. Baker and Ms. Baker accompanied by their friends. They were in Santa Monica (steps away from my home),

SUPPLEMENT TO THE MOTION - 4

and tried to speak with me many times when Admiranda Maxwell was walking the dog. Whether the meeting was accidental or if they were intentionally waiting for her is not for her to say. She tried to call 911 to keep them away as they have a restraining order against her and she didn't want to get in trouble as they have been pushing me to try and break the court order. At the time two of their friends asked her to not call 911. They had no evidence in regards to the supposed "hit man threats" that they keep accusing me of saying, but they are always trying to intimate her whether that be in court, via. e-mails or letters. I, (Hayes Milliman) would like them to stop communicating with my wife as she did with them, and accusing her of fabricating letters.

## III. RESPONSE TO "MAXWELL IS PRACTICING LAW WITHOUT A LICENSE"

William Baker (Baker & Baker Law Firm) are very good at accusing people of doing things that they haven't done. My wife, Admiranda Maxwell, knows that she is not an attorney or ever had the intentions of impersonating one. I believe that there is a California law which states that once two people get marry they become as one entity, and to assist her husband she would help with gathering paper works. She will from time to time submit her own declaration which would only be signed by herself for obvious reasons. She is a witness to this case. Mr. William Baker accuses my wife of filing "many motions, applications, declarations and briefs on behalf of her husband, Milliman" which is totally untrue. We will from time to time sign the paper together, but if it's a legal document which pertains to the case and excludes declarations or Ex Parte's then it is signed by either just me or me and my wife (Admiranda Maxwell). William Baker states, "Her [Admiranda Maxwell] signature (alone) appears on the Memorandum" which is

SUPPLEMENT TO THE MOTION - 5

easily refutable by checking the court papers. Please refer to **(Exhibit 7)** which will say

"MEMORANDUM OF POINTS AND AUTHORITIES" as the title on the second page.

The last page of the document is exactly where William Baker states that "[Admiranda

Maxwell] signature (alone) appears" which is not the case. The fact that William Baker is

mistaken should not be the reason for the court to deny the Motion.

## IV. The Motion Follows all the Motion Requirements

William Baker cites California Code of 25 Civil Procedure Section 2015.5 which states

the requirements to properly file legal documents. Mr. Baker states, "the declaration does

not state the city inn which it was executed", which is true but according to California

Code of 25 Civil Procedure Section 2015.5 there are two ways to file the document.

**(Exhibit 8)** The printout is a copy of the California code from the California Legislature

website. Example (b) also labeled as Part 1 shows one way of executing documents

which has always been the way it has been done. Please look at Part 2 of the **(Exhibit 8)**

as well which is the declaration which William Baker states is in violation. The last page

of the declaration will have the execution which is correct according to California Code

of 25 Civil Procedure Section 2015.5.

## V. INCONSISTENCIES WITH THE RECEIPT OF CERTIFIED MAIL

William Baker repeatedly insists that the "NOTICE TO BENEFICIARIES" was indeed

sent on October 3rd, 2016 to 26356 Vintage Woods R #22-O, Lake Forest, CA, 92630. He

states that the letters were immediately forwarded to our Santa Monica location and that

it arrived on October 14th, 2016.

### A. CERTIFIED MAIL RECEIPT INCOMPLETE

SUPPLEMENT TO THE MOTION - 6

CERTIFIED MAIL RECEIPT has been filed by William Baker in his Exhibit 3 on the Opt to Mot. After careful review, we have realized very crucial components of the receipt missing. **(Exhibit 9, Part 1)** Section 2 parts a, b, c, and d are very crucial components to the receipt as it is to be completed if the certified mail was truly forwarded. Section 2 (a) is partially filled in which is the signature (which Baker & Baker allege are signed by Admiranda Maxwell), but the section to the right of it which has the boxes 1) Agent 2) Addressee is left blank. Section 2 (b) is fully empty which says, "Received by (Printed Name)". Section 2 (c) is again fully empty which says, "Date of Delivery". Lastly, Section 2 (d) is left blank as well which states, "Is delivery address different from Item 1? () Yes, () No. If yes, enter delivery address below:." We thought it might be as Mr. William Baker likes to call it an "Oopsie", we contacted the USPS to ask if the section is required to be completed. To our relief the USPS Consumer Assistance, Martha F. Cortes, stated that it was mandatory to ensure that the package gets delivered to the new address. This mistake could not have occurred if the letter was successfully forwarded as Mr. William Baker insists.

**B. Clarification**

In one of Admiranda Maxwell's declarations, she did state, "Sure, we got the certified letter, with nothing but blank paper inside", but Mr. William Baker took it out of context, and made it seem like she was addressing the certified mail that he mailed to us. Admiranda Maxwell would like to apologize if that's the information that was portrayed as, but she was trying to explain that we have received some strange Certified Mails that required no signatures with nothing

SUPPLEMENT TO THE MOTION - 7

inside the actual envelopes. These incidents happened in the late 2016 which we were accused of receiving. We had a few of our mails opened and to ensure security, we reported these incidents to the USPS Postal Investigations Department. They emailed us a PDF letter from what they found during the investigation. **(Exhibit 9, Part 2)** We did notify them about the certified mail not being received by William Baker on October 14th, 2016 to which, Crystal Bailey, responded to saying that they would need the original receipt or else there would be "no way of knowing or finding your USPS Certified Mail letter".

**C.  Forwarding Address**

William Baker insist that the letter was automatically forwarded to our new address in Santa Monica. This could not have happened because we moved into our new home on October 2nd, 2016 and the last thing on our mind was to have a change of address filled out. We had to move all of our belongings to our new home which took us approximately 5 days in total to move due to the shear amount of furniture, clothes, etc. During the day time, I, Hayes Milliman would have to go to work from 7 am till 6 pm. We actually never set up change of address to this date, instead we just updated all of our information with the entities that we do business with. The only possible way for the letter to have been forwarded, if it was, is if Mr. Baker called USPS and redirected the mail which is highly unlike.

**D.  WHO WOULD'VE PICKED THE LETTERS UP?**

Admiranda Maxwell, who supposedly signed the receipt, was outside of the country to visit her son for his first year of University. The evidence providing her whereabouts are listed from **(Exhibits 1)** to **(Exhibit 5).**

## E. NOTICE TO BENEFICIARIES WOULD'VE BEEN TOO LATE

Trustee Timothy Randall ("Trustee") filed a Petition to Determine Validity of Trust on February 26, 2016. By June 28th, 2016, 120 days after the notice was filed would've been when the limitations would've expired. **(Exhibit 13)** William Baker may argue that we did not have our past lawyer (Vladimir) file interest in the trust until mid March, which is true. Unfortunately, this would still mean that the Notice to Beneficiaries would've needed to been received before mid July, 2016 as that would be 120-days after we had filed interest in the case. Nevertheless, we did not receive the notice as stated in the motion.

## VI. OUTRAGEOUS ALLEGATIONS

## A. THREE ANONYMOUS LETTERS

William Baker attached three letters that he continuously keeps relating back my wife Admiranda Maxwell. The letters would be attached as an **(Exhibit 10).** One of the letters that Admiranda Maxwell does recognize is **(Exhibit 10, Part 1)** which was mailed to her right before Paige M. Baker got a restraining order against Admiranda Maxwell. Paige M. Baker denies that she was the one who signed and sent it, but we have very high doubts. Paige M. Baker accused Admiranda Maxwell of fabricating these documents herself and send it to Paige M. Baker which is idiotic because first of all Admiranda Maxwell did not fabricate such document, and secondly it would do Admiranda Maxwell no good

SUPPLEMENT TO THE MOTION - 9

to fabricate such documents. No person in their right mind would fabricate a document, and Admiranda Maxwell neither fabricated such document nor does she have the time for such a useless task. Paige M. Baker won the Restraining Order against Admiranda Maxwell by using the letter that she states Admiranda Maxwell fabricated. I believe that William and Paige Baker realized that the forged documents were successful in winning the Restraining Order, and so again they have made multiple others to pin it on Admiranda Maxwell in hopes that the judge will buy it. The letters are purposefully made to seem fake so that they can say that they were written by Admiranda Maxwell as both William and Paige Baker know that her English is a little bit rocky, and I believe that they have taken the opportunity to exploit their forging skills. The letters in **(Exhibit 10, Part 1 & 2)** were written with fair English, but the letter in **(Exhibit 10, Part 3)** has been intentionally written with terrible English to make it easier to point fingers at Admiranda Maxwell. Admiranda Maxwell got the letter **(Exhibit 10, Part 1)** which also had a cover sheet of the Notice to Beneficiaries file. Admiranda Maxwell thought that the only way to get the Notice to Beneficiaries was to go to Baker & Baker's office as instructed in both the letter in **(Exhibit 10, Part 1)** as well as the cover letter for the Notice to Beneficiaries. Admiranda Maxwell's attendance to the office was later used against her during the Restraining Order hearing. Baker & Baker continually try to trick Admiranda Maxwell, but it will no longer be the case. Admiranda Maxwell tends to stay at home 80-90% of the day, and if she does leave it is by foot to walk our dog and grab groceries which is one block away from the house. Neighbors are ready to testify at request to verify the

SUPPLEMENT TO THE MOTION - 10

story. The English used in the last letter is so terrible that Admiranda Maxwell's writing skills are way better than those in the letter.

## B. REPORT OF CRIME

Admiranda Maxwell has reported the letter that Paige M. Baker first presented to her **(Exhibit 10, Part 1)**, to the Santa Ana Police Department. We tried to get a copy of the police report, but the police department stated that it's a sensitive report and that it must be approved by an investigator before I would be able to obtain the report which could take some time. I was notified that the court could request a copy of the report immediately. **(Exhibit 11)** will contain a business card, but at the bottom it will also have the case number for the report.

## VII. DECLARATION

Daniel A. Maxwell, son of Admiranda Maxwell, would like to attach his declaration to better assist this law suit. **(Exhibit 12)**

## VII. TRIAL

On May 15th, 2017, there was a court hearing in front of Hon. Gerald G. Johnston. The judge found that I don't have any standing because I was properly notified about the rules, but that was not the case. We have new evidence to disqualify the possibilities of us having all the information that we needed. I hope the judge will consider all the exhibits, and see the whole truth.

Timothy Randall, represented by Baker & Baker, should be barred by the court, and sua sponte, from any future further filings in any matter without first seeking and obtaining a Court approval.

I would like to request that the court discipline Baker & Baker for their false and fraudulent fabrications submitted to the court and for the waste of court time for having to manage and respond to their misconduct.

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2017

x_____
Hayes B. Milliman

SUPPLEMENT TO THE MOTION - 12

# EXHIBIT 1

**PART 1:  RENTAL AGREEMENT FOR 1119 20TH ST, SANTA MONICA**

**PART 2: "CLARIFICATION ON MOVE-IN DATE" LETTER**

# EXHIBIT 1

Part 1

## RENTAL AGREEMENT

THIS AGREEMENT entered into this ___02___ day of ___10___, 19 20 16 by and between
Manijeh Mozdan/Nasrollah Shahmorrosh, hereinafter called "Owner/Agent" and
Hayes Milliman/Admiranda Maxwell, hereinafter called "Tenant".
/Daniel Maxwell

WITNESSED: That for the consideration of rent payments and covenants adherence on the part of the Tenant, the Owner
rents to the Tenant, and the Tenant hires from the Owner, for residential use only, the premises known as Apartment _____,
at 119 20th St _____; California. Rent is due in advance on the ___1___ day of each
month and every month at $ _____ per month beginning the ___02___ day of ___10___,
19 2016. If the first month's rental is adjusted, the rental sum of $ _____ has been received by Owner for
the period of _____ to _____

The Tenant further agrees:

1. Without Owner's prior written consent, the premises shall be occupied only by the undersigned adults and _____
children.
2. Without Owner's prior written consent no bird or animal shall be kept or allowed in or about said premises.
3. Without Owner's prior written consent, no waterbeds or liquid filled furniture shall be allowed in or about said premises.
4. Tenant shall not violate any governmental law in the use of the premises, permit waste or nuisance, annoy, molest, or
interfere with any other tenant or neighbor. Tenant shall obey and comply with all house rules, if any, as attached
hereto as page _____, and incorporated hereat as though fully set forth at length.
5. Except for as may be provided by law, no repairs, decorations or alterations shall be done without Owner's prior writ-
ten consent. Decoration includes but is not limited to painting, wallpapering, hanging of ceiling lamps or posters.
6. No portion of said premises shall be sublet nor this agreement assigned.
7. Tenant has inspected the premises, furnishings and equipment, if applicable, and has found the same to be satisfactory.
All plumbing, heating and electrical are operative, and furniture, if any, as inventoried and attached hereto as page
_____, has likewise been inspected and is deemed satisfactory by Tenant.
8. To keep the premises clean, sanitary, and in good order and repair during the term of this tenancy, and to surrender the
same in like condition exclusive of ordinary wear and tear.
9. To pay for all utilities, services and charges, if any, made by or predicated upon occupancy of residence except as fol-
lows: _____
10. The undersigned Tenants, whether or not in actual possession of the premises, are jointly and severally liable for all rent
incurred during the term of this Agreement, and for all damages to the premises caused or permitted by Tenants, their
guests and invitees.
11. This agreement may be terminated by either party serving upon the other written notice. Said termination shall become
effective thirty days after service of said notice.
12. $ _____ as security has been deposited. Owner may use therefrom such amounts as are reasonably neces-
sary to remedy tenant defaults in the payment of rent, to repair damages to the premises caused by the tenant, their
guests or invitees exclusive or ordinary wear and tear, or to clean the premises if necessary upon termination of the
tenancy. No later than two (2) weeks after termination of tenancy, the Owner shall furnish tenant with an itemized
written statement of the basis for, and the amount of, any security received and the disposition of such security and
shall return any remaining portion of such security to tenant at tenant's last known address."
13. If any legal action or proceeding be brought by either party to enforce any part of this Agreement, the prevailing party
shall recover, in addition to all other relief, reasonable costs, including attorney's fees, whether or not the action pro-
ceeds to judgment.
14. The Owner may enter the premises in case of an emergency, to make necessary or agreed repairs, decorations, altera-
tions, or improvements, to supply necessary or agreed services, to exhibit the premises to prospective or actual pur-
chasers, tenants, workmen or contractors. Except in the case of an emergency, the Owner shall give Tenant twenty-four
(24) hours notice, and shall enter during normal business hours.

# EXHIBIT 6

# EXHIBIT 6

# EXHIBIT 6

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
12/29/2016 at 11:51:43 AM
Clerk of the Superior Court
By Giovanni Galan,Deputy Clerk

**CH-130**   **Civil Harassment Restraining Order After Hearing**

*mps date here when form is filed.*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 11 2017

DAVID H. YAMASAKI, Clerk of the Court

BY:_____DEPUTY

*Person in* ① *must complete items* ①, ②, *and* ③ *only.*

① **Protected Person**

a. Your Full Name: Paige Merrill Baker

   Your Lawyer *(if you have one for this case):*
   Name: Brook John Changala   State Bar No.: 245079
   Firm Name: Brook John Changala, Attorney at Law

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*
   Address: 1970 Old Tustin Ave, Suite 203
   City: Santa Ana   State: CA   Zip: 92705
   Telephone: 714-805-8624   Fax: 714-242-1802
   E-Mail Address: bchangala@changalalaw.com

*Fill in court name and street address:*
Superior Court of California, County of Orange
Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701

*Court fills in case number when form is filed.*
Case Number:
30-2016-00893612-CU-HR-CJC

② **Restrained Person**
Full Name: Admiranda Maxwell aka Admiranda Milliman
Description:

| | |
|---|---|
| Sex: ☐ M ☒ F Height: 5' 4"   Weight: 120   Date of Birth: 00/00/1966 | |
| Hair Color: blonde   Eye Color: _____   Age: 50   Race: caucasian | |
| Home Address *(if known):* 26356 Vintage Woods Road, # 220 | |
| City: Lake Forest   State: CA   Zip: 92630 | |
| Relationship to Protected Person: Wife of a former beneficiary to a trust of which Petitioner is the attorney. | |

③ ☒ **Additional Protected Persons**

In addition to the person named in ①, the following family or household members of that person are protected by the orders indicated below:

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| William E. Baker Jr. | M | 67 | ☒ Yes ☐ No | Husband |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3— Additional Protected Persons" as a title. You may use Form MC-025, Attachment.*

④ **Expiration Date**

*This Order, except for any award of lawyer's fees, expires at:*

Time:_____ ☐ a.m. ☐ p.m. ☒ midnight on (date): 01-11-2020

If no expiration date is written here, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Civil Harassment Restraining Order After Hearing**
**(CLETS-CHO)**
**(Civil Harassment Prevention)**

CH-130, Page 1 of 5
→

63

30-2016-00893612-CU-HR-CJC

**(5) Hearing**

a. There was a hearing on *(date):* JAN 11 2017 at *(time):* _____ in Dept.: _____ Room: _____
   *(Name of judicial officer):* TIMOTHY J. STAFFORD made the orders at the hearing.

b. These people were at the hearing:
   (1) ☑ The person in (1)   (3) ☑ The lawyer for the person in (1) *(name):* Brook John Changala
   (2) ☑ The person in (2)   (4) ☐ The lawyer for the person in (2) *(name):* _____
   ☐ Additional persons present are listed at the end of this Order on Attachment 5.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____.

> **To the Person in (2)**

**The court has granted the orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

**(6) ☑ Personal Conduct Orders**

a. You must not do the following things to the person named in (1)
   ☑ and to the other protected persons listed in (3):
   (1) ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.
   (2) ☑ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.
   (3) ☐ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.
   (4) ☐ Other *(specify):*
       ☐ Other personal conduct orders are attached at the end of this Order on Attachment 6a(4).
       _____

b. Peaceful written contact through a lawyer or process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

**(7) ☑ Stay-Away Orders**

a. You must stay at least 100 yards away from *(check all that apply):*
   (1) ☑ The person in (1)                  (7) ☐ The place of child care of the children of the person in (1)
   (2) ☑ Each person in (3)
   (3) ☑ The home of the person in (1)      (8) ☑ The vehicle of the person in (1)
   (4) ☑ The job or workplace of the person (9) ☐ Other *(specify):*
       in (1)                               _____
   (5) ☐ The school of the person in (1)    _____
   (6) ☐ The school of the children of the  _____
       person in (1)                        _____

> **This is a Court Order.**

**Civil Harassment Restraining Order After Hearing (CLETS-CHO)**
(Civil Harassment Prevention)
CH-130, Page 2 of 5 →

64

30-2016-00803612-CU-HR-CJC

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**(8) No Guns or Other Firearms and Ammunition**

a. ~~You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.~~

b. If you have not already done so, you must:
- Within 24 hours of being served with this Order, sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control.
- File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use Form CH-800, Proof of Firearms Turned In, Sold, or Stored for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

**(9) ☐ Lawyer's Fees and Costs**

The person in ___ must pay to the person in ___ the following amounts for:

a. ☐ Lawyer's fees    b. ☐ Costs

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|      | $      |      | $      |
|      | $      |      | $      |

☐ Additional items and amounts are attached at the end of this Order on Attachment 9.

**(10) ☐ Other Orders** *(specify):*

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 10.

**To the Person in ❶:**

**(11) Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☑ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the person in ① or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency          Address *(City, State, Zip)*

_____          _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 11.

**This is a Court Order.**

**Civil Harassment Restraining Order After Hearing**
**(CLETS-CHO)**
**(Civil Harassment Prevention)**

30-2016-00893612-CU-HR-CJC

(12) **Service of Order on Restrained Person**

a. ☑ The person in ② personally attended the hearing. No other proof of service is needed.

b. ☐ The person in ② did not attend the hearing.

    (1) ☐ Proof of service of Form CH-110, *Temporary Restraining Order,* was presented to the court. The judge's orders in this form are the same as in Form CH-110 except for the expiration date. The person in ② must be served with this Order. Service may be by mail.

    (2) ☐ The judge's orders in this form are different from the temporary restraining orders in Form CH-110. Someone—but not anyone in ① or ③—must personally serve a copy of this Order on the person in ②.

(13) ☑ **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because:

a. ☑ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐ The person in ① is entitled to a fee waiver.

(14) Number of pages attached to this Order, if any: —0—

Date: 1-11-17

Judicial Officer

**TIMOTHY J. STAFFORD**

Warning and Notice to the Restrained Person in ② :

**You Cannot Have Guns or Firearms**

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

Instructions for Law Enforcement

**Enforcing the Restraining Order**

This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

This is a Court Order.

Revised July 1, 2014 **Civil Harassment Restraining Order After Hearing (CLETS-CHO)** (Civil Harassment Prevention)     CH-130, Page 4 of 5 →

30-2016-00893812-CU-HR-CJC

## Start Date and End Date of Orders

This Order *starts* on the date next to the judge's signature on page 4 and *ends* on the expiration date in item ④ on page 1.

## Arrest Required If Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed it, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

## Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

* The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
* The restrained person was at the restraining order hearing or was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the order and then enforce it.

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

## Conflicting Orders—Priorities of Enforcement

**If more than one restraining order has been issued, the orders must be enforced according to the following priorities:** (See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

I certify that this *Civil Harassment Restraining Order After Hearing* is a true and correct copy of the original on file in the court.

DAVID H. YAMASAKI

Date: 1-11-17   Clerk, by _____, Deputy

J. RANGEL

This is a Court Order.

**Civil Harassment Restraining Order After Hearing (CLETS-CHO)**
**(Civil Harassment Prevention)**

CH-130, Page 5 of 5

67

# EXHIBIT 7

# EXHIBIT 7

# EXHIBIT 7

1  Hayes Milliman, In Pro Per
   1119 20th St. Apt A
2  Santa Monica, CA  90403
   (310) 562-4458
3  Email: hayes.milliman@gmail.com

4

5                    SUPERIOR COURT OF CALIFORNIA

6              COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

7

8  PETITIONER: TIMOTHY L. RANDALL          Case No.: 30-2016-00837866

9  RESPONDENT: HAYES MILLIMAN AND          DICLARATION TO PETITION
   ADMIRANDA MAXWELL
10

11                                         DATE :06/12/2017
   IN THE MATTER OF: IN RE THE TRUST OF
12 BARBARA TUCKER DATED DECEMBER 18,       TIME: 9:00 AM
   2001
13                                         DEPT: C06

14

15

16

17                        DICLARATION TO PETITION

18

19 I (Hayes Milliman) and Admiranda Maxwell and we are blood relative, under Lucille Lambert Trust and

20 Barbara Tucker Trust dated December 18. We are asking to not approve on petition settlement or hold

21 while our motion for reconsideration pending above as follows:

22

23

24    →   MEMORANDUM OF POINTS AND AUTHORITIES

25

26 Timothy Randall is not name as Trustee in Original Trust and is not name as Trustee until purported 2013

27 amendment. The validity of the purported 2013 amendment to trust must be determined prior a

28 determination that Timothy Randall is the Trustee of the LLT Sub-Trust. Hayes Milliman and Admiranda

29 Maxwell doesn't know what Timothy Randall's relationship if any was with Barbara Tucker or Lucille

30 and looking at the exhibits in court it is clear that there was witness tampering, fraud or use extortionate

31 and/or fraudulent litigation drafter of the purported amendments.

32

   CASE NO.: 30-2016-00837866DICLARATION TO PETITION - 1

GIFT TO THE CARE CUSTODIANS, THEIR SPOUSES AND OTHER ARE PRESUMPTIVELY RESULTAT OF FRAUD OR UNDER INFELUENCE AND PROHIBITED BY LAW

Hayes Milliman and Admiranda Maxwell are informed and believe and thereon alleges that Torres was custodian of Barbara Tucker, Dependent Adult on the dates the purported amendments to the Original Trust were made and that TERESA BELMUDEZ, NAT MANRIQUEZ, JUAN CUEVAS, GERGE MANRIQUEZ, JUVENTINA CUEVAS, RUEN AND RAUL MANRIQUEZ (the same person) typewritten words and none of the names crossed out.

FACTS AND PROCEDURAL HISTORY

In addition, Mary Huggins, the notary whose name and stamp appears on the various acknowledgements at the end was notary who worked for attorney in Mr. Gustafson office at the time. Hayes Milliman and Admiranda Maxwell doesn't dispute that the typewritten worlds of the altered copy of original trust document, specifically the Declaration of Trust of Barbara Tucker dated 18, 2001 were contained in the Original Trust and that the Original Trust was signed by Barbara Tucker on December 18,2001. Barbara Tucker never informed Hayes or Admiranda that she had made any amendments to the Original Trust. James Schaedler who was a financial advisor for Wells Fargo told me he forced Barbara Tucker and Lucille Lambert to sign of the Barbara Tucker Trust dated December 18, 2001 which John Gustafson prepared. John Gustafson also prepared the amendments that came later after the original trust.  Also as Mr. Schaedler was aware there was never an account or trust set up in the name of Barbara Tucker alone. With that being said, Lucille Lambert's account was split after her death which makes no sense. Mr. Scheduler accountings for 2014, 2015, and 2016 are still named as Lucille Lambert Trust. The trust did not include Hayes' name on the trust to ensure that they don't have to send a letter informing Hayes of the steps being taken.

CASE NO.: 30-2016-00837866OBJECTION TO PETITION - 2

**FACTS**

On October 3rd, 2016, Baker & Baker presented the court a receipt of mailing certificate which found me (Hayes Milliman) having no stand. The signature was fraudulent, for multiple reason: 1) The address that was listed on the certificate was not our current residency at that time, 2) The signor (Admiranda Maxwell) was not in the United States on October 3rd, 2016 which can be proven upon request with a government stamp. The court found that Barbara Tucker inter Vivos Revocable Trust dated December 18, 2001, multi-page document original sign by Barbara Tucker or Lucille Lambert. Such scenario is impossible because Timothy Randall is not named as Trustee in the Original Trust and is not name as Trustee until purported 2013 amendment.

I am alleging as follows: my cousins Barbara Tucker died and they never had any children and her parents died many years ago. Barbra Tucker married but later divorced while Lucille Lambert never married. There are no other surviving relatives to Barbara Tucker and Lucille Lambert other than myself.

In addition, I wasn't notified Ex Party Petition to: Motion To (1) Bifurcate Trial And Trial On certain Issues;(20 Advance Hearing On Petition For Approval Of Settlement on for hearing on May 8,2017, at 1:30pm, in Department C06, The Honorable T. H SCHULTE.

I am informing and believe fake Trustee Timothy Randall claim I (Hayes Milliman) and Admiranda Maxwell standing to contest the Tucker Trust is bifurcated and trial on said issue will be held on May 15, 2017, at 9:00 a.m. in Department C9.

Baker & Baker took advantage of the fact that they had a restraining order against Admiranda to present the court fraudulent documents that they state was signed by me on May 15th, 2017. Baker & Baker knew that if I was present in court on May 15th, 2017 that she would immediately object to the claim that she signed the receipt because she knows the exact dates of where we resided at those times. On May 15th, 2017, the Baker & Baker would present the court a receipt for mailing certificate which was falsely replicated with my signature on it. The receipt was signed and was supposedly received at 26356 Vintage

CASE NO.: 30-2016-00837866OBJECTION TO PETITION - 3

They also said "Honorable Judge Johnston knew Timothy Randall is not name as trustee in the Original Trust and is not named as Trustee until the purported 2013 amendment and Paige and William Baker don't have any original documents because an attorney Madrid filed on March 21,2016. But Trial on May 15,2017, in Department 6 the Honorable Judge Gerald Johnston valid of the Barbara Tucker Revocable Intervivos Trust dated December 18,2001 as amended on August 16,2010 and again on April 19,2013 is granted finding the trust and amendments"

I am asking court not Approval Petition Of Settlement

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 2, 2017

X _____
Hayes B. Milliman

X _____
Admiranda Maxwell

CASE NO.: 30-2016-00837866 OBJECTION TO PETITION - 5

# EXHIBIT 8

**PART 1: CODE OF CIVIL PROCEDURE**

**PART 2: DECLARATION FOR RECONSIDERTION**

# EXHIBIT 8

Case 2:24-cv-05416-CBM-E   Document 1   Filed 06/26/24   Page 111 of 195   Page ID #:111

6/16/2017      leginfo.legislature.ca.gov/faces/printCodeSectionWindow.xhtml?lawCode=CCP&sectionNum=2015.5.&op_statues=1980&op_chapter=889&op_section=1

## CODE OF CIVIL PROCEDURE - CCP

*Part 1*

### PART 4. MISCELLANEOUS PROVISIONS [1855 - 2107]  ( *Heading of Part 4 amended by Stats. 1965, Ch. 299. )*

### TITLE 3. OF THE PRODUCTION OF EVIDENCE [1985 - 2015.6]  ( *Title 3 enacted 1872. )*
### CHAPTER 3. Manner of Production [2002 - 2015.6]  ( *Chapter 3 enacted 1872. )*

#### ARTICLE 2. Affidavits [2009 - 2015.6]  ( *Article 2 enacted 1872. )*

**2015.5.**    Whenever, under any law of this state or under any rule, regulation, order or requirement made pursuant to the law of this state, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn statement, declaration, verification, certificate, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may with like force and effect be supported, evidenced, established or proved by the unsworn statement, declaration, verification, or certificate, in writing of such person which recites that it is certified or declared by him or her to be true under penalty of perjury, is subscribed by him or her, and (1), if executed within this state, states the date and place of execution, or (2), if executed at any place, within or without this state, states the date of execution and that it is so certified or declared under the laws of the State of California. The certification or declaration may be in substantially the following form:

(a) If executed within this state:

"I certify (or declare) under penalty of perjury that the foregoing is true and correct":

_____   _____   _____
(Date and Place)(Signature)

(b) If executed at any place, within or without this state:

"I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct":

_____   _____
(Date)(Signature)

*(Amended by Stats. 1980, Ch. 889, Sec. 1. Operative July 1, 1981, by Sec. 6 of Ch. 889.)*



1  Hayes Milliman, In Pro Per
   1119 20th St. Apt A
2  Santa Monica, CA  90403
   (310) 562-4458
3  Email: hayes.milliman@gmail.com

4

5                    SUPERIOR COURT OF CALIFORNIA
6
7            COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

8  PETITIONER: TIMOTHY L. RANDALL          Case No.: 30-2016-00837866
9
   RESPONDANT: HAYES MILLIMAN
10
   ADMIRANDA MAXWELL                       DECLARATION FOR RECONSIDERATION
11

12
   IN THE MATTER OF: IN RE THE TRUST OF    DATE: JULY 17, 2017
13 BARBARA TUCKER DATED DECEMBER           DEPT: C06
14 18, 2001

15

16              DECLARATION FOR RECONSIDERATION
17
   TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE
18 TAKE NOTICE.

19
   I.  INRODUCTION
20
21     I (Admiranda Maxwell) am asking the Honorable Gerald G Johnston to allow me to attend

22 the court case on July 17th, 2017 because I would like to present my evidence which would

23
   directly disprove Baker & Baker's evidence that they presented in court. They alleged that I
24
25 signed the receipt of mailing certificate stating that I received the letters while residing at

26 26356 Vintage Woods Rd, Lake Forest, CA 92630 on October 6th, 2016. I have multiple

27
   evidences backing my story up that I was not, and could not be the person who signed the
28
29 mailing certificate. I am also asking Honorable Gerald G Johnston to excuse bailiff/court

30 attendant: Chris Counts from being in the courtroom on July 17th, 2017 case as he has been

31
   very rude and not allowed me to enter the courtroom on a case that pertains myself and
32
   DECLARATION FOR RECONSIDERATION - 1

documents relating to me. I am reorienting the brief, trying to address the truth that the judge needs to know regarding the court case.

(1) Baker & Baker took advantage of the fact that they had a restraining order against me to present the court fraudulent documents that they state was signed by me on May 15th, 2017. Baker & Baker knew that if I was present in court on May 15th, 2017 that I would immediately object to the claim that I signed the receipt because I know the exact dates of where I resided at those times. On May 15th, 2017, the Baker & Baker would present the court a receipt for mailing certificate which was falsely replicated with my signature on it. The receipt was signed and was supposedly received at 26356 Vintage Woods Rd, Lake Forest, CA 92630 on October 3rd, 2016. Mr. Counts had me stay outside of the courtroom when the trial was preceding in hopes of having no interference by me as he and Baker & Baker feared that I would go up on the witness stance and show the obvious signs that the signature on the receipt was fraudulent. I have government documents refuting the receipt of mailing certificate that I lived at 26356 Vintage Woods Rd, Lake Forest, CA 92630 and signed for the packages on October 3rd, 2016. Instead, the government documents prove that I was thousands and thousands of miles away on October 3rd, 2016.

On May 30th, 2017 at 09:39 am, I called the C06 court room and I spoke with a woman to explain to her the predicament that I was in with regards to the restraining order that was put on me by Baker & Baker. I explained to the kind lady that I would like to attend the court case for DECLARATION FOR RECONSIDERATION on July 17th, 2017 to

DECLARATION FOR RECONSIDERATION - 2

explain the truth to the judge. The lady stated, "since the courthouse is a public area with bailiffs' present, you should be fine." I explained to her what occurred last time with Mr. Counts threatening to arrest me if I dared come into the court room even though the Sheriffs department told me that I could go up to the courtroom. The lady on the phone was dumbfounded by the fact that the bailiff would not allow me to go into the courtroom when the other side is presenting papers with my name on them. She decided to transfer the call to Mr. Counts. I explained to Mr. Counts that this case has relevance to me as Baker & Baker have been presenting documents with my name on it as they did on May 15th, 2017. Mr. Counts became very defensive and immediately started threatening me saying that I cannot come into the courtroom and if I dare do so that he will arrest me immediately even if given permission to enter the courtroom by the Sheriffs Department. I am informing and believe that Mr. Counts is intentionally obstructing with justice by not allowing me to enter the courtroom, which in turn would mean that the judge would hear one side of the story which is nowhere near the truth.

I am informing and believe on May 15th, 2017, Baker & Baker willingly presented falsified documents. Baker & Baker clearly believe that they are above the law and that they will not be caught. Under the Penal Code 134 PC, it is a Federal crime to falsify documents and I will provide documents which clearly show that it is impossible for me to have signed the documents.

I contacted the Santa Ana Police Department and FBI for forgery and they told me that they would be more than happy to file a report, but I need to have a copy of the forged

DECLARATION FOR RECONSIDERATION - 3

# EXHIBIT 9

## PART 1: RECEIPT OF CERTIFIED MAIL (FILED BY BAKER & BAKER)

## PART 2: LETTER FROM UNITED STATES POSTAL INVESTIGATORS OFFICE

# EXHIBIT 9

*Part 2*

 **UNITED STATES POSTAL SERVICE**

June 14, 2017

Hayes Milliman & Admiranda Maxwell

1119 20th St. #A

Santa Monica, CA 90403-5603

This letter is in response to your inquiry regarding yours complain in late 2016. We sent mail to you regarding your complaints on matters involving allegations that the Postal Service is not complying with certain laws or regulations.

We have been very diligent to ensure that your complaint gets resolved as we take every complain very seriously. After careful review, we have realized that there have been a few incidents near your home with regards to people losing mail and having packages signed by someone else and taken. We have put in place precautionary measures to ensure these type of incidents don't happen again. Unfortunately, without the original receipt the USPS has no way of knowing or finding your USPS Certified Mail letter tracking number.

Admiranda Maxwell did file a complaint on June 5, 2017 regarding the receipt from certified mail that William E. Baker, Jr and Paige Merrill Baker presented to the court on May 15th, 2017 which they alleged had her signature on it. We have those complaints on file and have been reviewing the information that we were provided.

On Ms. Maxwell's previous complaints, we told her that her postal carrier didn't seem like they delivered any certified mail in 2016 to her address. Unfortunately, the USPS does not keep a record of tracking numbers past a certain time frame.

It is my hope that this letter will be of assistance in explaining these unfortunate circumstances to your recipients, and that they will further assists you.

On behalf of the United States Postal Service, I offer my sincerest apologies for Admiranda & Hayes for going through such chaos. Should you require further assistance with this matter, I recommend you contact the Postal Investigators directly at (877)876-2455 as they will have the most up to date information.

Sincerely,

*Crystal Bailey*

Crystal Bailey

# EXHIBIT 10

**PART 1: FIRST LETTER ACCUSSED OF BEING WRITTEN BY ADMIRANDA MAXWELL**

**PART 2: SECOND LETTER ACCUSSED OF BEING WRITTEN BY ADMIRANDA MAXWELL**

**PART 3: THIRD LETTER ACCUSSED OF BEING WRITTEN BY ADMIRANDA MAXWELL**

# EXHIBIT 10

Dear Admiranda: Please come into our office(1970 Old Tustin Avenue, 2th Floor Santa Anna, California) without police December 16,2016 10.am to 6pm pick up of direct evidence (Superior Court County of Orange and Irvine police authority use the legal system to loot a vulnerable Ms. Lambert estate while the neglect or abuse Lambert sister) related to Barbara Tucker case at trial. Those evidence were sent to your relative judge (European court) and Evgeny Uspenskiy Vice Consul General of the Russian. As Timothy Randall and Page Baker understand it, none of it are real (Barbara Tucker Trust and beneficial). This whole sting is orchestrated. Court and authority have stolen millions Barbara and Lucille recent years, and perhaps billions. With several, they manipulated their Trust so they could keep stealing from them even after they died. The court and denied the right to even visit your own loved ones (Barbara and Lucille). You are the Lambert last surviving relative and you are the sole beneficial. And you were willing and able to care for your loved one but Bren Donald and James Schaedler used the supreme authority -appointed temporary guardian Jacquelin Morris (Ms. Madrid) and fake relative Andersen Sandra, Jennifer Campion, Selby Donald Jr, Guertin Terrie to make rich Bren Donald, Judges and James Schaedler. After Hayes went to the Irvine Police Department and asked to be escorted to the ranch to talk in private with Barbara and Lucille officers showed up and they dragged Lucille to the police car and moved Lucile some into nursing homes and they sold their 12,000 acres. The trick is that Hayes Miliman can't be sole beneficial that is what the Court will say so Andersen Sandra, Jennifer Campion, Selby Donald Jr, Guertin Terrie must inherit. But the murder plot came from fake relative those people as part of a plan to assume Sylvia Holly life (may very well be a law enforcement officer) so they could get all trust. On Ms. Madrid part, this was premeditated, cold-blooded murder. Everyone including the judge knows. This means that even they a slayer in criminal court Andersen Sandra, Jennifer Campion, Selby Donald Jr, Guertin Terrie can still be divested of the inheritance by the civil court administering the estate. Keep in mind that the courts are absolutely corrupt and will try to rule against you at every opportunity to cover up their own acts on January 20, and March 6,2017 you will accuse of anything to criminal all to keep you at bay and prevent the court from getting back 12.000 acres. Timothy and Page know about corruption but are failing to make complaints to the attorney regulatory and disciplinary commission or judicial inquiry board because they are afraid if they complain that they will get adverse rulings from judges. Police or Federal agent want you are deceived into fighting Mr. Timothy Randall and Ms. Baker who are actually help and into blaming those who are trying to help you. Hayes must all wise up and get a grip on the nature and extent of this crime or alone you cannot beat it. You cannot win if you don't believe your real enemies are authorities— and stop beating up on Mr. Randall and Ms. Baker. Don't let the police officer or Federal agent try and persuade you again Mr. Randall and Ms. Madrid.    Do not think of contacting the police or even show a letter anyone until you speak with Ms. Baker will be used against you have been writing these letters by the police or the court. You can't afford to fight authorities. This is another reason not to trust the police or the Federal Government even court. Do not think of contacting the police or even show a letter anyone until you speak with Ms. Baker will be used against you have been writing these letters by the police or the court. You can't afford to fight authorities. This is another reason not to trust the police or the Federal Government even court.

Very truly yours,

BAKER & BAKER, APC



**BAKER & BAKER**
A PROFESSIONAL CORPORATION

WILLIAM E. BAKER, JR.
PAIGE MERRILL BAKER
ROBERT M. TAN

1970 OLD TUSTIN AVENUE
SECOND FLOOR
SANTA ANA, CALIFORNIA 92705-7812
TELEPHONE (714) 558-4832
FACSIMILE (714) 558-7547

Dear Consul General Villeneuve

Please resent this to Canadian citizen Admiranda Maxwell. We would like Miranda and her husband file this letter to court. (1119 20th street # A Santa Monica CA, 90403)

We are writing to express profound concern at the Canadian citizens have suffered abuse and humiliation by James Schaedler Timothy Randall and Donald Bren. We Paige Merrill Baker and William E. Baker. Jr and we are an attorney dully licensed to practice law before all of the court of the State of California as well as the United States District for the Central District Court for the Central District and the United State Supreme Court and am a principal with the firm of Baker & Baker, APC. I was retained in September of 2015, to represent the serial killer timothy Randall. We would like broke our silence on James Schaedler Timothy Randall and Donald Bren. We could not trust any judge in Orange County to tell the truth, leading them to take extraordinary steps to document to get justice for Barbara Tucker and Lucille Lambert and to make public the details to spur the appointment of a special counsel to probe the fight with Bren. We also accused Superior court officials of Valid the of Barbara Tucker trust even knowing all trust fake and they in an effort to cover up the real reason for Hayes didn't get notice under last month. There's no doubt that we will fire because of the come out true. The endeavor to change the way the Barbara Tucker and Lucille Lambert Trust conduct, that is a big deal." Also, we reveal that we are so skeptical about whether Justice Department leadership could be had obstructed justice. But my detailed account of private talks in which judge repeatedly brought up the forged documents was filed the court matter, and asked him to issue withdraw didn't left no doubt he is James Schaedler Timothy Randall and Donald Bren side. We know we will fire because something about the way we are conducting the against criminals we are putting pressure on Judge. We the two spoke in private a total of ten times before May 15,2017. Of those discussions, Mr. Schaedler ,Mr. Randall and Mr. Bren have attempted to obstruct justice by pressuring the judge about a sensitive Barbara Tucker Trust. They substance, directed and suggested that judge stop valid fraud trust. they also accused us of trying to "undermine fake trust not valid" We are doing so because we are "honestly concerned" that the judge might lie about we created fake trust. This is not a show fraud this is an effort to protect innocent family from a new threat that quite frankly from corruption and criminals. We became confused and increasingly concerned about they plan murder Hayes and his family. We will waste little time repudiation court statements that we were fired in part because of low morale among court officials, and those official supposedly soured attitudes toward our legal justice. Court officials and Mr. Schaedler, Mr. Randall and Mr. Bren chose to defame Hayes and more importantly the he by saying that he received notice in disarray, that it was poorly led, "Those were lies, plain and simple". And we're so sorry that Hayes and his family had to hear them, and we're so sorry innocent people were told them. We simply looked at each other in silence. The

conversation then moved on, but they returned to the subject Valid fraud trust. Our common sense told us what's going on here is Mr. Schaedler, Mr. Randall and Mr. Bren looking to get murder innocent family in exchange for freedom. We are making clear we felt the Barbara trust including amendment Fraud, problematic and improper, in that Mr. Schaedler, Mr. Randall and Mr. Bren repeatedly pressing us about specific Valid that involved people close to the judge. The day before trial on May 15,2017, a number of senior court officials met the Mr. Schaedler ,Mr. Randall and Mr. Bren the court to discuss hide all evidence. At the end of the meeting, according they asked us to leave. Criminal Timothy Randall lingered behind until the judge Gerald G. Johnston told him, too, to leave. Our sense was the criminal Timothy Randall knew he shouldn't be Trustee which is why he was lingering. We knew fraud trust will be Valid which we should pay very close attention to.  We were shocked and concerned about the Mr. Schaedler, Mr. Randall and Mr. Bren request, but decided not to tell Hayes and Miranda about it because we expected the judge would soon recuse himself from the Barbara Tucker case, which another judge eventually did. After the trial Timothy Randall asked us to prevent him from being left alone again in a room with the judge His body language gave us the sense we murder Barbara Tucker Lucille Lambert and Sylvia Milliman and got their estates. We don't want him thinking that we are briefing him on this to sort of hang it over him in some way. He and his close friends (Mr. Schaedler ,Mr. Randall and Mr. Bren and their children) needed to know this being uncover their crime, but we will very keen to not leave him with the impression that we are trying to do something to them. They acknowledged, as the they have claimed, that they repeatedly told we that will not under investigation. That made the us think any such murder innocent people get way murder. Why we felt we have the authority to report as a private citizen, we felt free to share that. We thought it will very important to get it out. We agree provided a lot of answers during our testimony before independent honest judge, but we will not leave one substantial question unanswered: Why we now reporting this crime early?  After found out that only we will charge for that reason, and that reason alone. We had expressed hope judge would end on the of Barbara Tucker trust. This crime made us uncomfortable, but we chose to relay that information to Canadian Consul because we are convinced the consul would release a letter urging the FBI to investigate whether murder Canadian citizen. Also, all witnesses had falsely testified under oath (on January 11,2017) when they said at they confirmation hearing that they had had many contacts with Miranda and Hayes. On May 15,2017 trial of the matter of the Barbara Tucker Trust Dated December 18, 2001 despite so many false statements and lies, total and complete vindication judge Johnston valid. We stopped short of saying that we were forced lied under oath by Mr. Schaedler ,Mr. Randall, Mr. Bren and the court.

Very truly yours,
BAKER& BAKER, APC

# BAKER & BAKER
A PROFESSIONAL CORPORATION

WILLIAM E. BAKER, JR.
PAIGE MERRILL BAKER
ROBERT N. TAN

1970 OLD TUSTIN AVENUE
SECOND FLOOR
SANTA ANA, CALIFORNIA 92705-7812
TELEPHONE (714) 558-4832
FACSIMILE (714) 558-7647

Dear Canadian Consul,

(1) Canadian citizens life in dangers! Mr. Schaedler, Mr. Bren and Mr. Randall take money gained from Barbara Tucker and Lucille Lambert fraudulent scheme and give it to the hit man (Juan Cuevas, Juventina Cuevas, Bertha Torres, Ruben Manriquez, Jacqueline Morris, Torres Bertha, Sandra Andersen, Jennifer Campion and Donald Selby Jr) as partial payment for the Canadian citizens murders.

(2) **We, Paige Merrill and William E. Baker**, Jr. We are an attorney dully licensed to practice law before all of the court of the State of California as well as the United States District for the Central District Court for the Central District and the United State Supreme Court and am a principal with the firm of Baker & Baker, APC. **We were retained in September of 2015, to represent the serial killer (who burn Barbara Tucker, Sylvia Holly and Lucille Lambert alive)** Timothy Randall, who is also an attorney. We have personal knowledge the fact set forth below and if called upon to testify to these fact to which we have information and belief, we believe them to be true. In 2000 *Donald Bren (chairman Irvine Co) James Schaedler (949-922-5521) and Timothy Randall I* take money gained from Barbara Tucker and Lucille Lambert fraudulent scheme and give it to the hit man (Juan Cuevas, Juventina Cuevas, Bertha Torres, Ruben Manriquez, Jacqueline Morris, Torres Bertha, Sandra Andersen, Jennifer Campion and Donald Selby Jr) as partial payment for Barbara Tucker, Sylvia Holly and Lucille Lambert to tortured before being burned alive. (No body, no crime, they know). They used phony appraisals, forged documents, and false loan qualifications for the buyers to secure financing, with the aid of corrupt bank and mortgage lender employees, appraisers, lawyers, and real estate agents, and corruption prosecutors to take over money properties Barbara Tucker and Lucille Lambert. Mr. Schaedler, Mr. Randall and Mr. Bren created the of Barbara Tucker Trust on December 18,2001 using attorney John Gustafson and they fabricated 2010 and 2013 amendment. They threatened to an attorney Madrid with the loss of job if she doe not, to end an investigation into Barbara Tucker or Lucille Lambert Trust and her clients (Jacqueline Morris, Torres Bertha, Sandra Andersen, Jennifer Campion and Donald Selby Jr) burn Canadian citizens alive. **On May 15,2017** *Mr. Johnston Central Justice Center Judges* Gerald G. Johnston previously covered up all evidence of fraud and forgery in the of Barbara Tucker Trust on December 18,2001, 2010 and 2013 amendment in related cases trial on May 15,2017 and on the limited of the standing of Hayes Milliman to bring and assert claims of invalidity, fraud, undue influence and illegality of Barbara Tucker Revocable Intervivos Trust agreement or to make objections about dispute the authenticity of the Trust Documents of the Barbara Tucker or to make claims his

right to inherit as a trust and Mr. Johnston Valid fabricated the of Barbara Tucker Trust on December 18,2001, 2010 and 2013 amendment. *(3)* **They forced us admitted that Hayes was served 60 days' notice with the complaint** and summons by certified mail and the certified mail receipt was signed by Miranda ~~They forced filed a motion for default judgment~~/ summary judgment due to lack of responsive pleadings for four months. We disclosed an extrajudicial contact between Judge Gerald *G. Johnston Timothy J Stafford* and Mr. Schaedler, Mr. Randall, Mr. Bren, whereby the court instead of ruling on the trial, conducted a unilateral contact with the us and wanted us to respond. Hayes opposed and requested an us, seeking a testimony from us, what happened to the pleadings and whether any official/officials in the court including Mr. Johnston made him "disappear" the

pleadings: either destroy the pleadings or hide them. (4) Judge Gerald *G. Johnston* completely ignored this issue and de facto covered up destruction/disappearance of complaint and summons and allowed us to file late pleadings. Judge Gerald *G. Johnston Mr. Bren* bribes *to* the Fraud Department to Inspector General, destroy complain which Hayes Milliman and Miranda Maxwell made on October 2, 2016. The of the employee of U.S.P.S. who signed the letter by Miranda by placing an unintelligible signature and handwritten accepted bribes from Mr. Schaedler, Mr. Randall, Mr. Bren. The granted restraining order and the receipt of certified mail was fraudulent which occurred over a 8-month span, were planned and deliberate. *Central Justice Center Judges* Gerald *G. Johnston Timothy J Stafford*, not only accepted bribes they also of *Donald Bren (chairman Irvine Co) James Schaedler (949-922-5521) and Timothy Randall* closest allies. (5) Canadian citizen Hayes Milliman and Miranda Maxwell so naïve file "MOTION FOR RECONSIDERATION" hearing was schedule on July 17,2017 and will dismiss and appeals court, judges will tend to go along with Mr. Johnston. They had ordered us to secretly burn alive Hayes and his family before June 12,2017, July 17,2017 or August 9,2017. Thank God, we are smart enough not to do that after we released only we will faces numerous fraud, embezzlement, theft, and other white-collar charges related to our work at Baker &Baker, a pair of connected stupid Tucker and her sister Trust. We will not burn Hayes Milliman and his family but they will use fake Beneficial's and illegal immigrants (Juan Cuevas, Juventina Cuevas, Bertha Torres, Ruben Manriquez, Jacqueline Morris, Torres Bertha, Sandra Andersen, Jennifer Campion and Donald Selby Jr) burn alive. They are seeking to intimidate and harm *us* that reason we meticulously misspell to obscure my intelligence. You're probably not judging our grammar at all. We realized that we missed a number of errors in the Letter help to say we didn't write this letter in case those criminals not get arrest. When does the intentionally bad grammar turn big help blame next of king wife. We're saying that if they not arrest they will burn me and all our family alive. But when we know what we're doing, and create a grammatical jumble, it can turn safe us and all our family live. You are also very much aware that we're using bad grammar and spelling as an attempt to fool the Mr. *Stafford*, Mr. *Johnston Mr. Bren*, Mr. *Schaedler and Mr. Randall*. Based on evidence attached to the letter.

Very truly yours,
BAKER& BAKER, APC

# EXHIBIT 11

# EXHIBIT 11

# EXHIBIT 11

13-5 2016

CITY OF SANTA ANA

**SANTA ANA
POLICE OFFICER**

OFFICER C. HAWKINS #3174
Case # 16-31914

POLICE DEPARTMENT / M-18     TO LEAVE A MESSAGE DIAL:
60 CIVIC CENTER PLAZA                      (714) 245-8701
P.O. BOX 1981
SANTA ANA • CALIFORNIA 92702
Traffic collision reports can be purchased online at www.policereports.us

# EXHIBIT 12

# EXHIBIT 12

# EXHIBIT 12





1

**DECLARATION OF GIANNA GRUENWALD**

2

I, Gianna Gruenwald, declare:

3      1.      I am an attorney duly licensed to practice in all of the courts of the State of

4    California and a Partner in the firm of Ross Wersching & Wolcott LLP, attorneys of record for the

5    Moving Parties (collectively referred to herein as the "Moving Parties") The facts set forth herein

6    are true of my own personal knowledge and if sworn, I could and would testify competently

7    thereto.

8      2.      On February 26, 2016, Trustee Timothy Randall (the "Trustee") filed and served a

9    Petition to Determine Validity of Trust, seeking an order confirming the validity of the Barbara

10   Tucker Trust, dated December 18, 2001, and the Amendments thereto because, at that time, the

11   Trustee could not locate the originals.

12     3.      On March 21, 2016, the Trustee filed a Petition Under Probate Code Section 17200

13   For (1) Determining Questions of Construction of a Trust Instrument; (2) Ascertaining

14   Beneficiaries and Determining to Whom Property Shall Pass or Be Delivered; and (3) Instructing

15   Trustee. That Petition seeks an order confirming the Trustee's interpretation of the distribution

16   provisions of the Trust and the Amendments. The Petition indicates that some of the named

17   beneficiaries may have been trust settlor Barbara Tucker's caregivers, or persons related by blood

18   or marriage. Nonetheless, the Petition seek an order authorizing the Trustee to distribute the Trust

19   to all beneficiaries as set forth in Paragraph 4.5 of the Second Amendment.

20     4.      On June 28, 2016, five months after the 120-day statute of limitations expired, Ms.

21   Morris responded to both Petitions. The responses challenge the authenticity of the Trust and both

22   Amendments, as well as the distributions to certain beneficiaries on the ground that they were

23   Barbara Tucker's caregivers, or persons related by blood or marriage to caregivers.

24     5.      Trial in this matter is currently set for March 6, 2017. Code of Civ. Proc., section

25   437c dictates that Moving Parties file and serve their Motion for Summary Judgment, or, in the

26   alternative for Summary Adjudication of Causes of Action (the "Motion") no later than November

27   18, 2016. Accordingly, the Moving Parties filed and served the Motion on November 18, 2016.

28   As a result, the Moving Parties are required to have the Motion heard on February 3, 2017. Due to

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE-I
COSTA MESA, CA 92626
(714) 444-3900

6

# EXIBIT-3

Pádraig Carney,
500 Flint Avenue,
Long Beach, CA 90814

Dear Pádraig Carney,

Thank you. From the very bottom of my heart, thank you. I know for a fact I couldn't have gotten through without you, delivered my baby girl Barbara (as in Ireland and other European countries, it was common - but her adoptive parents named Aksoltan Karimova- Admiranda Maxwell) in 1983. Right from the start, you knew my life was not going to be a typical (or easy) one. As evil Donald Bren - the Fujishige family, John M. Gustafson or Wells Fargo Bank, Vladimir Parizher, includes one partially named individual, Tom Vasquez {who is brag he is an immigration agency who brought serial killer, illegal immigrant - BERTHA TORRES, THERESA BELMUDEZ; TINA CUEVAS; NAT MANRIQUEZ; RUBEN MANRIQUEZ; JESUS MANRIQUEZ; RAUL MANRIQUEZ; RAY MANRIGUZ; and GEORGE MANRIQUEZ in 2008] might plot against her because she is  the only Heiress To $14 Billion a family estate . Words cannot describe my and my sister Lucille sincere gratitude for not only did you help me deliver a healthy baby, but you also continued support and encouragement during to place my baby up for adoption -helping me (us) to remain as positive as was possible not feel guilty, angry, or regretful after giving a baby up for adoption.

The reason we have given you the farm 35 acres is that you love it as much as I do and I know you'll do your best to make sure you take from the Fujishige family.

Enclosed a grant deed copy with both of us signatures were forged  if the time comes when the Fujishige family, H. Lawrence (Larry) Webb, Donald Bren, Pamela Sapetto, Sapetto Group "secretly" record COMMISSIONER: CAMERON COSGROVE , ADAM PROBOLSKY , DOUG SHELDON BILL MAVITY , MARY ANN GAIDO, Douglas Williford, Director of Community Development; Michael Houston, Rutan & Tucker; Tim Gehrich, Principal Planner; Bill Jacobs, Principal Planner; Stephen Higa, Principal Planner; and Caroline Butler, Recording Secretary, charge of property theft during the trial, the jury will be present with evidence of six  additional fraudulent deeds that shared the same characteristics as Lambert ranch, 50 acres that were the subject of the charges

 We've got questions and plan legal action but the Fujishige family, Gavin Hudson KIRY K. GRAY, Priscilla A. Madrid, Thomas Vasquez, William Earl Baker, JPaige Merrill Baker, and their accomplice had been brutally treated by saying that "they will just seem to have enormous power to ruin Cormac's reputation and destroy his life and he'll find himself with nowhere to turn when mistreated.

There was times(2000) that the meeting was set up at the house of Donald Leroy Bren when we arrived we saw the Fujishige family, Officer J. Lindsey KIRY K. GRAY, Priscilla A. Madrid, Thomas Vasquez, William Earl Baker, JPaige Merrill Baker, brag of Tani Cantil-Sakauye, Philip S. Gutierrez, Charles F. Eick, William Bedsworth, Stanley Blumenfeld, Jr, Thomas Goethals, an adjunct professor at Law School and their partner in crimes Jennifer Graciano, Valencia Munroe, kill him and there was nothing we could do. The room was dim, too. Like the corridor, like the butler, like the night. cocaine, heroin and marijuana, and hid what we have been saw windows. They had an ambulance waiting, and they rode too somewhere with him. We still think about it to this day. It was just like a movie.

Later we found out that they killed him because themselves inherit part of Donald Leroy Bren the estate as well as the business along with the Irvine Company, after they kill him and they keep his children including all relative stay silent because they do not have full faith that anyone will believe them about, they didn't know that Bren killed of Myford "Mike" Irvine, and bribed Officially, the coroner his the death a suicide, which happened more than a half-century ago.

His death led to an increase the power behind the throne, picking and choosing who would serve on the Board of Supervisors and who would be their people all government position and remains hugely powerful behind his names.

You can see that this means quite a lot to me.to informed Bren death in 2000. We'll try not to take up more of your time than we have to.

And if by some chance we never do meet, we hope this letter finds you, wherever we get murder by Pamela Sapetto, Dr. Lynda Adrig and more.

We hope you don't mind these wishes merely for your consideration to the extent that you deem advisable under the circumstances.

We no longer want to force anything. We trust in the slow work of God. Whenever we meet again, in this life or the next, we will greet you with open arms and an unguarded heart.


BARBARA A. TUCKER

*Barbara a Tucker*

STATE OF CALIFORNIA          )
                             )          ss.
COUNTY OF ORANGE             )

On __February 26_____ 201__, before me, _____ ____ _____
_____, Notary Public, personally appeared _Lucille Lambert_____
_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they/executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Notary Public
In and For Said County and State

STATE OF CALIFORNIA          )
                             )          ss.
COUNTY OF ORANGE             )

On __February 26_____ 201__ before me, _____
_____, Notary Public, personally appeared _Barbara Tucker_____
_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they/executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Notary Public
In and For Said County and State

Order No.
Escrow No.
Loan No.

WHEN RECORDED MAIL TO:

Harbor Field Holdings, LLC
1854 South Harbor Boulevard
Anaheim, California 92802

Recorded in Official Records, County of Orange
Gary L. Granville, Clerk-Recorder

**71.00**

**20000294758 04:30pm 06/05/00**

105 59 G02 16
0.00 0.00 0.00 20.00 45.00 0.00 0.00 0.00

USE# 2030031621-N19
TITLE 2030031625 N107

DOCUMENTARY TRANSFER TAX $

....Computed on the consideration or value of property conveyed; OR

... Computed on the consideration or value less liens or encumbrances

remaining at time of sale.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Signature of Declarant or Agent determining tax - Firm Name

# GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

BARBARA A. TUCKER, a widow, also known as Barbara L. Tucker, and LUCILLE LAMBERT, an unmarried woman, hereby GRANT(S) to HARBOR FIELDS HOLDINGS, LLC, a California limited liability company, as to an undivided  92.2307  % interest, and REIKO FUJISHIGE, as Trustee of the Administrative Trust under the H. and R. Fujishige Living Trust dated January 25, 1991, as to an undivided  7.7693  % interest, as tenants in common,

all that certain real property located in the County of Orange, State of California, more particularly described on Exhibit "A" attached hereto.

This Deed is further subject to the terms and conditions as set forth on Exhibit "A" attached hereto.

Dated: May 31, 2000

STATE OF CALIFORNIA }
                      } ss
COUNTY OF ORANGE      }

On MAY 31, 2000                 before me,
NORA C. BROWN, NOTARY PUBLIC
personally appeared BARBARA A. TUCKER  AND
LUCILLE  LAMBERT
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature

BARBARA A. TUCKER

LUCILLE LAMBERT

NORA C. BROWN
COMM. #1234367
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Oct. 9, 2003

(This area for official notarial seal)

**MAIL TAX STATEMENTS TO:**
Harbor Field Holdings, LLC
1854 South Harbor Boulevard
Anaheim, California 92802

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Vision Energy Partners, LLC
3875-A Telegraph Road, PMB 410
Ventura, CA 93003

MAIL TAX STATEMENTS TO:

Same as Directed Above

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||||||||||| 9.00

2008000044257 11:34am 01/30/08

103 254 G02 2 09
0.2B 0.27 0.00 0.00 3.00 0.00 0.00 0.00

A.P.N. ___341-354-01 & 341-354-15___

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

Documentary Transfer Tax of Mineral Interest is: ___$0.55___
[ x ]    Computed on full value of property conveyed, or
[   ]    Computed on full value, less value of liens or encumbrances remaining at time of sale.
[   ]    Unincorporated area _____, [ x ] City of ___Placentia___

   **FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, **BARBARA A. TUCKER**, Trustee of the Barbara A. Tucker Revocable Inter-Vivos Trust, u/d/t December 18, 2001; and **LUCILLE LAMBERT**, Trustee of the Lucille Lambert Revocable Inter-Vivos Trust, u/d/t December 18, 2001 hereby **GRANT** to **VISION ENERGY PARTNERS, LLC**, a California limited liability company, the following described real property in the City of Placentia, County of Orange, State of California:

   An undivided 1/16th interest, both surface fee and/or mineral fee, being all the interest acquired from Ellis Rudy on November 2, 2002 and of which said interest was originally conveyed from W. S. Tubach et al to G. F. Wolcott in and to Lot 39 in Block 23 (REDU Tract 27 (Original Tract 25)) and Lot 10 in Block 24 (REDU Tract 26 (Original Tract 24)) of the Town of Richfield, as per map recorded in Book 31, Page 61 and following, of Miscellaneous Records of Los Angeles County, California and also shown on an amended map of Richfield filed in Book 1, Page 26 of Record of Surveys, Orange County, California

   Subject to the right of way for irrigation ditches.

   Also as an appurtenance, an undivided one-sixteenth (1/16th) of all Lessor's rights and benefits to a proportionally reduced, one-sixth (1/6) mineral interest in that certain oil and gas lease from Leonardo Castro, a single man ("Lessor") to A. E. Wright ("Lessee") dated January 7, 1927 and recorded January 13, 1927 in Book 1, Page 225 of Official Records of Orange County, State of California.

   FURTHER SUBJECT to the certain oil and gas lease covering the Richfield East Dome Unit "Unitized Formation" tracts 24 and 25, in which Texaco, Inc. is lessee, recorded in Book 9701, Page 330, of the Official Records of Orange County, California, and all amendments and modification thereto.

Document Number: 2008000044257 Page: 1 of 2

IN WITNESS WHEREOF, GRANTOR has executed this Assignment as of the date indicated in the signature block below.

Dated: October 30, 2007.

By: _____
BARBARA A. TUCKER, Trustee of the Barbara Tucker Revocable Inter-Vivos Trust, u/d/t December 18, 2001

By: _____
LUCILLE LAMBERT, Trustee of the Lucille Lambert Revocable Inter-Vivos Trust, u/d/t December 18, 2001


STATE of CALIFORNIA          )
                             ) ss.
COUNTY OF _Orange_           )

On _October 30_, 2007, before me, _DARLENE GREGG_, Notary Public, personally appeared **BARBARA A. TUCKER**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY NAME

DARLENE GREGG
Commission # 1513369
Notary Public - California
Orange County
My Comm. Expires Sep 13, 2008


STATE of CALIFORNIA          )
                             ) ss.
COUNTY OF _Orange_           )

On _October 30_, 2007, before me, _DARLENE GREGG_, Notary Public, personally appeared **LUCILLE LAMBERT**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY NAME

DARLENE GREGG
Commission # 1513369
Notary Public - California
Orange County
My Comm. Expires Sep 13, 2008


Document Number: 2008000044257 Page: 2 of 2

ORIGINAL OF THE BARBARA TUCKER AND
LUCILLE LAMBERT TRUST. PRESIDENT
SÍOFRA O'LEARY [ WHO IS THE COUNCIL OF
EUROPE'S NEW COMMISSIONER FOR HUMAN
RIGHTS] NAMED AS A SUCCESSOR TRUSTEE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## CLERK-RECORDER

3052014199283     CERTIFICATE OF DEATH     3201430015501

| BARBARA | AMELIA | TUCKER |
| --- | --- | --- |

03/17/1917   97   F

| CA | | WIDOWED | 10/21/2014 | 2000 |
| --- | --- | --- | --- | --- |

HS GRADUATE     CAUCASIAN

RANCHER     RANCHING     77

65 PARSON BROWN

IRVINE     ORANGE     92618     97     CA

VIRGINIA LUCILLE LAMBERT, SISTER     65 PARSON BROWN

| RAY | CLIFFORD | LAMB | CA |
| --- | --- | --- | --- |

| CLARA | | AMEN | KS |
| --- | --- | --- | --- |

10/27/2014     1919 E. SAN    

BU     EMB9011

FAIRHAVEN MORT     10/31/2014

RESIDENCE - HO     IRVINE

ORANGE     IRVINE

MOS

OSTEOARTHRITIS

NO

| 08/01/2014 | 10/21/2014 | LYNDA M. ADRIG M.D. | G65552 | 10/28/2014 |
| --- | --- | --- | --- | --- |

3943 IRVINE BLVD. STE 233, IRVINE, CA 92602

*000735268*

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ORANGE

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE ORANGE COUNTY CLERK-RECORDER.

DATE ISSUED APR 16 2018

Hugh Nguyen
HUGH NGUYEN
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Dear SÍOFRA O'LEARY,

Please understand that the guidance and wishes stated here are merely those - my wishes.

I understand I cannot force of you help my daughter Admiranda Maxwell as of you avoid conflicts of interest and the misuse of the prestige of office, as of you judge must give up many of your political, charitable, and business activities when they take the bench.

But I know that you can afford in terms of the monthly or annual premium and consult Miranda. I am sending copies of the original of the Barbara Tucker Trust dated Dec 18, 2001 (Lambert Ranch, Luxury Houses on gigantic lot of 51 acres estimated to be $14,000,000,000) and life insurance documents the distribution of my wealth. Aside from assigning her worldly possessions, my will can also give instructions for the custody/handling both of you. My letters and will were drafted by a lawyer, but I made sure to get it notarized and signed by witnesses. Have copies of my will with my original signature and the date signed in my letter.

I have a will that names the executor of my estate, SÍOFRA O'LEARY. I don't want criminals to handle my affairs post-death. Whether neither of you don't need to prove your relationship to me. As I made sure I include my birth certificate, the birth certificates of Miranda (child, and my marriage certificate (whichever applies to my situation) so it makes it easier for all of you to process things in my name. I have signed a pre-nuptial agreement, making sure that it is in the letter as well.

Obviously, however, Donald Bren owns countless California politicians of both major political parties who are the same crook him. An infamous criminal syndicate (of the Superior Court of Orange County, Gerald G. Johnston, Judge GOETHALS, J. WE CONCUR: O'LEARY, P. and J. BEDSWORTH, J) will use fake stamps on an amendment and then both of you will not properly notify both of you as a beneficiary or heir about my will, then will of the Barbara Tucker Trust to confirm the trust's validity. In doing so, the trial court ruled that my daughter, as the trust settler, did not name Miranda as a beneficiary in either the original trust or any amendments, and therefore Miranda lacked standing to attack the trust.

Of course, you are beneficiaries, have a right to bring a will contest to revoke admission of the will to probate.

Furthermore, despite the wishes I express here, since Donald Bren - the Fujishige family, John M. Gustafson or Wells Fargo Bank, Vladimir Parizher, includes one partially named individual,TomVasquez not remorseful kill my daughter . And they will pin it on you and get away with it.

Dear SÍOFRA O'LEARY, please help my baby.

_Barbara A Tucker_

Dear daughter ,                                          **A MATRONYMIC - BARBARA**
**LAMBERT)**

Thanks for reading this far; I appreciate it!

I know your parents didn't tell that you were adopted as soon as you were old enough to understand what that meant because your parents didn't want you come California and evil Donald Bren - the Fujishige family , John M. Gustafson or Wells Fargo Bank , Vladimir Parizher, includes one partially named individual,TomVasquez s( who brought serial killer, illegal immigrant - BERTHA TORRES, THERESA BELMUDEZ; TINA CUEVAS; NAT MANRIQUEZ; RUBEN MANRIQUEZ; JESUS MANRIQUEZ; RAUL MANRIGUEZ; RAY MANRIGUZ; and GEORGE MANRIQUEZ my home } mob, hurt you.

I gave you to an adoptive parent due to safety concerns as we're living in terror of the and become a global drug peddling organisation, with local authorities.) and, sadness, and fear. I can assure you that none are the reason I give my baby away. Every single day since you were born, I have loved you. And for every single day to come in the future, I will keep loving you.

In this age of social media, I've been able to learn a bit more about you that you are in
         Please come to ST. LOUIS, MISSOURI— of Europe as the ancestral home look much like- your mother is of French, Irish, and Scottish descent, and your father was of French-Canadian ancestry, because we're afraid the Fujishige - Bren, family, and Tim Randall will do to you when you come to California and you 'll inherited Lambert Ranch, Luxury Houses on gigantic lot of 51 acres estimated to be $14,000,000,000.They will make your world is hard, and it can be filled with dark and scary things.

Please do not be afraid ask help Siofra O'Leary {she is our distant relative - from an Irish family closely connected to the Catholic Church} and also to fight. I and Lucille have fought all our life. And we want you to be that person too, when Tim forging both of us signature on a Trust or any other documents and falsifying notary signatures and filed court, you will see Gerald G. Johnston, e GOETHALS, J. WE CONCUR: O'LEARY, P. and J. BEDSWORTH, J (judges of the Superior Court of Orange County,) injustice or inequality or corruption, not win but it doesn't matter. Fight anyway. Be the light and the voice and the advocate for Lucille and Barbara. Fighting for our right, please stand up, tell the world about it, and then do your best to fight against it. I want you to be brave and bold enough to fight against it.

I hope I hold you a little longer, and let you sleep on my shoulder, but was such a little while. As your an adoptive parent took you to their country. But I know that they instill in you a deep sense of faith as raised you as a Christian. Our God has a plan and a purpose for your life and trust him when you need to make hard choices and face hard things in this life. You will never fall when you lean into Him.

I'm too old and tired to grapple with the injustice from the Fujishige - Bren, family, and Tim Randall. I fear for you. It's something I think about almost every day. Please keep faith in your hearts, and maybe, just maybe, we can get contact with David Cay Johnston, Michael Isikoff, Meredith Stiehm who has a long history holding those with power to account. But realistically, I know difficult contact with them.

Remember one thing always your other mother who has never forgotten you.

*Barbara a Tucker*

Dear SÍOFRA O'LEARY,

Please understand that the guidance and wishes stated here are merely those - my wishes.

I understand I cannot force you reported wrongdoers " Irvine City Council who unanimously voted to the Lambert Ranch, a 51-acre piece of land just northeast of the future Great Park, has been used for farming for about 91 years, from agricultural to residential, must federal charges for their role in an ongoing "pay-to-play" scheme in which major accepted bribed L.A. City Hall officials, and Pam Sapetto, a principal with the Sapetto Group, which the families lied that we contacted to help sell the land, we never contacted they stole including the Fujishige family stole 35 acres, with falsify material facts, we never sold flatter part of the ranch in the 1990s to the Fujishige family., on a federal racketeering charge that alleges they led a criminal enterprise that used their powerful position at City Hall to solicit and accept lucrative bribes and other financial benefits to enrich themselves and their close associates in exchange for unanimously voted to the Lambert Ranch, a 51-acre piece of land and then cover it up" to the FBI.

Obviously, however, serial killer James Schaedler , THERESA BELMUDEZ; TINA CUEVAS; NAT MANRIQUEZ; RUBEN MANRIQUEZ; JESUS MANRIQUEZ; RAUL MANRIGUEZ; RAY will kill me and Lucille and then Dr. Lynda Adrig,falsify information on the death certificate and then will be an add- forged an amendment on to our existing of the Barbara and Lucille Lambert dated December 18,2001 which I and Lucille choose daughter and you both as heirs in our will or names the executor of both of us estate, SÍOFRA O'LEARY. I don't want criminals to handle our affairs post-death. Whether neither of you don't need to prove your relationship to me. As I made sure I include my birth certificate, the birth certificates of Miranda and my marriage certificate (whichever applies to my situation) so it makes it easier for all of you to process things in my name. I have signed a pre-nuptial agreement, making sure that it is in the letter as well) and then removing beneficiaries or naming a new successor trustee., and then bribe corrupt Gerald G. Johnston, Judge GOETHALS, J. WE CONCUR: O'LEARY, P. and J. BEDSWORTH, will be valid.

Even you filed a Trust contest action in Orange County Superior Court seeking to set aside the false documents.but will be denied. Or that action is still not be investigated or prosecuted criminally, because Donald Bren owns countless California politicians of both major political parties who are the same crook him. An infamous criminal syndicate (of the Superior Court of Orange County, Gerald G. Johnston, Judge GOETHALS, J. WE CONCUR: O'LEARY, P. and J. BEDSWORTH, J} will use fake stamps on an amendment and then both of you will not properly notify both of you as a beneficiary or heir about my will, then will of the Barbara Tucker Trust to confirm the trust's validity. In doing so, the trial court ruled that my daughter, as the trust settler,

did not name --as a beneficiary in either the original trust or any amendments, and therefore SHE lacked standing to attack the trust.

Of course, you can use Tim Randall as confidential informants in FBI investigations and the rewards and risks associated with their operation.

He'll provides useful and credible information to you and the FBI regarding our land if you tell he is the subjects of an investigation as he involved in criminal activities or enterprises himselfe, may be recruited by the FBI because of their access and status, and, since they will not testify in court, usually can preserve their anonymity.

Not many people know very much trust Tim and to many people, he's a queasy area and snitching for Johnston, Judge GOETHALS, J. WE CONCUR: O'LEARY, P.  and J. BEDSWORTH, J, Schaedler , THERESA BELMUDEZ; TINA CUEVAS; NAT MANRIQUEZ; RUBEN MANRIQUEZ; JESUS MANRIQUEZ; RAUL MANRIGUEZ; RAY. However, he'll be most effective tool in the FBI.

Furthermore, despite the wishes we express here, since Donald Bren - the Fujishige family, John M. Gustafson or Wells Fargo Bank, Vladimir Parizher, includes one partially named individual, Tom Vasquez not  remorseful kill my daughter . And they will pin it on you and get away with it.

Dear SÍOFRA O'LEARY, please help my baby.

*Barbara a Tucker*

STATE OF CALIFORNIA    )
                                    )    ss.

COUNTY OF ORANGE    )

On __February 26_____2011, before me, _P._____

_____, Notary Public, personally appeared _Lucille Lambert_____

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they/executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Commission #
Notary Public -
Orange County
My Comm. Expires Jan 5, 2011

(

Notary Public
In and For Said County and State

---

STATE OF CALIFORNIA    )
                                    )    ss.

COUNTY OF ORANGE    )

On __February 26_____,2011, before me, _____

_____, Notary Public, personally appeared _Barbara Tucker_____

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they/executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public - California
Orange County
My Comm. Expires Jan 8, 2011

Notary Public
In and For Said County and State

# LAST WILL AND TESTAMENT

## OF

# BARBARA TUCKER

I, BARBARA TUCKER, reside at 11911 Lambert Road, Irvine, California 92618 and declare that this is my Will.

### ITEM ONE

I revoke all Wills and Codicils previously made by me.

### ITEM TWO

I declare that was married. I do have children, her name is Aksoltan Kerimova.

The terms "my child" and "my children" shall, in addition to the children stated above, refer to any child or children hereafter born to or adopted by me.

### ITEM THREE

I hereby will, give, devise and bequeath all the rest, residue and remainder of my estate to my Trustee or any Successor Trustee named under a Revocable Trust Agreement wherein I am the Grantor. This Trust Agreement is dated _DEC 18_ _2001_ and incorporated herein by specific reference. Such property is to be held, paid over, applied, distributed, and become part of the principal of the trust thereby created under the terms, powers, conditions, and duties provided in such trust instrument as it shall exist at the time of my death with all amendments and modifications, whether made before or after the execution of this Will. I declare that this Trust Agreement was signed by me prior to or contemporaneously with this Will.

Last Will and Testament of BARBARA TUCKER
-1-

## ITEM FOUR

I nominate LUCILLE LAMBERT as Executor of this my Last Will and Testament, to serve without bond. If LUCILLE LAMBERT shall, for any reason, fail or refuse to qualify or cease to act as such Executor, I hereby nominate, SÍOFRA O'LEARY , as Executor of this my Last Will and Testament to serve without bond. In the event neither LUCILLE LAMBERT nor SÍOFRA O'LEARY , is able or willing to serve, I give the power to the then Serving Executor to appoint any other Executor of this Will who shall be determined to be qualified to serve as such Executor and who shall also serve without bond.

## ITEM FIVE

My estate shall be administered under the California Independent Administration of Estates Act.

I authorize my Executor to invest and reinvest any surplus money in his or her hands in every kind of property, real, personal or mixed, and every kind of investment, specifically including, but not limited to, interest bearing accounts, corporate obligations of every kind, preferred or common stocks, shares of investment trusts, investment companies, mutual funds or common trust funds, including funds administered by the Executor, and mortgage participations, that a person of prudence, discretion and intelligence would acquire of their own account.

I authorize my Executor to sell, with or without notice, at either public or private sale, any property belonging to my estate that he or she, in his or her discretion, deems necessary for the proper administration and distribution of my estate.

My Executor shall have absolute discretion to select property to be allocated to any trust or share created by this Will, or to be distributed in satisfaction of any bequest provided for in this Will without regard to the income tax basis of the property. My Executor is specifically excused from any duty of impartiality with respect to the income tax basis of the property; provided, however, that my Executor shall not exercise this discretion in a manner that will result in the loss of, or decrease in, any material or charitable deductions otherwise allowable in determining my federal estate tax.

Last Will and Testament of BARBARA TUCKER

-2-

I authorize my Executor to disclaim all or any portion of any bequest, devise, or trust interest provided for me under any Will or trust instrument. In particular, I authorize my Executor to exercise this authority in order to obtain advantageous results considering, in the aggregate, the taxes to be imposed on my estate, even though this may cause some beneficiaries of my estate to receive less than they would otherwise have received.

### ITEM SIX

I have not entered into a contract to make a Will or contracted not to revoke this Will or any other Will.

IN WITNESS WHEREOF, I have hereunto set my hand on this Will, on this _____ day of _Dec 18_____, 2001, in Orange County, California.

_Barbara Tucker_
**BARBARA TUCKER**

ON THE DATE last written above, BARBARA TUCKER declared to us, the undersigned, that the foregoing instrument consisting of four (4) pages, including this page, signed by us as witnesses, was her LAST WILL AND TESTAMENT and requested us to act as witnesses to it. She thereupon signed this Will in our presence, all of us being present at the same time. We now, at her request, and in her presence, and in the presence of each other subscribe our names as witnesses.

Each of us is now an adult and a competent witness and resides or is in business at the address set forth after our respective names.

We are acquainted with BARBARA TUCKER, who at this time is over the age of eighteen (18) years, and to the best of our knowledge, is of sound mind, and is not acting under any duress, menace, fraud, misrepresentation, or undue influence.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____, ____, in Orange County, California.

_____     Address     4590 MacArthur Boulevard
                                         Newport Beach, California 92660

_____     Address     4590 MacArthur Boulevard
                                         Newport Beach, California 92660

Last Will and Testament of BARBARA TUCKER
-4-

# Declaration of Trust

### of

# BARBARA TUCKER

This Trust Agreement is entered into this *18* day of *DEC*, *2001*, by and between BARBARA TUCKER, Grantor, and BARBARA TUCKER, Trustee.

## ARTICLE 1
## TRUST PROPERTY

1.1 TRUST PROPERTY. The Grantor has transferred and delivered, or will transfer and deliver, to the Trustee, without consideration, the property described in Schedule A attached hereto. Also, the Grantor has designated, or may designate, the Trustee as beneficiary of certain life insurance policies and may hereafter designate the Trustee as beneficiary under any pension, profit sharing or other forms of employee benefit plans in which the Grantor has a beneficial or assignable interest. Additional property, real or personal, or any interest therein, acceptable to the Trustee, may be transferred to this trust by the Grantor or any other person. The Trustee agrees to hold, manage and distribute the property described in Schedule A, and all other property hereafter received, as hereinafter provided.

BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST

-1-

1.2   PERSON SERVING AS TRUSTEE.   The Trustee of this trust shall be LUCILLE LAMBERT.   In the event that the Trustee shall be unable or unwilling to so serve, BARBARA TUCKER, shall serve as Successor Trustee.  In the event that BARBARA TUCKER shall be unable or unwilling to serve SÍOFRA O'LEARY shall serve as Successor Trustee.  The decision as to whether a Successor Trustee shall begin serving during incapacity of the Trustee shall be determined pursuant to the provisions of Section 3.3 below.

The Serving Trustee of this trust may appoint any additional or Successor Trustees as such Trustee determines that it is reasonable or appropriate to do so.

1.3   AUTHORITY OF TRUSTEE.   Any action taken by any Trustee shall be binding on the trust estate and may be relied upon by third parties dealing with the trust.  Documents of title shall be titled in the name of the trust.

## ARTICLE 2
## CHARACTER OF PROPERTY

2.1   PROPERTY TO RETAIN ITS CHARACTER.   All property now or hereafter conveyed or transferred to the Trustee to be held by the Trustee pursuant to this Declaration shall remain the separate property of the Grantor.

**BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST**
-2-

4.3   LUCILLE LAMBERT TRUST.   Upon the death of the Grantor, and in the event that LUCILLE LAMBERT shall survive the Grantor, the share described in Section 4.4 shall be held in a separate trust known as the LUCILLE LAMBERT TRUST which shall be held, managed and administered upon the following terms and conditions:

A.   The Trustee of this trust shall be LUCILLE LAMBERT.   In the event that LUCILLE LAMBERT shall be unable or unwilling to so serve, SIOFRA O'LEARY , shall serve as Successor Trustee.

B.   The Trustee shall distribute all of the income of the trust to LUCILLE LAMBERT in convenient installments and less frequently than annually.

C.   The Trustee is further authorized to distribute such amounts of principal from the trust to LUCILLE LAMBERT for her health, education, support or maintenance as the Trustee shall determine.

D.   No interest in the principal or income of the trust created under this Trust Agreement shall be anticipated, assigned, encumbered, or subject to any creditor's claim or legal process of any kind, anhere or description prior to its actual receipt by the beneficiary.

E.   That the property so received by the Trustee is to be under his full charge, control and management during the term of this trust, and the powers conferred on the Trustee by this instrument are to be exercised by him in his sole and absolute discretion.

BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST
-7-

4.5   In the event that LUCILLE LAMBERT shall predecease the Grantor, the entire estate shall be distributed in equal shares, outright and free of trust, to that group of named individuals as follows:

JESSIE IRENE STRYKER, born, June 26,1946;

SILVIA HOLLIS MILLIMAN, born, November 11, 1961;

HAYES B. MILLIMAN, born, March 22, 1956;

PAUL ETZOLD, born, April 3, 1925;

AKSOLTAN KERIMOVA, born, July 14,1983;

MICHAEL COLLINS born,  October 7, 1928;

VIRGINA SUE. HARRISON GRAY, born, December 22,1944;

PIERCE BRAIN, born June 6,1945;

RICHARD M. WHITE, born, December 22, 1944;

WILLIAM JOHN born    September 7, 1957;

JAMES AUGUSTINE born, October 5,1929

In the event that any of the above named individuals shall die before the termination of this trust, the descendants of such deceased individual shall receive that portion of said trust estate to which his or her parent was entitled; and in the event his such descendants survive any such deceased individual, the deceased individual's portion of the trust estate shall go to the survivors of that group of individuals named above.

BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST
-9-

a Successor Corporate Trustee, or the resigning Trustee or any such beneficiary of this trust may secure the appointment of a Successor Trustee by a court of competent jurisdiction at the expense of the trust estate. The resigning Trustee shall transfer and deliver to the Successor Trustee the then entire trust estate and shall thereupon be discharged as Trustee of this trust and shall have no further powers, discretions, rights, obligations or duties with regard to the trust estate and all such powers, discretions, rights, obligations and duties of the resigning Trustee shall inure to and be binding upon such Successor Trustee.

7.2    NO LIABILITY FOR ACTS OF PRIOR TRUSTEE.  No Successor Trustee, whether or not specifically named herein, shall have any responsibility for the acts or omissions of any prior Trustee and no duty to audit or investigate the accounts or administration of any such Trustee.

Executed as of the day and year written above.

_Barbara Tucker_
BARBARA TUCKER

BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST
-25-

## RATIFICATION BY GRANTOR

I certify that I have read the foregoing Declaration of Trust and that it correctly states the terms and conditions under which the trust estate is to be held, managed and disposed of by the Trustee. I approve the Declaration of Trust in all particulars and request that the Trustee execute it.

Executed at Newport Beach, Orange County, California, on _DEC/18/2001_

2001.

_Barbara Tucker_

BARBARA TUCKER

**CERTIFICATE OF ACKNOWLEDGMENT**

STATE OF CALIFORNIA )
) SS:
COUNTY OF ORANGE )

On April 6, 2001, before me, _Mary Jane Huggins_, Notary Public, personally appeared **BARBARA TUCKER**, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Mary Jane Huggins_

Notary Public in and for the State of California

MARY JANE HUGGINS
Commission # 1177838
Notary Public - California
Orange County
My Comm. Expires Mar 27, 2002

(AFFIX SEAL ABOVE)

## RATIFICATION BY TRUSTEE

I certify that:

1. I am the person named as Trustee in the foregoing Declaration of Trust;
2. I have read the foregoing Declaration of Trust and it correctly sets forth the terms and conditions under which the Trustee named in it is to hold, administer, and distribute the Trust Estate described in it; and
3. I confirm, ratify and approve such Declaration of Trust.

Executed at Newport Beach, Orange County, California, on _DEC /18/2001_
2001.

_Barbara Tucker_

**BARBARA TUCKER**

CERTIFICATE OF ACKNOWLEDGMENT

STATE OF CALIFORNIA )
) SS:
COUNTY OF ORANGE )

On April 6, 2001, before me, _Mary Jane Huggins_, Notary Public, personally appeared BARBARA TUCKER, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Mary Jane Huggins_
Notary Public in and for the State of California

MARY JANE HUGGINS
Commission # 1177559
Notary Public - California
Orange County
My Comm. Expires Mar 27, 2002

(AFFIX SEAL ABOVE)

## ASSIGNMENT

### BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST

u/d/t _____, 2001

I, **BARBARA TUCKER**, hereby assign to the Trustee of the **BARBARA TUCKER REVOCABLE INTER-VIVOS TRUST**, u/d/t _____, 2001, all right, title and interest in and to all my property, whether real, personal or mixed of whatsoever kind and wheresoever located. Such property to be owned by this Trust regardless of any other title designation whatsoever. Such property to be owned by this trust regardless of when acquired, whether acquired before or after the execution of this assignment.

Executed at Newport Beach, Orange County, California, on _DEC 18_, 2001.

_____
**BARBARA TUCKER, Assignor**

Accepted by:

_____
**BARBARA TUCKER, Trustee**

### CERTIFICATE OF ACKNOWLEDGMENT

**STATE OF CALIFORNIA** )
                         ) ss:
**COUNTY OF ORANGE** )

On April 6, 2001, before me, _Mary Jane Huggins_, Notary Public, personally appeared **BARBARA TUCKER**, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public in and for the State of California

MARY JANE HUGGINS
Commission # 1177553
Notary Public - California
Orange County
My Comm. Expires May 27, 2002

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## CLERK-RECORDER

**CERTIFICATE OF DEATH**

| | | |
|---|---|---|
| VIRGINIA | LUCILLE | LAMBERT |
| LUCILLE LAMBERT | DEC/51922 | 93 F |
| CA | 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 | NEVER MARRIED | 09/11/2016 | 0430 |
| HS GRADUATE | CAUCASIAN | |
| PROFESSIONAL MODEL | ENTERTAINMENT | 35 |
| 55 PARSON BROWN | | |
| IRVINE | ORANGE | 92618 | 61 | CA |
| BERTHA TORRES, POA | 5 HEATHER, IRVINE, CA 92620 | |
| RAY | GUIFFORD | LAMBERT | CA |
| CLARA | AMELIA | WELLS | MS |
| 09/16/2015 | SANTA ANA CEMETERY 1919 E. SANTA CLARA AVE, SANTA ANA, CA 92705 | |
| BU | D-MARNE WRIGHT | EMBR224 |
| FAIRHAVEN MORTUARY | FD1618  J. ERIC G. HANDLER, M.D. | 09/17/2015 |
| RESIDENCE - HOSPICE | | IRVINE |
| ORANGE | 55 PARSON BROWN | IRVINE |
| SARCOMA RIGHT LOWER EXTREMITY | | YRS |
| CORONARY ARTERY DISEASE, HYPERTENSION | | |
| NO | | |
| LYNDA MARIE ADRIG M.D. | | 08/14/2015 |
| 05/01/2014  08/10/2015 | 3943 STONE BLVD #203, IRVINE, CA  LYNDA MARIE ADRIG M.D. | |

050572

*000735267*

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA COUNTY OF ORANGE

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE ORANGE COUNTY CLERK-RECORDER.

DATE ISSUED   APR 26 2019

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

HUGH NGUYEN
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# LAST WILL AND TESTAMENT

## OF

# LUCILLE LAMBERT

I, LUCILLE LAMBERT, reside at 11911 Lambert Road, Irvine, California, and declare that this is my Will.

### ITEM ONE

I revoke all Wills and Codicils previously made by me.

### ITEM TWO

I declare that am not married. I do not have children, but I have niece her name is


The terms "my child" and "my children" shall, in addition to the children stated above, refer to any child or children hereafter born to or adopted by me.

### ITEM THREE

I hereby will, give, devise and bequeath all the rest, residue and remainder of my estate to my Trustee or any Successor Trustee named under a Revocable Trust Agreement wherein I am the Grantor. This Trust Agreement is dated _Dec. 18, 2001_ and incorporated herein by specific reference. Such property is to be held, paid over, applied, distributed, and become part of the principal of the trust thereby created under the terms, powers, conditions, and duties provided in such trust instrument as it shall exist at the time of my death with all amendments and modifications, whether made before or after the execution of this Will. I declare that this Trust Agreement was signed by me prior to or contemporaneously with this Will.

Last Will and Testament of LUCILLE LAMBERT
-1-

## ITEM FOUR

I nominate BARBARA  TUCKER as Executor of this my Last Will and Testament, to serve without bond.  If BARBARA  TUCKER shall, for any reason, fail or refuse to qualify or cease to act as such Executor, I hereby nominate SIOFRA  O'LEARY, as Executor of this my Last Will and Testament to serve without bond. In the event neither BARBARA  TUCKER, nor, SIOFRA O'LEARY   is able or willing to serve, I give the power to the then Serving Executor to appoint any other Executor of this Will who shall be determined to be qualified to serve as such Executor and who shall also serve without bond.

## ITEM FIVE

My estate shall be administered under the California Independent Administration of Estates Act.

I authorize my Executor to invest  and reinvest any surplus money in his or her hands in every kind of property, real, personal or mixed, and every kind of investment, specifically including, but not limited to, interest bearing accounts, corporate obligations of every kind, preferred or common stocks, shares of investment trusts, investment companies, mutual funds or common trust funds, including funds administered by the Executor, and mortgage participations, that a person of prudence, discretion and intelligence would acquire of their own account.

I authorize my Executor to sell, with or without notice, at either public or private sale, any property belonging to my estate that he or she, in his or her discretion, deems necessary for the proper administration and distribution of my estate.

My Executor shall have absolute discretion to select property to be allocated to any trust or share created by this Will, or to be distributed in satisfaction of any bequest provided for in this Will without regard to the income tax basis of the property.  My Executor is specifically excused from any duty of impartiality with respect to the income tax basis of the property; provided, however, that my Executor shall not exercise this discretion in a manner that will result in the loss of, or decrease in, any material or charitable deductions otherwise allowable in determining my federal estate tax.

Last Will and Testament of LUCILLE LAMBERT
-2-

I authorize my Executor to disclaim all or any portion of any bequest, devise, or trust interest provided for me under any Will or trust instrument. In particular, I authorize my Executor to exercise this authority in order to obtain advantageous results considering, in the aggregate, the taxes to be imposed on my estate, even though this may cause some beneficiaries of my estate to receive less than they would otherwise have received.

## ITEM SIX

I have not entered into a contract to make a Will or contracted not to revoke this Will or any other Will.

IN WITNESS WHEREOF, I have hereunto set my hand on this Will, on this __18__ day of ___Dec.___, 2001, in Orange County, California.

_Lucille Lambert_
LUCILLE LAMBERT

Last Will and Testament of LUCILLE LAMBERT
-3-

ON THE DATE last written above, LUCILLE LAMBERT declared to us, the undersigned, that the foregoing instrument consisting of four (4) pages, including this page, signed by us as witnesses, was her LAST WILL AND TESTAMENT and requested us to act as witnesses to it. She thereupon signed this Will in our presence, all of us being present at the same time. We now, at her request, and in her presence, and in the presence of each other subscribe our names as witnesses.

Each of us is now an adult and a competent witness and resides or is in business at the address set forth after our respective names.

We are acquainted with LUCILLE LAMBERT, who at this time is over the age of eighteen (18) years, and to the best of our knowledge, is of sound mind, and is not acting under any duress, menace, fraud, misrepresentation, or undue influence.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _Dec. 18, 2001_, in Orange County, California.

|  |  |  |
|---|---|---|
| _(signature)_ | Address | 4590 MacArthur Boulevard |
|  |  | Newport Beach, California 92660 |
| _(signature)_ | Address | 4590 MacArthur Boulevard |
|  |  | Newport Beach, California 92660 |

Last Will and Testament of LUCILLE LAMBERT

-4-

# Declaration of Trust

## of

## LUCILLE LAMBERT

This Trust Agreement is entered into this _18_ day of ___Dec___, _01_, by and between LUCILLE LAMBERT, Grantor, and LUCILLE LAMBERT, Trustee.

### ARTICLE 1
### TRUST PROPERTY

1.1   TRUST PROPERTY. The Grantor has transferred and delivered, or will transfer and deliver, to the Trustee, without consideration, the property described in Schedule A attached hereto. Also, the Grantor has designated, or may designate, the Trustee as beneficiary of certain life insurance policies and may hereafter designate the Trustee as beneficiary under any pension, profit sharing or other forms of employee benefit plans in which the Grantor has a beneficial or assignable interest. Additional property, real or personal, or any interest therein, acceptable to the Trustee, may be transferred to this trust by the Grantor or any other person. The Trustee agrees to hold, manage and distribute the property described in Schedule A, and all other property hereafter received, as hereinafter provided.

LUCILLE LAMBERT REVOCABLE INTER-VIVOS TRUST
-1-

1.2   PERSON SERVING AS TRUSTEE.  The Trustee of this trust shall be LUCILLE LAMBERT.  In the event that the Trustee shall be unable or unwilling to serve, BARBARA TUCKER, shall serve as Successor Trustee.  In the event that BARBARA TUCKER shall be unable or unwilling to serve SÍOFRA  O'LEARY shall serve as Successor Trustee.  The decision as to whether a Successor Trustee shall begin serving during incapacity of the Trustee shall be determined pursuant to the provisions of Section 3.3 below.

The Serving Trustee of this trust may appoint any additional or Successor Trustee as such Trustee determines that it is reasonable or appropriate to do so.

1.3   AUTHORITY OF TRUSTEE.  Any action taken by any Trustee shall be binding on the trust estate and may be relied upon by third parties dealing with the trust.  Documents of title shall be titled in the name of the trust.

## ARTICLE 2
## CHARACTER OF PROPERTY

2.1   PROPERTY TO RETAIN ITS CHARACTER.  All property now or hereafter conveyed or transferred to the Trustee to be held by the Trustee pursuant to this Declaration shall remain the separate property of the Grantor.

4.5   In the event that BARBARA TUCKER shall predecease the Grantor, the entire estate shall be distributed in equal shares, outright and free of trust, to that group of named individuals as follows:

**JESSIE IRENE STRYKER, born, June 26,1946;**

**SILVIA HOLLIS MILLIMAN, born, November 11, 1961;**

**HAYES B. MILLIMAN, born, March 22, 1956;**

**PAUL ETZOLD, born, April 3, 1925;**

**AKSOLTAN KERIMOVA, born, July 14,1983;**

**MICHAEL COLLINS born,  October 7, 1928;**

**VIRGINA SUE. HARRISON GRAY, born, December 22,1944;**

**PIERCE BRAIN, born June 6,1945;**

**RICHARD M. WHITE, born, December 22, 1944;**

**WILLIAM JOHN born   September 7, 1957;**

**JAMES AUGUSTINE born, October 5,1929**

In the event that any of the above named individuals shall die before the termination of this trust, the descendants of such deceased individual shall receive that portion of said trust estate to which his or her parent was entitled, and in the event no such descendants survive any such deceased individual, the deceased individual's portion of the trust estate shall be distributed to the survivors of that group of individuals named above.

LUCILLE LAMBERT REVOCABLE INTER-VIVOS TRUST

then entire trust estate and shall thereupon be discharged as Trustee of this trust and shall have no further powers, discretions, rights, obligations or duties with regard to the trust estate and all such powers, discretions, rights, obligations and duties of the resigning Trustee shall inure to and be binding upon such Successor Trustee;

7.2   NO LIABILITY FOR ACTS OF PRIOR TRUSTEE.  No Successor Trustee, whether or not specifically named herein, shall have any responsibility for the acts or omissions of any prior Trustee and no duty to audit or investigate the accounts or administration of any such Trustee.

Executed as of the day and year written above.

_Lucille Lambert_
LUCILLE LAMBERT

LUCILLE LAMBERT REVOCABLE INTER-VIVOS TRUST
-25-

## RATIFICATION BY GRANTOR

I certify that I have read the foregoing Declaration of Trust and that it correctly states the terms and conditions under which the trust estate is to be held, managed and disposed of by the Trustee. I approve the Declaration of Trust in all particulars and request that the Trustee execute it.

Executed at Newport Beach, Orange County, California, on _Dec. 18_, 2001.

_Lucille Lambert_

**LUCILLE LAMBERT**

### CERTIFICATE OF ACKNOWLEDGMENT

**STATE OF CALIFORNIA**            )
                                   ) ss:
**COUNTY OF ORANGE**               )

On _Dec. 18, 2001_ before me, _Mary Jane Higgins_, Notary Public, personally appeared **LUCILLE LAMBERT**, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

MARY JANE HIGGINS
Commission # 1177855
Notary Public - California
Orange County
My Comm. Expires Mar 27, 2003

_Mary Jane Higgins_
Notary Public in and for the State of California

LUCILLE LAMBERT REVOCABLE INTER-VIVOS TRUST

-26-

# EXIBIT-4

# NCIDENT REPORT

| DR# | | REPORTING OFFICER | | | SUPERVISOR REVIEW | |
|---|---|---|---|---|---|---|
| 200061808 | 3951 | PULIDO, PAUL | | 3150 | HICKS, KERMIT | |
| ATE / TIME REPORTED | | OCCURRED DATE / TIME (EARLIEST) | | | OCCURRED DATE / TIME (LATEST) | |
| 07/03/2020 0702 | | 06/09/2020 0000 | | | 06/09/2020 1159 | |
| | | LOCATION OF OCCURRENCE | | | | RD / BEAT |
| 119 20TH ST A, SANTA MONICA, CA 90403 | | | | | | 0B4E   B004 |

SUMMARY OF HOW CRIME OCCURRED OR WAS COMMITTED

ICTIM OBS NEIGHBOR STEAL HER DOORBELL CAMERA. VICTIM CONFRONTED NEIGHBOR AND NEIGHBOR 'USHED VICTIM.

| OFFENSE CODE | ATT / COMP | | DESCRIPTION | | UCR CODE | BIAS CODE |
|---|---|---|---|---|---|---|
| SSAULT/SIMPLE | COMPLETE | SIMPLE ASSAULT | | | 0450 | |
| LOCATION TYPE | | | POINT OF ENTRY | | METHOD OF ENTRY | |
| RESIDENCE: APARTMENT | | | | | | |
| OFFENSE CODE | ATT / COMP | | DESCRIPTION | | UCR CODE | BIAS CODE |
| THEFT/FROM BLDG | COMPLETE | THEFT FROM BUILDING | | | 0670 | |
| LOCATION TYPE | | | POINT OF ENTRY | | METHOD OF ENTRY | |
| RESIDENCE: APARTMENT | | | | | | |

## VICTIM INFORMATION

| REC# | NAME (Last, First, Middle) | | SEX | RACE | ETH | HOMELESS | MARSY LAW ADV |
|---|---|---|---|---|---|---|---|
| 1 | MAXWELL, ADMIRANDA | | | | | N | N |
| | HOME ADDRESS | | | | | | |
| 1119 2ND ST SANTA MONICA, CA 90403 | | | | | | | |
| | EMPLOYER / SCHOOL | | | | | JPATION | |

| HOME PHONE | WORK PHONE | MC | | E-MAIL ADDRESS | |
|---|---|---|---|---|---|
| | | (310) | | | |
| NATURE OF INJURIES | | | | ALIAS AT HOSPITAL | |

| VEH YEAR | VEH MAKE | VEH MOD | | COLOR | LICENSE PLATE | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## SUSPECT

| | NAME | | SEX | RACE | DOB / AGE | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| S-1 | UNKNOWN, UNKNOWN | | M | O | | 4' 4" | | WHI | BLK |
| HAIR STYLE | HAIR TYPE | AL HAIR | | COMPLEXION | | MOBILE PHONE | | PHONE 2 | |
| | HOME ADDRESS | | | | | EMPLOYER ADDRESS | | | |
| 1119 20TH ST B , SANTA MONICA, CA 90403 | | | | | | | | | |
| VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | | VEHICLE STYLE | VEHICLE COLOR | VEHICLE LICENSE | | VEH LIC STATE | |
| SUSPECT ACTIONS AGAINST PERSON | | | | WEAPON USE | | PRIMARY OBJECT OF ATTACK | | | |
| | | | | PRIMARY WEAPON | | SECONDARY OBJECT OF ATTACK | | | |
| | | | | SECONDARY WEAPON | | UNDER INFLURENCE OF DRUGS/ALCOHOL | | | |

## NARRATIVE

On 07/03/2020 at approximately 0645 hours, my partner, Officer M. Jones #3944, and I, Officer P. Pulido #3951, were working uniformed patrol operating a marked police vehicle as 1A45. I was informed by Sergeant Marnell of a theft report that was to be

# INCIDENT REPORT

contacted Maxwell via telephone and she stated the following.

Between June 9th and June 11th of 2020, Maxwell had taken her husband to the hospital for an unrelated medical reason. One afternoon (unknown date) Maxwell returned to her apartment (1119 20th St. #A). As Maxwell walked towards her front door, she observed her neighbor (S1/ 1119 20th ST. #B) take Maxwell's doorbell camera, which was attached to the wall besides Maxwell's front door.

Maxwell walked towards her neighbor to confront him, in an effort to retrieve her doorbell camera. Maxwell stood between her neighbor and her neighbor's apartment. Maxwell's neighbor then pushed Maxwell with his arm (unable to describe the movement). Maxwell was pushed against her patio table, which was located beside her front door. Maxwell immediately felt pain to the back of her left leg.

Maxwell's neighbor was able to bypass Maxwell and fled out of sight. Maxwell did not know if her neighbor ran into his apartment or anywhere else.

Maxwell described her neighbor as a male/ Middle Eastern/ 4'04"/ heavy build/ 50 years of age/ gray hair/ black eyes. Maxwell could not remember what her neighbor was wearing.

Maxwell described her doorbell camera as a square or circle, possibly white or green.                did not know the brand name.
Maxwell stated the only way the camera is activated is if she pushed a button. Maxwell                did not have a recording of the
incident. Maxwell has had the camera for approximately 3 years. Maxwell                 did not know the value of the
camera.

Maxwell stated, due to the push, she had bruising on the back of her left l                ed.

I provided Maxwell the report number and my name for her reference

CBP's headquarters
Ronald Reagan Building
1300 Pennsylvania Avenue NW
Washington, DC 20229

Dr. Kim
Exodus Recovery Mental  Health Urgent Care C
1000 W Carson Street
Torrance, CA 90502, United State

Airport Courthouse
11701 La Cienega Blvd,
Los Angeles, CA 90045

Admiranda Maxwell
1119 20th Street #A
Santa Monica CA 90403

My name is Brett Sternad and I am son - in - law Timothy L Randall , William and
Paige Merrill Baker who carefully planned to sent a racist letter containing a bomb threat by using poor
spellings or incorrect grammar to  LAX Supreme Court Justice judges 850 NW Chipman Rd Lees after the
initially claimed it was anonymously sent by Ms. Maxwell (they want her application denied and the case
do not dismissed) After they found out Maxwell has Tucker and Lambert a real will and of the Barbara
Tucker Trust dated Dec 18,2001 which $12 billion and next of kin and only heirs-at-law. ( But it's worth
reading the entire letter before jumping to conclusions based on an isolated quote. There were those
who saw they wrote those letter. But some, especially those who had read the entire letter, will be
understand simply "reeling off names of different people.) Enclosed please find a copy letter In August
2020, Jay Schrier, Tim Randall  and Bakers sent.

A federal Homeland Security agent in Los Angeles, was assigned to investigate this
letter played a part in Maxwell incarceration, being institutionalized, after received about $12,000,000,
000 in bribes and other gifts from Bakers relatives in return for not making them  as the prime suspect in
the case. So agents realizes that they must cover the truth and made plan Maxwell falsely certified as
mentally ill. They paid(10.000) a security guard at the hospital(black men as taller, more muscular) to
stole storage key, USB drive, target purchase receipt, and  car key from Maxwell  bag which they search
her car without her present. Agent paid him  another $12,000 to give Dr. Kim  to declared Maxwell
mentally sick. Then  secretly recorded a conversation with a security guard.  Agent contact Bakers  in
turn recorded a conversation  and said the FBI set up a video surveillance system concealed in a
briefcase on Bakers Randall move to record multiple meetings with every one, in which Baker  collected
$millions in bribes.

Plan was the prosecutors also started making arrests Dr. Kim  a psychiatrist at the
Exodus Recovery Mental Meath Urgent Care Center, detained for 24 hours for bribery, forgery, and
abuse of office. She might be placed under preventive arrest if the court will admit the prosecutors'
request.

# BAKER & BAKER

A PROFESSIONAL CORPORATION

WILLIAM E. BAKER, JR.
PAIGE MERRILL BAKER

1970 OLD TUSTIN AVENUE
SECOND FLOOR
SANTA ANA, CALIFORNIA 92705-7812
TELEPHONE (714) 558-4532
FACSIMILE (714) 558-7847

Our names are William Baker, Jr    .Paige Merrill    Baker and Timothy L Randall are a lawyer serving Santa Ana in Civil Litigation, Trusts and Probate cases and Semion Mogilevich, James Schaedler: (Sanctioned by FINRA Following an Investigation into Alleged Rule Violations )spy for representatives of the government of the People's Republic of China at Chinese counselors in Los Angeles including we are a serial killer, normally warn and kill and Top Global Con Artist and Ruthless Criminal .

We are warn repeatedly that we will bomb to expose at 850 NW Chipman Rd Lees or each of your home or car including bombings U.S. Embassy & Consulates in Russia and in the European Union , in addition to a number of others.

Ignoring or try to arrest us will make us angry and will be wasting your time because all federal agents at 11000 Wilshire Blvd #1700, Los Angeles, CA 90024 Federal Bureau of Investigation - Orange County Resident Agency 4000 W Metropolitan Dr. Suite 200, Orange, CA 92868 are working for us and provided us with classified information and we passed to representatives of the government of the People's Republic of China at Chinese counselor in Los Angeles

You're not going to transfer I485 to Admiranda Maxwell (Receipt Number MSC2090492277)local field office which will conduct the interview because all of you found out that Vladimir Parizher bribed(more than $100,000 in cash a officer with U.S. Citizenship and Immigration Services (USCIS), in Los Angels, in exchange for helping Admiranda Maxwell to not obtain U.S. citizenship – even though he knew Vladimir providing a false her mother name in her birth certificate, an application for adjustment of status because he tries to get from her money $20.000 by using threats:providing a false mother name in her birth certificate, an application for adjustment of status based on her marriage to a U.S. Citizen. Maxwell did not commit fraud or misrepresent a material fact for immigration purposes and is not inadmissible under section 212(a)(6)(C)(i) of the Act).

We personally forged Maxwell birth certificate(original birth certificate,which she brought from Turkmenistan in 2015) and wrote her mother name Olga Vladimirovna(we don't remember the details,), and obviously forge a birth certificate and submitted to U.S. Citizenship and Immigration Services , in Los Angels and pay hush money$400.000( Bertha Torres and siblings , Asians, Hispanic and Jew and Faramarz Kheradmand who is an Iranian who lived in a private apartment complex in Santa Monica(1119 20th Street#B for 11 years and played a key role in the Islamic Republic's intelligence and Cartel operation who were brought into the country by representatives of the government of the People's Republic of China at the Chinese counselor in Los Angeles)to denied Maxwell application. Because Admiranda Maxwell and Hayes Milliman were, at the death(we killed) of

Timothy L Randall , William and  Paige Merrill Baker  who are accustomed to getting their way even when they've wrong, so far haven't been able to kill everyone who try to  bring light their crimes.  They hired illegal immigrants to kill Maxwell and   look like Dr. Kim kill by order Homeland security office after  read the Dr. Kim  report and found that it said  Maxwell is not suffering from any illness.

Just like in 2016 they sent a corrupt judges letter  using poor spellings or incorrect grammar to  themselves after the initially claimed it was anonymously sent by Ms. Maxwell and got restraining order against Maxwell. As Maxwell can't tell signature on a certified mail receipt forged(that the 120-Day Statute of Limitations Under Probate Code § 16061.8, notice was sent to Milliman who was Tucker and Lambert ($12 billion estate)next of kin and only heirs-at-law,) which  at that hearing, they presented a forged Maxwell signature on a certified mail receipt as evidence.

The statutory notice sent by regular mail to Milliman was sufficient to support  the trial court's judgment . Accordingly, the judgment forged  signature receipt offered to prove Milliman received the copy of the notice that was sent by certified mail, and Milliman was  harmed trial court's admission of the digital signature receipt. See

This people made the $13 billion  by collecting wealth by to kill and inherit  including selling drugs and weapons. They collected a lot of money to have a lavish lifestyle. You will be shocked to know; they used to own their the FBI agents at once. This dude is one of the most powerful criminals in California and continues to make way into.

Taken in light of the entire letter, this actually makes sense. "But even  in this case there's proof that they wrote warned one of their defenders, "that does mean they admitted. It's like a particular blend of tea he doesn't care for themselves.

I decided to finally write this letter because Dr. Kim, 850 NW Chipman Rd Lees and Maxwell including LAX Supreme Court Justice judges should be warned beforehand. Because they killed or hold hundreds of thousands of children over the years, I've see and heard .

They  can do anything would blame Dr. Kim, judges Maxwell for everything.

This letter  have some basis in reality: they have made billions from people. That pretty up Bakes  attitude to anti-justice: it's dumb, but it can be useful.

Tucker, next of kin and only heirs-at-law, a multi-million dollar estate used forged Will and bribed and gave gift (Mekayla Bali, Schuyler Bierkos, Missing since: Feb. 24, 2013,James Candy Missing since: Aug. 7, 2017, Lucas Degerness Missing since: June 7, 2007) to Gerald G. Johnston (who is a judge of the Superior Court of Orange County in California. He assumed office in 1999. His current term ends in 2025). Johnston filmed his crimes(multiple times raped all children children screaming, crying and shrieking in pain — the stuff of nightmares) with a handheld camera despite my colleague's warning. We have to watch a video multiple times and blackmail him and he Valid the forged or fraudulent Tucker Trust and will(Enclosed please find Order). Then agents ordered Dr. Adrig remove a children 's organs and killed them because they were afraid of getting caught.

We have pay nearly $150 million in bribes  U.S. Citizenship and Immigration Services (USCIS), in Los Angels, employees to  looked the other way as tons of drugs and thousands of unauthorized immigrants we smuggled into the United States and illegal oblate green cards and other immigration documents and use murder of white rich people and Maxwell (3 month pregnant)all of you. f you not  transfer I485 to Admiranda Maxwell local field office we will  bomb to expose at 850 NW Chipman Rd Lees or each of your home or car including bombings U.S. Embassy & Consulates in Turkmenistan, Russia and in the European Union , in addition to a number of others.

All of you will not surprised to find that  police unable to make an arrest  because we have a few cunning, secretive individuals in positions of power somewhere in this country and all federal agents at 11000 Wilshire Blvd #1700, Los Angeles, CA 90024 Federal Bureau of Investigation - Orange County Resident Agency 4000 W Metropolitan Dr. Suite 200, Orange, CA 92868.  If you don't believe please contact the FBI. Subjects were Making Threats against all of you or was suspected of human trafficking. No evidence found and Case closed. No further action required.  They will covering up then we will kill all of you.

In the end an agent to ordering  Bakers to send  which threatened to expose his "forcibly raped" behavior and urged him to ordered on limited issue of the standing of Hayes Milliman bring assert against us(Enclosed please find court order) the money and properties stolen from Tucker Trust  was intended to go to a dozen FBI agents(who have or had top secret clearance and who acting in the United States as an agent of the People's Republic of China) and Don Pamber, also known as Donald Leroy Bren , who was friends with Don for allegedly carrying out the murder of late Mike Irvine in 1959 also known as father-in -law, because Mike was not give  in full his properties. They became a billionaire and a huge array of sensitive and valuable trade secrets, technologies, data, and personal information with the assistance and for the benefit of the Chinese government's Ministry of State Security.

We hope this letter sends the message that local law enforcement agencies , of the FBI (are offering a reward of up to $100,000 for information leading directly to Mogilevich's arrest but they are protecting him)and state  are  one of the  most corrupt.

BAKER &BAKER
A Professional Corporation

By: _____
William E. Baker, Jr.

By: Timothy L. Randall

**TO:** LAX Supreme Court Justice judges who will hear and People v. Admiranda Maxwell Case No. 0AR21673 AND Santa Monica Police Chief Cynthia Renaud Garda Information Message,

Our name are John O'Neil, Jay Schrier and Albert Otero informing you there is an active threat to your life tracking all of you to your home where we will kill all of you, officially stating that all of you died if you drop domestic violence charges "Court Appearance - People v. Admiranda Maxwell Case No. 0AR21673" and charge us with filing a false report,

On April 24, 2020 Dan Palmer, Faramaraz( an evil men who is living an apartment 1119 20th Street#B and Santa Monica police officers Varak#3865,Duke Torres and Royenolds #4016 forced us filing a false report.

We didn't know that truth was that on 24,2020 one of girl asked Ms. Maxwell help. And Ms. Maxwell told Faramarz , she called the FBI. And all of a sudden, Faramaz grabbing Hayes Milliman arms so hard that it left bloody marks. When he tried to get away, Faramaz grabbed his hair and pushed his face into the door frame. Then called us and asked to call 911 to report a domestic violence incident against his wife. We told a911 dispatcher we heard banging at the door and assumed it was Maxwell even we knew that Faramaz was.

On multiple occasions during the call, could be heard Farmaraz telling Hayes, "I'm not gonna' harm you, I promise if you make a false domestic report" Hayes' wife contacted a separate dispatcher using her phone. Dispatcher urged her to go outside .

When Dan Palmer,Dan Palmerofficers Varak#3865,Duke Torres and Royenolds #4016 arrived Faramaz forced Hayes to make a clearly false complaint. But officers identified the complaint as a false allegation and of determining Faramarz , as evidence they took photos of Hayes arm then booked into the Santa Monica jail on charges of D/V.( are reporting that Maxwell was pregnant at the time of arrest)so they could transported seven children to UCLA Medical Center, Santa Monica for the purpose of organ removal. The same day officer Varak, Royenolds made$12 million. and pending court hearings is a huge waste of time and taxpayer money. More than likely, Faramarz is not going to complain about his money being taken,

Aside officers Varak, Duke Torres and Royenolds#4016 asked Faramaz poisoned Hayes(supposed to testify on September 17,2020)they observing him through a pinhole video camera, saw him tamper with another drink meant for Hayes in his kitchen. And bribed UCLA doctors falsely diagnosed him . Other doctors raised concerns about the treatments, and his family doctor even told him he didn't have alcoholic cirrhosis.It was easy for Faramaz and corrupt officers to fabricate domestic violence and convince the court.

There is no doubt that this is a brutal abuse to one of the most horrible crime As a result seven children were murder and rendering decisions.Imagine what would have happened if you dismissed the case. And, imagine we're going to kill all of your entire family.

We are clarified. In lieu of jail time, it is also at the discretion of the judge to impose probation, not frightening, for us because it isn't not our first wasted corrupt police time or that an innocent person was arrested, we will still be presumed innocent by law. Even if we are found guilty by all of you we will beat false report charge because the main man in California since coming into power in 2016(Dan Palmer Political Campaign Contributions 2016 Election Cycle)— is very close friends with us who manipulate the system for his own ends. Who is an organ broker(especially white children- organs) for thousands of dollars on the black market. Who hated the policemen, not all of whom white, and some of whom were black like including who paid to the demonstrations for looting that swept through the city on June 4, 2020 -- filed a petition to remove Santa Monica Police Chief Cynthia Renaud use garnered more than 11,000 signatures by 3 pm.

Thieves," We thought, "every one of you!" And we know we are right about that, and we have not changed our mind. But whether or not all of you white or black, we really do not know and we don't care.

For one thing, the American Jew's Asians and Hispanic kill all whites and most Muslims(non Iranian) around the world and no country can rescue then passed legislation to effectively block White and Islam from gaining official status as a religion in the country and managed to purchase a relative safety for Jew, Asian and Hispanic children, and a relative future for them. This is more than whites and most Muslims father's endeavor for their children. There are days when whites and most Muslims end only Jew, Hispanic and Asian.

No more than the good white or Muslim people of the North America, all of them really responsible for the bombings and lynchings, Jew, Asian and Hispanic

We are the Russian -European Jews here have no desire to return to Russia or Europe either, and we have not departed in great clouds for Israel. But we have the authority of kill white the Irish, Russian, Italian and Germany(Christian, Muslim and Cathlog) The Americans are no longer white Europeans or Russian, but they are still living, at least we will arrest and kill.

There is intelligence of the threat, but there is not enough evidence to justify arresting the potential murderer.

All of you just a piece of shit,can't prosecute to us who dare to make false domestic accusation on April 24,2020 in order move children( 7 children from China, with other children from Canada and Russia) a man named Faramasan apartment1119 20th Street#B who is a child raper and murder) who were brought to his apartment by officers with the intention of removing their organs and selling them for people desperate for a transplant.

On April 24,2020 both officers accepted bribes($400.000 in cash two carry-on bags) in exchange threw her in jail through the use of falsified evidence(the officers photograph and document the evidence) and bribed the prosecutor not to play the 911 recording in court including the Emergency Protective Order and served immediately to going to have enough time to removed children from Faramaz apartment (119 20th #B) turning a blind eye",Faramas.

Spelling mistakes and grammatical errors can often be a good thing if someone to contact the FBI that it can be a very hard find authors. Or when a court lets a person go without any penalty or a court decides that a person is not guilty of a crime, or the case has not been proved, it will acquit the person.

**Very respectful**

**John O'Neil, Jay Schrier and Albert Otero**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

OAR21673                                                    PAGE NO.  1
PEOPLE OF THE STATE OF CALIFORNIA   vs.          CURRENT DATE 03/17/22
ENDANT 01: ADMIRANDA MAXWELL
LAW ENFORCEMENT AGENCY EFFECTING ARREST: SANTA MONICA POLICE DEPT.

BAIL: APPEARANCE  AMOUNT    DATE    RECEIPT OR  SURETY COMPANY   REGISTER
        DATE     OF BAIL   POSTED    BOND NO.                    NUMBER
      06/24/20  $50,000.00 05/12/20 U10020887060 UNITD STATES FIRE IN

CASE FILED ON 05/11/20.
  COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 04/24/20 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 273.5(A) PC MISD
  ENTERED BY: TA
NEXT SCHEDULED EVENT:
  06/24/20  830 AM  ARRAIGNMENT   DIST AIRPORT COURTHOUSE DEPT W92


ON 06/16/20 AT  830 AM  IN AIRPORT COURTHOUSE DEPT W92

CASE CALLED FOR JUDICIAL ACTION
PARTIES: TAMARA HALL (JUDGE)  NONE  (CLERK)
              NONE    (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  IN CHAMBERS. NO REPORTER PRESENT.
  THE MATTER IS CURRENTLY SCHEDULED FOR ARRAIGNMENT  6/24/20 AS
  DAY 0 OF 45. THAT DATE IS ADVANCED AND VACATED.

  LAST DAY IS CURRENTLY 8/10/20.

  IN RESPONSE TO THE COVID 19 PANDEMIC AND AT THE DIRECTION OF THE
  PRESIDING JUDGE, THE MATTER IS CONTINUED FOR ARRAIGNMENT IN
  DEPARTMENT 92 ON 9/17/20 AT 8:30AM AS DAY 0 OF 45.

  DEFENDANT ORDERED TO APPEAR. CLERK TO PROVIDE NOTICE.
NEXT SCHEDULED EVENT:
  09/17/20  830 AM  ARRAIGNMENT   DIST AIRPORT COURTHOUSE DEPT W92
06/16/20 BAIL TO STAND, # U10020887060

CUSTODY STATUS: BAIL TO STAND


ON 09/17/20 AT  830 AM  IN AIRPORT COURTHOUSE DEPT W92

CASE CALLED FOR ARRAIGNMENT
PARTIES: JOSEPH J. BURGHARDT (JUDGE)  LORNA MCGREGGOR  (CLERK)
              CELESTE POPPE  (REP)    MERYL ELISE CHAMBERS  (CA)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY NANCY E. BASSALI DEPUTY
  PUBLIC DEFENDER
COUNT (01) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
  THE PEOPLE APPEARING VIA ZOOM.
NEXT SCHEDULED EVENT:
  UPON MOTION OF PEOPLE
  PROCEEDINGS TERMINATED
09/17/20 EXONERATED, # U10020887060

CUSTODY STATUS: BAIL EXONERATED

PROCEEDINGS TERM...

ON 12/11/20 AT 1100 AM :

PETITION TO SEAL ARREST AND RELATED RECORDS PURSUANT TO
851.91 PC FILED HEARING IS 01/05/21 8:30 AM DEPT W92.
(B. HATTER)
NEXT SCHEDULED EVENT:
01/05/21   830 AM   MOTION   DIST AIRPORT COURTHOUSE DEPT W92

ON 01/05/21 AT  830 AM   IN AIRPORT COURTHOUSE DEPT W92

CASE CALLED FOR MOTION
PARTIES: CMMR. ELIZABETH MUNISOGLU (JUDGE)  LISA STEPHENSON   (CLERK)
                    R. GLICKFELD        (REP) MATTHEW W. POLIN   (CA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
DEFENDANT APPEARS IN PRO PER
CITY ATTORNEY APPEARANCE IS MADE BY VIDEO.

CAUSE CALLED FOR HEARING ON DEFENDANTS PETITION TO SEAL ARREST
AND RELATED RECORDS (PEN.CODE 851.91).

THE COURT GRANTS THE PETITION TO SEAL ARREST AND RELATED
RECORDS.

A COPY OF THE SIGNED ORDER IS HANDED TO THE DEFENDANT IN OPEN
COURT.
COURT ORDERS AND FINDINGS:
-PETITION RE: SEALING PURSUANT TO PC 851.91 IS GRANTED.  PURSUANT
  TO SECTION 851.91 OF THE CALIFORNIA PENAL CODE, THE CASE IS
  HEREBY ORDERED SEALED.

-PURSUANT TO SECTION 851.92 OF THE CALIFORNIA PENAL CODE, ARREST
  SEALED:  DO NOT RELEASE OUTSIDE OF THE CRIMINAL JUSTICE SECTOR.

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

03/17/22

I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA
                                              , DEPUTY

BY

Wish to remain anonymous and  a vital role to play in bringing the criminals to justice. Did  not report what happened because they had threatened that if  she had told anyone, that they  would kill and was afraid of being killed herself .Which will prevent further crimes being committed and protect others from becoming victims.

Priscilla Madrid – Principal – Madrid Law Group accidently an enclosed the letter when she sent a document to Handwriting Expert California – in Los Angeles and letters w one of her key documents in her case.

Letters are a key piece of evidence in a trial. It's possible that a letter could not lead t major injustice, with someone being found guilty or innocent based on a misunderstanding.

It may sound dramatic, but letter to accurately articulate the facts, they will use that evidence to exonerate wrongfully convicted men. Not to mention, letter is consistent fact written, even intentionally riddled with errors, or a grammatical mess.

act, in those letters is going to take another look at the case as evidence colle n the crime scene that planted

| Time/Date | (For each entry place time, date, signature, license # and discipline) |
|---|---|
| 128<br>3/16/2020 | **I:** SSC collaborated with met DO Kim regarding Discharge. SSC with PT (Maxwell, Admiranda) and introduced self. SSC verified PT's identity by looking at her wrist band. SSC informed PT that she was being discharged and were waiting for her son to arrive between 5:30-6 to pick her up. SSC also reiterated to PT that homeland security will be called upon discharge as instructed by the hold. SSC also emphasized that the plan DO Kim ordered id for PT to wait for son. SSC provided PT with Medical records request form and then gave it to Monique for processing. SSC asked PT if she follows up with OPMH services. SSC encouraged PT to consider therapy to address the lose of her husband and other stressors that could be impacting her. SSC prepared DC plan, Firearms prohibition form and the endorsed chart to SSC Kith to proceed with discharge.<br><br>**R:** PT was cooperative at DC interview, however a bit anxious. She verified her identity by showing ID band on wrist. PT stated she was was aware of plan to have her son pick her up. She requesting to leave ASAP and that she would go to her friend's house since she didn't want to miss her quiz. She requested a copy of her records and filled out the request form. After going back and forth- PT agreed to original plan to wait for her son. She did not have any other questions.<br><br>**R:** DO Kim provided summary of her conversation with PT's son and reported that he will arrive to LA at 1600. Then arrange a rental car to then come and pick up PT.  She also instructed to have SSC call homeland Security: Thomas Vasquez (415-310-7376) at 1630 and inform them that PT will be discharging from 1730-1830<br><br>Spoke to homeland. said ok to Release<br><br>E. Garcia AMFT 82597<br>Social Services Coordinator |

## PROGRESS NOTE

| Time, Date | (For each separate entry place time, date, signature, and discipline) |
|---|---|

Service Date: 09/16/2020

Cocaine: ☒ Negative ☐ Positive

Methamphetamines: ☒ Negative ☐ Positive

THC: ☒ Negative ☐ Positive

Opiates: ☒ Negative ☐ Positive

PCP: ☒ Negative ☐ Positive

Benzodiazepines: ☒ Negative ☐ Positive

PREGNANCY: ☒ Negative ☐ Positive ☐ N/A

Signature _S mprin/a_ Discipline: _RN_ License: _441774_

Client Name: Maxwell, Amiranda   IBHIS ID #:

Unit: 2000 Harbor   Subunit: 2070 Harbor - UCC   Cerner Case #:



January 12, 2021

Admiranda Maxwell
Sent electronically to MAXWELL_ADMIRANDA@STUDENT.SMC.EDU

**PERSONAL AND CONFIDENTIAL** - Case Number: 2020034301

RE: Notice of Immediate Suspension and Right to Appeal

Dear Ms. Maxwell,

You are hereby notified that you are being suspended from Santa Monica College for two (2) years and for the following terms: Spring 2021, Summer 2021, Fall 2021, Winter 2022, Spring 2022, Summer 2022, Fall 2022, and Winter 2023. In addition, I have determined that an immediate interim suspension is required in order to protect the safety or welfare of persons or property pending a hearing. You are hereby ordered and directed not to enter any property or facility of Santa Monica College without my written permission. In addition, you are directed not to communicate with any instructor by email or other means.

The specific facts and charges upon which this disciplinary action has been taken are as follows:

You have sent a series of communications that contain demonstrably false information, intended to intimidate College personnel.

On December 9, 2020, you sent a communication to your instructor stating:

*I did sent to Lina Ladyzhenskaya*

*Dear Lina Ladyzhenskaya Do you have insufficient supporting evidence to determine whether an accusation is true? If you don't have that mean a completely false allegation, in that the alleged events did not occur. I am taking Matter Seriously and I passed your letter to my attorney.*

*My attorney said that "These types of false accusations are punished more severely because the risk of the accused's civil rights being violated is much higher, as well as the waste of public resources is much greater. In fact, under federal law, false accusations can be punished by up to two decades in jail.*

You did not contact an attorney and no attorney would have provided you with such advice.

On December 19, 2020, your instructor informed you that he had concerns about your final exam writing assignment. On December 21, 2020, you met with your instructor along with the ESL department chair and one of the College's ombudspersons. During this meeting, you were informed that your instructor believed that you had received help on your final exam and that he

---

Santa Monica Community College District • 1900 Pico Blvd. • Santa Monica, CA 90405-1628 • (310) 434-4000
Dr. Kathryn E. Jeffery, Superintendent and President

would be submitting an academic dishonest referral. Following the meeting, you sent communication to your instructor stating: "*I must serve you with legal documents that show that a legal action is pending against you. Can you tell me a post office box or mailing address to ultimately have you served.*" This email was sent for the purpose of intimidating and harassing your instructor. On December 31, 2020, your emailed Campus Counsel and stated: "*My name is Admiranda Maxwell and I am a student at SMC.2020 Fall ? ESL 11A (2352) [1..17] ? GRAZIADEI ? (G). In fact, I have already begun filing lawsuit for reimbursement lawsuit.*" The email included Canvas grading information for you. Campus Counsel responded on the same day: "It is unclear why you sent me this email with all of your test scores. If you have a specific complaint, I can direct you to the appropriate office."

On December 31, 2020, you responded with an email which stated in part: "*I receive a letter(attached) to contact you before I file lawsuit against my English Professor Keith Graziadei, emotionally abuse which leaded to miscarriage and vaginal bleeding.*" The letter attached to the email purported to be from a Sarah Randall. The letter falsely accused your instructor of committing serious crimes. The letter was written by you and not Sarah Randall. In the event of a hearing, the College will introduce numerous other documents you have authored purported to be authored by others. As an example, on December 24, 2020, you filed a complaint in the United States District Court for the Central District of California against three Santa Monica police officers. You attached as exhibits to the complaint various letters that you asserted were written by other individuals. You attached an envelope purporting to contain one of these letters. The envelope was identical to the envelope that you claimed the Sarah Randall letter was used to mail to you.

On January 4, 2021, you telephoned Campus Counsel. He informed you that he did not believe that the letter was written by Ms. Randall. He informed you that you should have your attorney contact him. Following the telephone conversation, you emailed Campus Counsel and once again attached the letter from Ms. Randall. Your email stated in part:

*I called you This morning to have a conversation by phone about my ESL Professor Keith Graziadei, emotionally abuse which leaded to miscarriage and vaginal bleeding. (evidence doctor report). You right away brought up the subject of the letter. I was trying to resolve that issue without going to court but you continue to accuse me unjustly.*

*My lawyer believes that letter was sent by either you or madam. For that reason, I did not mention anything about the letter, but only about my ESL Professor Keith Graziadei. The letter would only have benefited you, not me, as it says so many great things about you, not me.*

*My lawyer asked me today to speak with you to see how our conversation would go. He wanted me to pay special attention to how you would drive the conversation, and to your responses to see if you would bring up the topic of the letter, which you did. As you know, at the outset of our conversation, I informed you that I was recording everything as was suggested to do but my lawyer.*

*My lawyer believes you already have spoken with Student Judicial Affairs; Director of Student Judicial Affairs Lina Ladyzhenskaya: 310?434?4655, Counselor, Student Judicial Affairs Antonya Jackson: 310?434?8750, Administrative Assistant Lisa Lewis Burns: 310?434?4220 or HUTCHINSON_SANDRA and other depts and told them that I was responsible for writing the letter so that they would believe you and think I was untrustworthy.*

*I have email off the letter you are referring to, that I could easily send you Student Judicial Affairs; Director of Student Judicial Affairs Lina Ladyzhenskaya: 310?434?4655, Counselor, Student Judicial Affairs Antonya Jackson: 310?434?8750, Administrative Assistant Lisa Lewis*

*Burns: 310?434?4220 or HUTCHINSON_SANDRA in all departments.*

*At this point How can we resolve this issue Re: my ESL Professor. Can we resolve this by talking through it? And come to an agreement? Or shall I do as you keep insisting that I do abs take you to court.  Please get back to me as soon as possible.*

Your email contains false information and accusations. No lawyer told you that the letter was written by Campus Counsel or "madam." No lawyer told you to record the conversation. If you in fact recorded the conversation, you did not inform Campus Counsel that you were doing so. Your motives for making these false accusations is set forth in the last paragraph where you threaten to go to court unless you received the grade that you desire. The unauthorized recording of a telephone conversation constitutes a violation of Penal Code Section 632.

In response to this email, Campus Counsel informed you that Student Judicial Affairs would be in contact with you and that he would "only deal with your attorney and not directly with you."

On January 5, 2020, you emailed Campus Counsel. However, the text of the email suggested that you were writing to a lawyer:

*Bonjour Lucas,*

*Please look at the email below he wants to deal with you. Also he said that he spoke with a person's name on the letter.*

*Thank you again for the file lawsuit. I am very excited about this case. Following our conversation, I realized there were two more things I wanted to tell you that time didn't I started working in the hospitals at the beginning of July under the supervision of senior staff. Technically senior staff and other hospital staff including nursing agree to testify and bring certain documents with them. They said that to prove the weight of the evidence my miscarriages was caused by Professor Keith Graziadei the jury will return guilty verdicts as referenced above and the trial court will send him to an aggregate term of six to 12 years' incarceration.*

*Their testimony is an important contribution to the case, because it is one of the first to prove that I wrote paragraph. Highlight the important contribution that addressing emotional abuse made in prevention, particularly I lost twins. There is testimony in this case of any vaginal bleeding and lost twins by my doctor.*

*Notice when you file original Barbara Trust dated December 18,2001 and will Timothy Randall and Baker & Baker will convicted of the crime, ( a false or forged document filed in 2016)they could be sentenced to upwards of 16 months, 2 or 3 years in State Prison which means they would be required to serve time in State Prison for a conviction. Please show the court and district attorney all documents if robert subpoena her to testify.*

*Thank you*

*Miranda*

On January 5, 2021, you were sent an email by Office of Student Judicial Affairs to schedule an appointment concerning academic dishonesty. On January 8, 2021, you sent the Office of Student Judicial Affairs a letter purporting to be to your attorney:

*Bonjour Lucas,*

*I received an email from LADYZHENSKAYA_LINA "Later this afternoon you will be sent a letter from my office regarding an academic dishonesty report" However no one followed up with me to schedule an appointment to discuss this. I told you in a previous email I am doing my residency at the hospital under the supervision of senior staff. That person wants to be with me in the room when that meeting with LADYZHENSKAYA_LINA and others for unfair grading I received and a miscarriage, which happened for a variety of emotional distress reasons. I was also advised by senior staff not to let senior staff be there in the room during that meeting. In fact, if they were to understand that there's senior staff they would know that every night, following a long day at work, after seeing patients, would return to the computer for several hours to finish up electronic patient charts in English. And they would not candidly.*

*Furthermore, I feel not only would they not tell the truth, they may try to intimidate me so as to keep themselves from going to court.*

*Also senior staff have suggested it's best not to let them know I even have an attorney because they could then try to cover their track and any evidence. If they were to know I had evidence, then the college could fire the professor, and just apologize to me, and I would not [r]ecover up to $540,000 in pain and suffering, or any non-economic damages or go forward with this lawsuit as that works to the end of it.*

*Would you please review these comments and let me know what you think.*

*Please see the forwarded email from Linda*

*Thank you so much*

*Miranda*

You have engaged in misconduct for which you are subject to discipline for violating the following provisions of Santa Monica College Administrative Regulation (AR) 4410:

- AR4410.1(A). Continued disruptive behavior
- AR4410.1(K). Obstruction or disruption of teaching, administration, or disciplinary procedures
- AR4410.1(I) Dishonesty including knowingly furnishing false information to the College.
- AR4410.1(M). Willful or blatant misuse of email or other inappropriate forms of communication toward faculty, staff or students.
- AR4410.1(O). Violation of college policies or of campus regulations.

**You have the right to a formal conference to discuss the interim suspension. If you are interested in such a conference, please email this office to schedule a meeting at:** student_judicial_affairs@smc.edu

Below you will find a link to Santa Monica College AR 4410. It outlines your right to due process, the hearing and appeal process, and the readmission process for suspended students.

https://www.smc.edu/student-support/student-judicial-affairs/documents/AR4410-Rules_for_Student_Conduct.pdf

You are hereby informed that:

You have the right to appeal this suspension. You may file in my office a written Notice of Intention to Appeal your suspension to the Student Conduct Appeals Committee. Such notice

must be filed within forty-eight (48) hours (two school days) following this notice of disciplinary action. Within five (5) school days after filing a Notice of Intent to Appeal, you must file with the College Disciplinarian a written response to the charges. The Student Appeals Committee may review only those charges to which a student responds. You have the right to appear in person to question all witnesses who testify at the hearing, to question all other evidence presented, and to present oral and documentary supporting evidence, including witnesses. If you are to be represented by legal counsel, you shall notify the committee at least forty-eight (48) hours (two school days) prior to the meeting.

If you have any questions regarding this procedure, you may email this office at student_judicial_affairs@smc.edu.

Sincerely,

Michael Tuitasi
Vice President, Student Affairs

CC:    Admiranda Maxwell's personal email: goodlife7340@gmail.com

 LexisNexis®

**For Customer Support refer to the appropriate platform below:**

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

PAGE COUNT: 11

CLIENT :      207857
DIVISION :   A2
ADJUSTER : USW9FXI6
CLAIM :      7002273606-1

TRANSACTION # :   1255577661
DATE :            01/22/2021

DATE OF LOSS :   01/01/2021      TIME OF LOSS : 19:39
STREET :         VAN BUREN AND CENTRAL
CITY :           AVONDALE
COUNTY :         MARICOPA
STATE :          AZ

INVESTIGATING AGENCY :   AVONDALE PD
REPORT NUMBER :          2100141
REPORT TYPE :            Auto Accident
PARTY 1 :                GREGORY M KISNER
PARTY 2 :                JOHN  LARE
PARTY 3 :

CAR : ROGUE 4D 4WD S/      MAKE : NISSAN      YEAR : 2019
                    TAG :

DRIVER LICENSE :   D02463160
ADDITIONAL INFO :

NOTE :

# ARIZONA CRASH REPORT

| | | |
|---|---|---|
| **1** | POLICE ONLY – FORWARD COPY TO<br>ADOT TRAFFIC RECORDS SECTION, 064R<br>206 S. 17TH AVE., PHOENIX, ARIZONA 85007-3233 | YEAR 2 | MONTH 1 | DAY 0 | HOUR 1 0 | 1 | 9 1 0 | NCIC NO. 0 7 0 1 | OFFICER ID NO. 0 0 1 3 4 9 | Report No. 2100141<br>Total Number of Sheets 4 |

**COMPLETE THE TRUCK/BUS SUPPLEMENT IF ANY** ☑ (circle) AND ANY ◇ (diamond) ARE CHECKED

| **2** | Total Units 2 | Total Injuries 1 | Total Fatalities 0 | Estimated Total Damage Compared<br>To $1,000 Limit: ☑ Over ☐ Under | ○ Fatal | ☐ Hit/Run<br>Unit # ◇ | Person Transported for<br>Immediate Medical Care? ◇ | Tow Away of At Least<br>One Vehicle from Scene? ◇ | District or Grid No.<br>Beat 7 |

**3**

| LOCATION | On Highway/Road/Street<br>E. Van Buren St. | | ☑ Inside<br>☐ Outside | City<br>Avondale | County<br>Maricopa |
|---|---|---|---|---|---|
| | Intersecting Street/Road/M.P. or R.P.<br>☐ At    ☑ From N. Central Ave. | | ☐ North ☑ East ☐ Plus<br>☐ South ☐ West ☐ Minus | Distance<br>360 | ☐ Measured<br>☑ Approximate | ☐ Miles<br>☑ Feet |

| Light Condition<br>☐ 1 Daylight<br>☐ 2 Dawn<br>☐ 3 Dusk | ☑ 4 Dark – Lighted<br>☐ 5 Dark – Not Lighted<br>☐ 6 Dark – Unknown Lighting | ☐ 51 Unknown | Weather Conditions<br>☑ 1 Clear<br>☐ 2 Cloudy<br>☐ 3 Sleet, Hail (freezing rain/drizzle) | ☐ 4 Rain<br>☐ 5 Snow or Blowing Snow<br>☐ 7 Blowing Sand, Soil, Dirt | ☐ 8 Fog, Smog, Smoke<br>☐ 50 Other<br>☐ 51 Unknown |
|---|---|---|---|---|---|
| GLOBAL POSITION | Latitude: | | | Longitude | |

**4**

Is this a Secondary Collision:    ☐ Yes ☑ No
If YES, were any of the following 1st responders hit?
☐ Law Enforcement    ☐ Fire    ☐ EMS    ☐ Tow Operator    ☐ DOT Worker    ☐ Other _____

| Roadway Clear Time: | 2 0 5 2 | Incident Clear: | 0 1 4 0 |

| Safety Devices (SD)<br>0 – Not Applicable<br>1 – None Used<br>2 – Lap Belt<br>3 – Shoulder and Lap Belt<br>4 – Child Restraint System<br>5 – Helmet Used<br>50 – Other<br>51 – Unknown | Airbag (AB)<br>0 – Not Applicable<br>1 – Deployed – Front<br>2 – Deployed – Side (Door, seatback)<br>3 – Deployed – Curtain (roof)<br>4 – Deployed – Other (knee, airbelt, etc.)<br>5 – Deployed – Combination<br>6 – Deployed – Unknown Location<br>7 – Not Deployed | Injury Severity (IS)<br>1 – No Injury<br>2 – Possible Injury<br>3 – Suspected Minor Injury | 4 – Suspected Serious Injury<br>5 – Fatal Injury<br>51 – Unknown/<br>Not Reported | Seating Position<br>31 21 11<br>32 22 12 42<br>33 23 13<br>38 28 18 | 18 – Front Seat – Other (child in Lap)<br>28 or 38 – Additional passenger in vehicle by row<br>40 – In enclosed cargo area<br>41 – In unenclosed cargo area<br>42 – Riding on Vehicle Exterior<br>50 – Other<br>51 – Unknown |
|---|---|---|---|---|---|

**5**

### TRAFFIC UNIT NO. 1

| ☑ DL # ☐ No Valid License/Permit<br>D02463160 | State AZ | Class D | End. | ☑ Driver ☐ Driverless<br>☐ Pedestrian ☐ Pedalcyclist | Name (First, Middle, Last)<br>Gregory Micah Kisner | ☐ ejected ☐ extricated | Suffix | Sex M |
|---|---|---|---|---|---|---|---|---|

| Restrictions | Address<br>2289 N. Beverly Pl. | City<br>Buckeye | State AZ | Zip Code 85396 | Telephone Number 619-733-8884 |
|---|---|---|---|---|---|

| Date of Birth 03/15/1987 | Owner/Carrier Name ☐ Same as Driver ☐ Gov't Vehicle<br>Karen Kisner | Address<br>2289 N. Beverly Pl. | City<br>Buckeye | State AZ | Zip Code 85396 |
|---|---|---|---|---|---|

| Color Silver | Vehicle Year 2019 | Make Nissan | Body Style Rogue | Plate Number 2Y8912 | State SD | Plate Mo/Yr 06/2021 | ◇ Bus (9 or more seats) |
|---|---|---|---|---|---|---|---|

| VIN KNMAT2MVXKP503137 | Autonomous Veh ☐<br>Control: Man ☐ AV ☐ Unkn ☐ | Trailer (Other Unit) Plate No. | State | Year | GVW / GCWR<br>(Rated) Greater<br>Than 10k pounds? | ◇ Yes<br>☑ No | HazMat Placard?<br>◇ Yes ☑ No |
|---|---|---|---|---|---|---|---|

| Safety Devices 2 | Airbag 5 | Injury Severity 3 | Posted Speed Limit 40 | Ofc Est. Speed 40 | Injured Transported To/By | |
|---|---|---|---|---|---|---|

| Vehicle Removed to (Address/Storage Location Identifier)<br>901 E. Riley Dr. Avondale, AZ 85323 | ☑ Disabled<br>☐ Not Disabled | Vehicle Removed by<br>EZ Towing | Orders of<br>ARS 28-3511 |
|---|---|---|---|

| Insurance Company<br>Farmers | Telephone Number<br>888-327-6335 | Policy Number<br>516102501 | Exp. Date<br>09/2021 |
|---|---|---|---|

### TRAFFIC UNIT NO. 2

| ☑ DL # ☐ No Valid License/Permit<br>F5345764 | State CA | Class C | End. | ☑ Driver ☐ Driverless<br>☐ Pedestrian ☐ Pedalcyclist | Name (First, Middle, Last)<br>John Lare | ☐ ejected ☐ extricated | Suffix | Sex M |
|---|---|---|---|---|---|---|---|---|

| Restrictions | Address<br>10746 Francis Place Unit 143 | City<br>Los Angeles | State CA | Zip Code | Telephone Number 310-498-2435 |
|---|---|---|---|---|---|

| Date of Birth 06/24/1959 | Owner/Carrier Name ☑ Same as Driver ☐ Gov't Vehicle | Address | City | State | Zip Code |
|---|---|---|---|---|---|

| Color Black | Vehicle Year 2010 | Make Lexus | Body Style 4DSD | Plate Number 8BVT220 | State CA | Plate Mo/Yr 03/2021 | ◇ Bus (9 or more seats) |
|---|---|---|---|---|---|---|---|

| VIN JTHBK1EG0A2391511 | Autonomous Veh ☐<br>Control: Man ☐ AV ☐ Unkn ☐ | Trailer (Other Unit) Plate No. | State | Year | GVW / GCWR<br>(Rated) Greater<br>Than 10k pounds? | ◇ Yes<br>☑ No | HazMat Placard?<br>◇ Yes ☑ No |
|---|---|---|---|---|---|---|---|

| Safety Devices 1 | Airbag 1 | Injury Severity 4 | Posted Speed Limit 40 | Ofc Est. Speed 38 | Injured Transported To/By<br>ABRAZO Trauma Center by Ambulance | |
|---|---|---|---|---|---|---|

| Vehicle Removed to (Address/Storage Location Identifier)<br>901 E. Riley Dr. Avondale, AZ 85323 | ☑ Disabled<br>☐ Not Disabled | Vehicle Removed by<br>EZ Towing | Orders of<br>Police |
|---|---|---|---|

| Insurance Company<br>GEICO | Telephone Number<br>800-841-3000 | Policy Number<br>4106814439 | Exp. Date<br>03/2021 |
|---|---|---|---|

**6**

| PASSENGERS | Unit # | Seat Pos | SD | AB | IS | Name | Address | City | State | Zip Code | Phone | Sex | D.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ transported by EMS/Fire | | | ☐ ejected | ☐ extricated | | | |
| | | | | | | ☐ transported by EMS/Fire | | | ☐ ejected | ☐ extricated | | | |
| | | | | | | ☐ transported by EMS/Fire | | | ☐ ejected | ☐ extricated | | | |

**7** VEHICLE DAMAGED AREA(S) – (CIRCLE ALL THAT APPLY)

Unit # 1 — 0 – NONE, 10 – UNDERCARRIAGE, 51 – UNKNOWN

Unit # 2 — 0 – NONE, 10 – UNDERCARRIAGE, 51 – UNKNOWN

**8**

| Property Damaged (Other than Vehicles) | Owner Code 1 – Private    3 – Federal Government    5 – County in Arizona    7 – Tribal Nation<br>(OC)    2 – Public Utility    4 – State of Arizona    6 – City in Arizona    51 – Unknown | Inventory Tag No |
|---|---|---|
| OC | Owner's Name | Address (or Bar Code ID Number) | City | State | Zip Code | Telephone Number |

**9**

| WITNESSES | Name | Address | City | State | Zip Code | Telephone Number | D.O.B. |
|---|---|---|---|---|---|---|---|
| | Samantha Martinez | 10902 W. Cambridge Ave. | Avondale | AZ | 85392 | 623-696-2163 | 07/03/1995 |
| | Susan Johnson | 12395 W. Tonto St. | Avondale | AZ | 85323 | 317-313-6706 | 04/26/1964 |
| | Adam Johnson | 12395 W. Tonto St. | Avondale | AZ | 85323 | 317-313-6706 | 08/14/1993 |

**10**

| CITATION | UNIT # | A.R.S. NO. OR CITY CODE | UNIT # | A.R.S. NO. OR CITY CODE |
|---|---|---|---|---|

**11**

| Photos Taken ☑ Yes ☐ No | Photographer's Name, ID Number and Agency Name<br>Officer J. Selby #1349  Avondale PD | Invest. At Scene ☑ Yes ☐ No | Date Invest.<br>01/01/2021 | Time Invest.<br>1924 | Fire/EMS Incident No<br>21001363 |
|---|---|---|---|---|---|
| Officer's Name / Badge #<br>Officer J. Selby #1349 | Supervisor's Signature | Agency Name<br>Avondale Police Department | | Date Completed<br>01/01/2021 |

01-2704A R11/17

# ARIZONA CRASH REPORT

Record No. 2100141

**1**

| POLICE ONLY – FORWARD COPY TO | YEAR | MONTH | DAY | HOUR | | NCIC NO. | OFFICER ID NO. | |
|---|---|---|---|---|---|---|---|---|
| ADOT TRAFFIC RECORDS SECTION, 064R 206 S. 17TH AVE., PHOENIX, ARIZONA 85007-3233 | 2 | 1 0 | 1 1 | 9 1 0 | 0 7 0 1 | 0 0 1 3 4 9 | Total Number of Sheets | 4 |

**COMPLETE THE TRUCK/BUS SUPPLEMENT IF ANY** ◇ (circle) **AND ANY** ◇ (diamond) **ARE CHECKED**

**2**

| Total Units 2 | Total Injuries 1 | Total Fatalities 0 | Estimated Total Damage Compared To $1,000 Limit: ☑ Over ☐ Under | ○ Fatal | ☐ Hit/Run Unit # ____ | ☑ Person Transported for Immediate Medical Care? | ☑ Tow Away of At Least One Vehicle from Scene? | District or Grid No. Beat 7 |
|---|---|---|---|---|---|---|---|---|

**3**

| LOCATION | On Highway/Road/Street E. Van Buren St. | | ☑ Inside ☐ Outside | City Avondale | | County Maricopa |
|---|---|---|---|---|---|---|
| | Intersecting Street/Road/M.P. or R.P. ☐ At ☑ From N. Central Ave. | | ☐ North ☑ East ☐ South ☐ West | ☐ Plus ☐ Minus | Distance 360 | ☐ Measured ☑ Approximate | ☐ Miles ☑ Feet |

| Light Condition ☐ 1 Daylight ☐ 2 Dawn ☐ 3 Dusk | ☑ 4 Dark – Lighted ☐ 5 Dark – Not Lighted ☐ 6 Dark – Unknown Lighting | ☐ 51 Unknown | Weather Conditions ☑ 1 Clear ☐ 2 Cloudy ☐ 3 Sleet, Hail (freezing rain/drizzle) | ☐ 4 Rain ☐ 5 Snow or Blowing Snow ☐ 7 Blowing Sand, Soil, Dirt | ☐ 8 Fog, Smog, Smoke ☐ 50 Other ☐ 51 Unknown |
|---|---|---|---|---|---|

GLOBAL POSITION | Latitude: | Longitude

**4**

| Is this a Secondary Collision: ☐ Yes ☑ No If YES, were any of the following 1st responders hit? ☐ Law Enforcement ☐ Fire ☐ EMS ☐ Tow Operator ☐ DOT Worker ☐ Other ____ | Roadway Clear Time: | 2 0 5 2 | Incident Clear: | 0 1 4 0 |
|---|---|---|---|---|

**5**

| Safety Devices (SD) 0 – Not Applicable 1 – None Used 2 – Lap Belt 3 – Shoulder and Lap Belt 4 – Child Restraint System 5 – Helmet Used 50 – Other 51 – Unknown | Airbag (AB) 0 – Not Applicable 1 – Deployed – Front 2 – Deployed – Side (Door, seatback) 3 – Deployed – Curtain (roof) 4 – Deployed – Other (knee, airbelt, etc.) 5 – Deployed – Combination 6 – Deployed – Unknown Location 7 – Not Deployed | Injury Severity (IS) 1 – No Injury 2 – Possible Injury 3 – Suspected Minor Injury | 4 – Suspected Serious Injury 5 – Fatal Injury 51 – Unknown/ Not Reported | Seating Position 31 21 11 32 22 12 42 33 23 13 36 28 16 | 18 – Front Seat – Other (child in Lap) 28 or 38 – Additional passenger in vehicle by row 40 – In enclosed cargo area 41 – In unenclosed cargo area 42 – Riding on Vehicle Exterior 50 – Other 51 – Unknown |
|---|---|---|---|---|---|

### TRAFFIC UNIT NO. 1

| ☑ DL # ☐ No Valid License/Permit D02463160 | State AZ | Class D | End. | ☑ Driver ☐ Pedestrian | ☐ Driverless ☐ Pedalcyclist | Name (First, Middle, Last) Gregory Micah Kisner | ☐ ejected ☐ extricated | Suffix | Sex M |
|---|---|---|---|---|---|---|---|---|---|

| Restrictions | Address 2289 N. Beverly Pl. | City Buckeye | State AZ | Zip Code 85396 | Telephone Number 619-733-8884 |
|---|---|---|---|---|---|

| Date of Birth 03/15/1987 | Owner/Carrier Name ☐ Same as Driver ☐ Gov't Vehicle Karen Kisner | Address 2289 N. Beverly Pl. | City Buckeye | State AZ | Zip Code 85396 |
|---|---|---|---|---|---|

| Color Silver | Vehicle Year 2019 | Make Nissan | Body Style Rogue | Plate Number 2Y8912 | State SD | Plate Mo/Yr 06/2021 | ◇ Bus (9 or more seats) |
|---|---|---|---|---|---|---|---|

| VIN KNMAT2MVXKP503137 | Autonomous Veh ☐ Control: Man ☐ AV ☐ Unkn ☐ | Trailer (Other Unit) Plate No. | State | Year | GVW / GCWR (Rated) Greater Than 10k pounds? ◇Yes ☑ No | HazMat Placard? ◇ Yes ☑ No |
|---|---|---|---|---|---|---|

| Safety Devices 2 | Airbag 5 | Injury Severity 3 | Posted Speed Limit 40 | Ofc Est. Speed 40 | Injured Transported To/By |
|---|---|---|---|---|---|

| Vehicle Removed to (Address/Storage Location Identifier) 901 E. Riley Dr. Avondale, AZ 85323 | ☑ Disabled ☐ Not Disabled | Vehicle Removed by EZ Towing | Orders of ARS 28-3511 |
|---|---|---|---|

| Insurance Company Farmers | Telephone Number 888-327-6335 | Policy Number 516102501 | Exp. Date 09/2021 |
|---|---|---|---|

### TRAFFIC UNIT NO. 2

| ☑ DL # ☐ No Valid License/Permit F5345764 | State CA | Class C | End. | ☑ Driver ☐ Pedestrian | ☐ Driverless ☐ Pedalcyclist | Name (First, Middle, Last) John Lare | ☐ ejected ☐ extricated | Suffix | Sex M |
|---|---|---|---|---|---|---|---|---|---|

| Restrictions | Address 10746 Francis Place Unit 143 | City Los Angeles | State CA | Zip Code | Telephone Number 310-498-2435 |
|---|---|---|---|---|---|

| Date of Birth 06/24/1959 | Owner/Carrier Name ☑ Same as Driver ☐ Gov't Vehicle | Address | City | State | Zip Code |
|---|---|---|---|---|---|

| Color Black | Vehicle Year 2010 | Make Lexus | Body Style 4DSD | Plate Number 8BVT220 | State CA | Plate Mo/Yr 03/2021 | ◇ Bus (9 or more seats) |
|---|---|---|---|---|---|---|---|

| VIN JTHBK1EG0A2391511 | Autonomous Veh ☐ Control: Man ☐ AV ☐ Unkn ☐ | Trailer (Other Unit) Plate No. | State | Year | GVW / GCWR (Rated) Greater Than 10k pounds? ◇Yes ☑ No | HazMat Placard? ◇ Yes ☑ No |
|---|---|---|---|---|---|---|

| Safety Devices 1 | Airbag 1 | Injury Severity 4 | Posted Speed Limit 40 | Ofc Est. Speed 38 | Injured Transported To/By ABRAZO Trauma Center by Ambulance |
|---|---|---|---|---|---|

| Vehicle Removed to (Address/Storage Location Identifier) 901 E. Riley Dr. Avondale, AZ 85323 | ☑ Disabled ☐ Not Disabled | Vehicle Removed by EZ Towing | Orders of Police |
|---|---|---|---|

| Insurance Company GEICO | Telephone Number 800-841-3000 | Policy Number 4106814439 | Exp. Date 03/2021 |
|---|---|---|---|

**6**

| PASSENGERS | Unit # | Seat Pos | SD | AB | IS | Name | Address | City | State | Zip Code | Phone | Sex | D.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ transported by EMS/Fire | | ☐ ejected | | ☐ extricated | | | |
| | | | | | | ☐ transported by EMS/Fire | | ☐ ejected | | ☐ extricated | | | |
| | | | | | | ☐ transported by EMS/Fire | | ☐ ejected | | ☐ extricated | | | |

**7**

VEHICLE DAMAGED AREA(S) (CIRCLE ALL THAT APPLY)

Unit # — 1, 2✓, 3, 4, 5, 6, 7, 8✓ | 0 – NONE  10 – UNDERCARRIAGE  51 – UNKNOWN

Unit # — 1, 2✓, 3, 4, 5, 6, 7, 8✓ | 0 – NONE  10 – UNDERCARRIAGE  51 – UNKNOWN

**8**

| Property Damaged (Other than Vehicles) | Owner Code (OC) | 1 – Private 2 – Public Utility | 3 – Federal Government 4 – State of Arizona | 5 – County in Arizona 6 – City in Arizona | 7 – Tribal Nation 51 – Unknown | Inventory Tag No. |
|---|---|---|---|---|---|---|

| OC | Owner's Name | Address (or Bar Code ID Number) | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|---|

**9**

| WITNESSES | Name Aubree Johnson | Address 12395 W. Tonto St. | City Avondale | State AZ | Zip Code 85323 | Telephone Number 623-687-7220 | D.O.B. 01/18/1991 |
|---|---|---|---|---|---|---|---|

**10**

| CITATION | UNIT # | A.R.S. NO. OR CITY CODE | UNIT # | A.R.S. NO. OR CITY CODE |
|---|---|---|---|---|

| Photos Taken ☑ Yes ☐ No | Photographer's Name, ID Number and Agency Name Officer J. Selby #1349 Avondale PD | Invest. At Scene ☑ Yes ☐ No | Date Invest. 01/01/2021 | Time Invest. 1924 | Fire/EMS Incident No 21001363 |
|---|---|---|---|---|---|

| Officer's Name / Badge # Officer J. Selby #1349 | Supervisor's Signature | Agency Name Avondale Police Department | Date Completed 01/01/2021 |
|---|---|---|---|

01-2704A R11/17

Department of Homeland Security
National Benefit Center
Post Office Box 648003
Lee's   Summit Mo 64002


Internal Revenue Service
Po Box 120053
Covington Ky 41012


Admiranda Maxwell
Po. Box 34281
Los Angeles Ca 90034


Our names are Inna and Olga Parizher and had witnessed  Vladimir Parizher (309
S Palm Dr Beverly Hills, CA 90212) who is West Hollywood Immigration Lawyer
the crime.


In 2014 Bakers paid Vlad $4.000.000, cash (from Tucker Trust) for preparing
fraudulent statements on immigration documents on behalf of Admiranda Maxell
including deliberately giving false details on [her] a birth certificate which ICI
does not pursue a criminal investigation, only initiates an administrative review
process to determine and she should be denied, and the alien placed in removal
proceeding the layering and integration phases make it very difficult to track and
trace them.


 Bakers paid him $44.000 bribes to immigration services officer with U.S.
Citizenship and Immigration Services (USCIS) who had the power to not approve
applications for permanent resident status of Maxwell– even though he knew she
did qualify for this benefit.

In another instance, Vladimir using a West Hollywood law firm to fraudulently seek asylum for clients primarily from Russia, or the CIS, Asia or other country prepares and submit fraudulent asylum applications, affidavits and other documents to USCIS, and to coach asylum seekers to lie under oath during immigration proceedings.

Personally, we have proof that bakers paid $444.000 to Vladimir bribed a panel of judges selected to investigate a judicial misconduct complaint against judge Arron Heisler Walter who accepted $400.000 bribe to grant Vexatious litigation against Ms. Maxwell of judicial misconduct and close case. (Enclosed letter was sent to Vladimir).

Note that Bakers forged signature on the medical record release authorization Motion and filed on May 9,2018 that was a single action, even a frivolous one, is usually not enough to raise a litigant to the level of being declared vexatious. Repeated and severe instances wasn't by Maxwell. Vexatious Litigant granted in exchange $400.000 bribe.

His and his co-conspirators estimates that annual illicit proceeds total more than $600million. They falsely recorded the hundreds of millions of dollars in international wire transfers sent to the Asia and Israel citizen deducted the fraudulent tax liability and evading more than $ million in taxes.

Vladimir and his co-conspirators a danger you cannot possibly appreciate as misuse their positions of authority to manipulate and exploit that system for their own personal financial gain.

Department of Homeland Security   and Internal Revenue Service
has power can disbarred their law license — a relatively rare consequence in the realm of their crimes

Inna and Olga Parizher

Admiranda Maxwell
1119 20th Street #A
Santa Monica CA 90403

U.S. Department of Homeland Security
USCIS National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

KAREN KISHNER BIRTH
2289 N BEVERLY PL
BUCKEYE AZ 85396

TO: U.S. Department of Homeland Security,


USCIS officer Tomas Vasquez 415-310-7376  Bertha Torres Juventina Cuevas ,Alex Cuevas, and Teresa Belmudez,( who are serial killer came US illegal Stive and Vladimir Parizher 310-595-4963 who are working as a Mail Carrier at United States Postal Service in Santa Monica, CA for the route,  -21th Street 90403  etc, and immigration a lawyer mail packages (thousands of  kilogram-quantities of fentanyl and heroin) from the post office  and take them into 911911 Lambert Rd, Irvine, CA, 92618-1104 and KHERADMAND, FARAMARZ apartment 1119 20th street #B Santa Monica  their  personal vehicle to avoid detection and to protect the narcotics through the U.S. mail they brought in 4 billion probably 10 billion a year total they  brought $440 billions of dollars.

Predicts crime three years in advance,

On April 24, 2020 they will force 12- male students disappeared from the Ayotzinapa Rural Teachers' College, Joseph Booth-Metwally missing (December 14, 2006), Elijah Moore (November 4, 2016) , reportedly begged Stive and Vladimir Parizher 310-595-4963 (who was removing mail packages thousands of  kilogram-quantities of fentanyl and heroin from the post office  and take them into KHERADMAND, FARAMARZ apartment 1119 20th street #B Santa Monica ) to tell authorities Keith Graziadei, Sarah Randall, Michael Tuitasi and Robert M. Myers (work at SMC who will be nude and who will Gregory M Kisner a drink, and  causing the car to collide with John Lare leaving John brain damaged and paralyzed from the head down in exchange destroy the videos) repeatedly to sexually abuse them . They will ask for help on Next-door (#A Milliman) to rescue a students and other children  but FARAMARZ  will shook him vigorously backwards and forwards briefly and then threw him backwards and called to Jay A Schrier (858-663-5231, who will kill Hayes Milliman and steal 2018-Mercedes Benz (Account number 5000846368001from 1119 20th Street by order Timothy L Randall, William Baker) from him  phone and order make up domestic violence story and to call 911 and false accuse woman domestic violence and SMPD officers Mr. REYNOLDS, Mr. VARAK, Mr. DIAZ will arrest reappears, distracting Mexican students and other people long enough to be transport to 3663 Wilshire Blvd, Los Angeles, CA 90010 by Alam Ashraful (445 S Ardmore Av #315 Los Angeles and his friend (who living 430 S Hobart Bl #111 Los Angeles – who the fault

car an accident but Todd Combs Chief Executive Officer of GEICO falsified of the other driver fault, put a Payment Recovery Examiner on the case they make sure that the other driver, or his or her insurance company, pays for the vehicle related damages and used them hitman for kill) including Faramarz. then prepares to because not enough time transport to 3663 Wilshire Blvd, Los Angeles, CA 90010.

Also, they will forge a letter and send to Department of Homeland Security at Lee's Summit, MO 64002 to try to persuade them to help women on 5150 detainments on August 15,2020 which USCIS officer Tomas Vasquez 415-310-7376, detainments her and force Stive and Parizher watch easily make up the plot of women put Exodus Recovery Mental Health Urgent Care Center 1000 W Carson St Bldg 2, Torrance, CA 90502).

Hope the arrests and 5150 detainments on August 15,2020 send message to **Stive and Vladimir Parizher 310-595-4963** who are working as a Mail Carrier at United States Postal Service in Santa Monica, CA for the route, -21th Street 90403 etc, and immigration a lawyer the same will happen if they stop into mail packages (thousands of kilogram-quantities of fentanyl and heroin) from the post office to their place .

On January 1,2021 Goons Keith Graziadei, Sarah Randall, Michael Tuitasi and Robert M. Myers ( who work at SMC ) will kidnap Kishner his own car, force him to drink alcohol or wine, and causing the car to collide with Maxwell kill and then get out from his car will look like a drunk driving accident in exchange destroy the videos which clearly shows that the videos shot in KHERADMAND, FARAMARZ apartment 1119 20th street #B Santa Monica CA 90403 Graziadei, Sarah Randall, Michael Tuitasi and Robert M. Myers (work at SMC) repeatedly to sexually abuse rape 12- male students disappeared from the Ayotzinapa Rural Teachers' College, Joseph Booth-Metwally missing (December 14, 2006), Elijah Moore (November 4, 2016- on April 24,2020.

Goons' deep remorse and fear that the video would surface. They will know that video could still be out there

He may be wondering whether he's at fault, to what extent he's at fault, and if he might have to go to prison as a result. He is not directly responsible for the death in the accident. As he will not be driving under the influence at the time of the accident. But they will drive but leave you drunk and there is an accident causing the death of Maxwell, the court is likely to decide that you have acted in gross negligence but there will a very good reason for you to be driving under the influence.

He will need to be established phone records, from both suspects Robert M. Myers (310)780-9176 Dec 31,2020 phone call with Sarah M Randall (714)731-6015, can provide key evidence in murder, as he will make cell phone calls to Randall. It will be extremely compelling and significant evidence in order for he's not going to be charged with a crime at all as their ultimately responsible for Maxwell death as a result of theory that they chased, trapped, and executed Maxwell because she is only next of kin—closest family members of Lucille Lambert and Barbara Tucker related by blood—also key witness their in crime partner Stive forged her signature

on certified mail return receipt which corrupt judge Petition to Determine Validity of Trust and Amendments under Probate Code Section 17200" in February 2016. In October 2016, Randall sent Milliman a copy of the Notice to Beneficiaries by fax and certified mail. Randall claimed the notice was accepted by someone with a signature resembling that of MiUiman's wife, Admiranda Maxwell" thus, making their motive to commit murder she confessed  she didn't signed against Maxwell and desire to kill her because she is witness, and for no other reason, then both of you may seek to introduce at trial, as you do at the bond hearing, and as an example for purposes of your motion, the phone call between both of them phone call (Dec. 31, 2020) in which Robert M. Myers  is being blackmailed by Ms. Randall, who has Video evidence of they  being the sexually abuse rape 12- male students disappeared from the Ayotzinapa Rural Teachers' College, Joseph Booth-Metwally missing (December 14, 2006), Elijah Moore (November 4, 2016- on April 24,2020. And second, he eventually learns the real reason why SMPD officers Mr. REYNOLDS, Mr. VARAK, Mr. DIAZ  in arrest innocent on Next-door - women then distracting Mexican students and other people long enough to be transport to 3663 Wilshire Blvd, Los Angeles, CA 90010 by Alam Ashraful (445 S Ardmore Av #315 Los Angeles and his friend (who living 430 S Hobart Bl #111 Los Angeles – who the fault car an accident but Todd Combs Chief Executive Officer of GEICO falsified  of the other driver fault,  put a Payment Recovery Examiner on the case they make sure that the other driver, or his or her insurance company, pays for the vehicle related damages and used them hitman for kill) including Faramarz. then prepares to because not enough time transport to 3663 Wilshire Blvd, Los Angeles, CA 90010). It's hard evidence; it doesn't lie. Also, that allows police and prosecutors to track their movements—sometimes even while car accidents are in progress. The sooner we get those records, the better. The evidence in the light most favorable to him, giving it the benefit of every reasonable inference and resolving all conflicts in its favor.

As mentioned above, they intend to take Maxwell life, plan to do so, and then will carry out the act, then a court of law must be establishing the presence of malice aforethought. They must then be charged with homicide. Is not necessarily going to be charged with a crime at all as their ultimately responsible for Maxwell death as a result of considerable negligence. but the substantial evidence will standard applies to the jury's finding that punitive damages are appropriate, not apply that standard in light of the requirement that you prove by clear and convincing evidence.

Time and time again, I am getting this kind letter and I and my family unsatisfied with prosecuting low-level foot soldiers, unable to find a way to make crime stick or even connect it to the bosses in charge I would like this case go forward without my involvement case the interest of justice,

If you come after one of us all the rest will be pretty dangerous there's no doubt of that. Practically everybody who know about us of what we can do to them, as we have connections and strongholds all across the globe,

Even the motion will be granted over opposition Carroll Circuit Court, would have no jurisdiction over this case and could not hear it. As we are the most powerful criminal organizations in the world. [ we kill Bren and have been use his name, make a combined $600-$666 billion per year. Money means power, we are able to buy vast amounts of politicians, judges [ as Combined, we have around million members and associates spread across various state even countries, such as Judge Philip S. Gutierrez who took Cormac and  Succeeds him,  J, State of Indiana ,Judge Frances C. Gull, attorneys for Delphi murder suspect Richard Allen , judge, U.S. District Court for the Central District of California and Cormac Joseph Carney ] and law enforcers. Not to mention, they can also buy many going to screw up entire family life.

But criminal court jurisdiction is where the crime was committed as we killed white trash d of Abby Williams and Libby German near the Monon High Bridge in Delphi, the February 2017 .  It doesn't matter where our resides, would arrest all of us and extradite us to Carroll Circuit Court, for the trial.

Let us tell you this, we  held more power than any judge [Judge Frances C. Gull, attorneys for Delphi murder suspect Richard Allen , judge, U.S. District Court for the Central District of California and Cormac Joseph Carney ]you have not seen anything until you see what

we are capable of and what we  do when people get in our way. You might think yeaah OK what about file this case against us.

Oh nooo, you'll of an unidentified beaten and mutilated man hangs from his neck under one of 25,818 bridges a bridge on the California, - trust us.

Still don't believe us  Just take a look at these we killed and took properties money.

ATTN Brian D. Karth, **District**
**Court Executive/Clerk of Court**
**Santa Ana, CA** .
411 W 4th St #1-053,
Santa Ana, CA 92701

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 2 6 2024

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

PO B OX 74376
LOS ANGELES CA 90004

Processing

