Case 2:24-cv-05416-CBM-E   Document 5   Filed 06/26/24   Page 1 of 4   Page ID #:208

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  JOHN DOE
   timran6666@proton.me
2

3            THE UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA COURTHOUSE, 411 W. FOURTH ST.,
4        SANTA ANA, CA, 92701, COURTROOM 9B, 9TH FLOOR

5

6  JOHN DOE: individually and on behalf of all others similarly situated, Plaintiff,   CASE NO.: 2:24-cv-05416-CBM-Ex

7  vs.                                           ADMINISTRATIVE MOTION TO FILE
   PRISCILLA A. MADRID STATE BAR NO.             This Document Relates To All Actions UNDER SEA
8  158645 THOMAS VASQUEZ, WILLIAM EARL
   BAKER JR AND PAIGE MERRILL BAKER,
9  KIRY K. GRAY, JAMES SCHAEDLER, JOHN
   GUSTAFSON, JACQUELINE M. MORRIS,
10 SANDRA ANDERSEN, JENNIFER CAMPION,
   DONALD SELBY, JR. AND TERRIE GUERTIN ,
11 MANRIGUZ; AND GEORGE MANRIQUEZ ARE
   ALL FAMILY MEMBERS OF BERTHA
12 TORRES, ET AL
                Defendant
13

14      Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order"), Plaintiffs hereby submit this Administrative Motion to File Under Seal. Pursuant to the Amended Protective Order, "[w]hen a Party wishes to use a document that has been designated as onfidential in support of a motion or other filing with the court, it will move the Court to file the document under seal pursuant to Civil Local Rule 79-5...." See Amended Protective Order,

17      Pursuant to applications for leave to file documents under seal, please review Local Rules 79-5, 79-6, and 79-7., JOHN DOE, by and through undersigned counsel, hereby respectfully requests the Court enter an Order authorizing the document(s) lodged herewith to be filed under seal. As required by Local Rules 79-5, 79-6, and 79-7., a complete, unredacted copy of the document(s) for which permission to file under seal is requested has been lodged with the court clerk [electronically]

20      In addition, pursuant to Local Rules 79-5, 79-6, and 79-7, a publicly accessible version of the document(s) is attached hereto as Exhibit A, redacting only those portions of the document(s) that are the subject of this Motion.]

22      This Motion is made upon the grounds and for the reasons that: an overriding interest exists that supports filing the [lodged document(s)/portions of the lodged document(s)] under seal and overcomes the public's right of access; there is a substantial probability of prejudice to [identification of whether prejudice is to person filing the motion, or another person] if the [lodged document(s)/portions of document(s)] are not filed under seal; the proposed restriction on public access is no greater than necessary to preserve the confidentiality of information subject to the overriding interest; no reasonable, less restrictive alternative exists to preserve the confidentiality of the information. [State whether motion is opposed or unopposed, and if opposed, identify the opposing party].

27

28

PLEADING TITLE - 1

**THIS MOTION IS SUPPORTED BY THE
ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES**

There was and is such intense hatred and violence against actual or suspected witness or of the challenges in cracking down Defendant fearing be kill by Defendants like they killed the handwriting expert's Amp Frank Hicks, and Mary Jane Huggins notary before to report to Síofra O'Leary{ President of the European Court of Human Rights} the signature on the 2010-2013 Amendments of Tucker trust forged. Enclosed Please find documents.

The fact that John Doe key witness a horrific murder and fraud in the court makes Doe a greater target for future mistreatment in justice systems While John Doe has have always been afraid to file lawsuit because would be a death sentence . Because of this enormous change in Doe situation.

In general, once the statute of limitations on a case "runs out," the legal claim is not valid any longer this will certainly be an issue in the case. It is therefore important to address the issue "John Doe provided that documents Local Rule 79-5.2 exempted from the requirement of being in person of all such documents in separate sealed envelopes, with a copy of the title page attached to the front of each envelope, and provide additional copies but Kiry K. Gray destroyed all documents and threat or intimidate John Doe that reason John Doe did not file claim until now since retired District Court Executive and Clerk of Court Kiry K. Gray because suffered in the past and fear in the future as witness will murder.

John Doe is asking court proceeding motion hearings, not held in person in Courtroom or a remote appearance grant Motion and all documents send to email **timran6666@proton.me** as those criminals will be just get away with crime, or murder.

Respectfully submitted,

By _____
Stephen L. Christian
Attorney for John Doe

PLEADING TITLE - 2

1  JOHN DOE
   timran6666@proton.me
2
3  **THE UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA COURTHOUSE, 411 W. FOURTH ST.,**
4  **SANTA ANA, CA, 92701, COURTROOM 9B, 9TH FLOOR**
5

| JOHN DOE: individually and on behalf of all others similarly situated, Plaintiff,<br>vs.<br>PRISCILLA A. MADRID STATE BAR NO. 158645 THOMAS VASQUEZ, WILLIAM EARL BAKER JR AND PAIGE MERRILL BAKER, KIRY K. GRAY, JAMES SCHAEDLER, JOHN GUSTAFSON, JACQUELINE M. MORRIS, SANDRA ANDERSEN, JENNIFER CAMPION, DONALD SELBY, JR. AND TERRIE GUERTIN , MANRIGUZ; AND GEORGE MANRIQUEZ ARE ALL FAMILY MEMBERS OF BERTHA TORRES,  ET AL<br>Defendant | CASE NO.:<br><br>ADMINISTRATIVE MOTION TO FILE<br>This Document Relates To All Actions UNDER SEA |
|---|---|

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order"), Plaintiffs hereby submit this Administrative Motion to File Under Seal. Pursuant to the Amended Protective Order, "[w]hen a Party wishes to use a document that has been designated as onfidential in support of a motion or other filing with the court, it will move the Court to file the document under seal pursuant to Civil Local Rule 79-5...." See Amended Protective Order,

Pursuant to applications for leave to file documents under seal, please review Local Rules 79-5, 79-6, and 79-7., JOHN DOE, by and through undersigned counsel, hereby respectfully requests the Court enter an Order authorizing the document(s) lodged herewith to be filed under seal. As required by  Local Rules 79-5, 79-6, and 79-7., a complete, unredacted copy of the document(s) for which permission to file under seal is requested has been lodged with the court clerk [electronically]

In addition, pursuant to Local Rules 79-5, 79-6, and 79-7, a publicly accessible version of the document(s) is attached hereto as Exhibit A, redacting only those portions of the document(s) that are the subject of this Motion.]

This Motion is made upon the grounds and for the reasons that: an overriding interest exists that supports filing the [lodged document(s)/portions of the lodged document(s)] under seal and overcomes the public's right of access; there is a substantial probability of prejudice to [identification of whether prejudice is to person filing the motion, or another person] if the [lodged document(s)/portions of document(s)] are not filed under seal; the proposed restriction on public access is no greater than necessary to preserve the confidentiality of information subject to the overriding interest; no reasonable, less restrictive alternative exists to preserve the confidentiality of the information. [State whether motion is opposed or unopposed, and if opposed, identify the opposing party].

PLEADING TITLE - 1

**THIS MOTION IS SUPPORTED BY THE
ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES**

There was and is such intense hatred and violence against actual or suspected witness or of the challenges in cracking down Defendant fearing be kill by Defendants like they killed the handwriting expert's Amp Frank Hicks, and Mary Jane Huggins notary before to report to Síofra O'Leary{ President of the European Court of Human Rights} the signature on the 2010-2013 Amendments of Tucker trust forged. Enclosed Please find documents.

The fact that John Doe key witness a horrific murder and fraud in the court makes Doe a greater target for future mistreatment in justice systems While John Doe has have always been afraid to file lawsuit because would be a death sentence . Because of this enormous change in Doe situation.

In general, once the statute of limitations on a case "runs out," the legal claim is not valid any longer this will certainly be an issue in the case. It is therefore important to address the issue "John Doe provided that documents Local Rule 79-5.2 exempted from the requirement of being in person of all such documents in separate sealed envelopes, with a copy of the title page attached to the front of each envelope, and provide additional copies but Kiry K. Gray destroyed all documents and threat or intimidate John Doe that reason John Doe did not file claim until now since retired District Court Executive and Clerk of Court Kiry K. Gray because suffered in the past and fear in the future as witness will murder.

John Doe is asking court proceeding motion hearings, not held in person in Courtroom or a remote appearance grant Motion and all documents send to email **timran6666@proton.me** as those criminals will be just get away with crime, or murder.

Respectfully submitted,

By _____

Stephen L. Christian
Attorney for John Doe

PLEADING TITLE - 2